Daniel P. McKay
Office of the United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59401
(406) 761-8777
Fax: (406) 761-8895
e-mail: dan.p.mckay@usdoj.gov
State Bar I.D. No. 2422
(Attorney for the United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| SOUTHERN MONTANA ELECTRIC ) | Case No. 11-62031-11 | |
| GENERATION AND TRANSMISSION ) | | |
| COOPERATIVE, INC. ) | | |
| ) | | |
| Debtor. ) | | |
| ) | | |

MOTION FOR APPROVAL OF STIPULATION TO APPOINTMENT OF TRUSTEE,
REQUEST FOR EXPEDITED HEARING, AND REQUEST TO SHORTEN
TIME TO OBJECT

United States Trustee Robert D. Miller Jr. ("UST"), through his attorney, Daniel P.

McKay, respectfully moves the Court to approve the Stipulation to Appointment of Trustee,

attached hereto. The UST further requests the Court to hold a hearing on this Motion on

November 21, 2011, at 10:00 a.m. in Billings, Montana, and to shorten the time for objections to

this Motion and the Stipulation to Appointment of Trustee by ordering that any objections be

filed prior to the hearing or presented at the hearing.

DATED this 14th day of November, 2011.

                                        ROBERT D. MILLER JR.
                                      United States Trustee

                                      /s/ Daniel P. McKay
                                      DANIEL P. McKAY
                                      Attorney for the United States Trustee