Daniel P. McKay
Office of the United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT  59401
(406) 761-8777
Fax: (406) 761-8895
e-mail: dan.p.mckay@usdoj.gov
State Bar I.D. No. 2422
(Attorney for the United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SOUTHERN MONTANA ELECTRIC | ) | Case No.  11-62031-11 |
| GENERATION AND TRANSMISSION | ) | |
| COOPERATIVE, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

STIPULATION TO APPOINTMENT OF TRUSTEE

　　　　United States Trustee Robert D.  Miller Jr. ("UST"), through his attorney, Daniel P.

McKay, and the Debtor-In-Possession, through its attorney, Jon E.  Doak, hereby stipulate and

agree to the appointment of a Chapter 11 trustee pursuant to 11 U.S.C. § 1104(a) and further

stipulate and agree that the appointment of a Chapter 11 trustee is in the best interest of creditors

(THIS SPACE INTENTIONALLY LEFT BLANK)

and this bankruptcy estate.

DATED this 14th day of November, 2011.

|  |  |
|---|---|
|  | SOUTHERN MONTANA ELECTRIC |
| ROBERT D. MILLER JR. | GENERATION AND TRANSMISSION |
| United States Trustee | COOPERATIVE, INC., DEBTOR |

|  |  |
|---|---|
| /s/ Daniel P.  McKay | /s/ Jon E.  Doak |
| DANIEL P.  McKAY | JON E.  DOAK |
| Attorney for the United States | Attorney for Southern Montana Electric |
| Trustee | Generation and Transmission Cooperative, |
|  | Debtor |

(SCANNED SIGNATURES ATTACHED)