MALCOLM H. GOODRICH
MAGGIE W. STEIN
GOODRICH LAW FIRM, P.C.
2619 ST. JOHNS, AVENUE, SUITE F
P. O. BOX 1899
BILLINGS, MT 59103-1899
TELEPHONE: (406) 256-3663
FAX: (406) 256-3660
Bar No. 2551
Bar No. 8149

ATTORNEYS FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | Case No.: 11-62031-11 |
| ) | |
| SOUTHERN MONTANA ELECTRIC ) | **JOINDER WITH US TRUSTEE ON** |
| GENERATION AND TRANSMISSION ) | **BEHALF OF DEBTOR FOR** |
| COOPERATIVE, INC., ) | **APPOINTMENT OF TRUSTEE** |
| ) | |
| Debtors. ) | |

_____

Comes now Malcolm Goodrich, attorney for the Debtor, and signifies the consent of the Debtor to the Motion filed as Docket #55 by the US Trustee for the appointment of a Trustee for this proceeding.

Dated this 14th[th] day of November, 2011.

GOODRICH LAW FIRM PC

By */s/ Malcolm H. Goodrich*
MALCOLM H. GOODRICH

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on November 14, 2011 a copy of the foregoing pleading was served by electronic means, pursuant to LBR 7005-1 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities.

GOODRICH LAW FIRM, P.C.

*/s// Malcolm Goodrich*
Malcolm H. Goodrich