

TWO NORTH NINTH STREET
ALLENTOWN, PA 18101-1179

| INVOICE NUMBER | INVOICE DATE | TOTAL AMOUNT |
|---|---|---|
| 0680D | 11/14/2011 | $1,676,594.32 |

# INVOICE SUMMARY

To: Southern Montana Electric Generation Transmission Cooperative

REFER ALL INQUIRES TO:
Elaine Hanzsek      610-774-6917
or email at: settlements@pplweb.com

PLEASE REFER TO THIS NUMBER WHEN
CALLING OR WRITING:   0680D

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | ELECTRICAL PHYSICAL TRANSACTIONS<br>Period: October 21-31, 2011 | $1,224,912.00 |
| 2 | DAMAGES FOR FAILING TO SCHEDULE AND RECEIVE ENERGY UNDER THE PPSA | $451,682.32 |

TO BE WIRED ON: 11/23/11
WIRE BANK:  MELLON BANK (PITTSBURGH)
CITY,STATE:  PITTSBURGH, PA
ACCOUNT NUMBER: 2-964-823
ABA# :     031000037

| 0680D | 11/14/2011 | $1,676,594.32 |
|---|---|---|
| INVOICE NUMBER | INVOICE DATE | TOTAL DUE |

PPL ENERGY PLUS
TWO NORTH NINTH STREET, ALLENTOWN, PA 18101-1179
FED. I. D. 23-2974252

EXHIBIT B

## INVOICE DETAILS

Southern Montana Electric Generation & Transmission Cooperative

**BUY/SELL:** SELL

| TRADE TYPE | DEAL NO. MARKET | COMPONENT | START DATE | END DATE | VOLUME | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| PHYSICAL | 1417030NWMT | NWESYS | 10/21/2011 | 10/31/2011 | -24,160 | 50.7 | $1,224,912.00 |
| **TOTAL** | | | | | **-24,160** | | **$1,224,912.00** |