UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| SOUTHERN MONTANA ELECTRIC ) | | Case No. 11-62031-11 |
| GENERATION AND TRANSMISSION ) | | |
| COOPERATIVE, INC. ) | | |
| ) | | |
| Debtor. ) | | |
| ) | | |

# O R D E R

At Butte in said District this 22nd day of November, 2011.

In this Chapter 11 bankruptcy, a hearing was held November 21, 2011, in Billings on the United States Trustee ("UST") MOTION FOR APPROVAL OF STIPULATION TO APPOINTMENT OF TRUSTEE filed on November 14, 2011 at docket entry no. 55. Numerous parties appeared at the November 21, 2011, but none of the parties opposed appointment of a trustee. Accordingly,

IT IS ORDERED that the UST's Motion for Approval of Stipulation to Appointment of Trustee filed November 14, 2011, is GRANTED; the Stipulation to Appointment of Trustee filed that same date as an Exhibit to the Motion filed at docket entry no. 55 is APPROVED; and the United States Trustee shall appoint a Trustee in accordance with 11 U.S.C. §1104(a), and the Trustee shall perform the duties specified in 11 U.S.C. § 1106(a).

BY THE COURT

_Ralph B. Kirscher_
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

11-62031-RBK Doc#: 96 Filed: 11/22/11 Entered: 11/22/11 14:17:57 Page 2 of 2