Daniel P. McKay
Office of the United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT  59401
(406) 761-8777
Fax: (406) 761-8895
e-mail: dan.p.mckay@usdoj.gov
State Bar I.D. No. 2422
(Attorney for the United States Trustee)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SOUTHERN MONTANA ELECTRIC | ) | Case No.  11-62031-11 |
| GENERATION AND TRANSMISSION | ) | |
| COOPERATIVE, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102, the following creditors of the above-named Debtor, being

among those holding the largest unsecured claims and who are willing to serve, are appointed to

the committee of unsecured creditors:

PPL EnergyPlus, LLC
2 North Ninth Street
Allentown, PA 18101

NorthWestern Energy
40 E.  Broadway St.
Butte, MT 59701-9394

LS Jensen Construction
4685 Mullan Road
Missoula, MT 59808

Stanley Consultants
8000 S. Chester St.
Centennial, CO 80112

Electrical Consultants, Inc.
3521 Gabel Road, Ste. 2
Billings, MT 59102

DATED this 28th day of November, 2011.

ROBERT D. MILLER JR.
United States Trustee


/s/ Daniel P. McKay
DANIEL P. McKAY
Attorney for the United States Trustee

## CERTIFICATE OF MAILING

I, Leslie L. Dronen, do hereby certify under penalty of perjury that a copy of the within

and foregoing Amended Appointment of Committee of Unsecured Creditors was mailed on the

28th day of November, 2011, at Great Falls, Montana, and directed to those names listed on the

attached mailing matrix.

/s/ Leslie L. Dronen
Leslie L. Dronen
Paralegal for the United States Trustee