Daniel P. McKay
Office of the United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59401
(406) 761-8777
Fax: (406) 761-8895
e-mail: dan.p.mckay@usdoj.gov
State Bar I.D. No. 2422
(Attorney for the United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| SOUTHERN MONTANA ELECTRIC ) | | Case No. 11-62031-11 |
| GENERATION AND TRANSMISSION ) | | |
| COOPERATIVE, INC., ) | | |
| ) | | |
| Debtor. ) | | |
| ) | | |

---

### APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE
---

      Acting United States Trustee Robert D. Miller Jr., through his attorney, Daniel P. McKay, hereby applies to the Court, pursuant to 11 U.S.C. § 1104(d) and Rule 2007.1(c) F.R.B.P. for an Order Approving the Appointment of Trustee, and in support thereof, states:

      1. The United States Trustee has appointed Lee A. Freeman as trustee in the above captioned case.

      2. The United States Trustee has consulted with the following parties in interest regarding the appointment of the trustee: The United States Trustee consulted with counsel for the Debtor, all of the member cooperatives, secured creditors, and the 20 largest unsecured creditors.

3. To the best of Applicants knowledge Lee A. Freeman's connections with the debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in Mr. Freeman's attached declaration.

WHEREFORE, Applicant requests that the Court enter an Order approving the appointment of Lee A. Freeman as trustee in the above captioned case.

DATED this 28th day of November, 2011.

Respectfully Submitted

ROBERT D. MILLER JR.
Acting United States Trustee


/s/ Daniel P. McKay
DANIEL P. McKAY
Attorney for the United States Trustee