Daniel P. McKay
Office of the United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59401
(406) 761-8777
Fax: (406) 761-8895
e-mail: dan.p.mckay@usdoj.gov
State Bar I.D. No. 2422
(Attorney for the United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SOUTHERN MONTANA ELECTRIC GENERATION AND TRANSMISSION COOPERATIVE, INC., | ) ) ) | Case No. 11-62031-11 |
| | ) | |
| Debtor. | ) ) | |

## TRUSTEE'S ACCEPTANCE AND DECLARATION

TO:   Robert D. Miller Jr.
      Acting United States Trustee

I hereby accept appointment as trustee in the above-captioned case and the duties and responsibilities of the appointment.

To the best of my knowledge, I am a disinterested person within the meaning of 11 U.S.C. § 101(14), and I am eligible and competent to perform the duties of trustee.

My connections with the debtor, creditors, any parties in interest, their respective attorneys, accountants, the United States Trustee, and any person employed in the Office of the United States Trustee are as follows: None.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED this 28th day of November, 2011.

*[signature]*
Lee A. Freeman