UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

SOUTHERN MONTANA
ELECTRIC GENERATION AND
TRANSMISSION
COOPERATIVE, INC,

Debtor.

Case No. **11-62031-11**

**O R D E R**

At Butte in said District this 29th day of November, 2011.

Upon review of the U.S. Trustee's Application for Order approving appointment of Trustee, filed November 28, 2011,

**IT IS ORDERED** the U.S. Trustee's Application for Order approving appointment of Trustee, filed November 28, 2011, is approved.

**IT IS FURTHER ORDERED** as follows:

1. The appointment of Lee A. Freeman to serve as Trustee is hereby approved pursuant to 11 U.S.C. § 1104(d).

2. The Trustee shall perform the duties specified in 11 U.S.C. § 1106(a).

3. The Trustee shall file and serve on the United States Trustee monthly financial reports pursuant to applicable Local Bankruptcy Rules and the United States Trustee Guidelines, and shall pay statutory fees owing to the United States Trustee pursuant to 28 U.S.C. 1930(a)(6).

4. The Trustee shall obtain bonding in an amount and form sufficient to meet the United States Trustee's bonding requirements for a Chapter 11 Trustee. The Trustee is authorized to use estate funds for the purpose of paying the bond premium.

BY THE COURT

*Ralph B Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana