Martin S. Smith (Bar No.: 8721)
msmith@feltmartinlaw.com
F ELT, M ARTIN, F RAZIER & W ELDON, P.C.
208 North Broadway, Suite 313
P.O. Box 2558
Billings, Montana 59103
Telephone: (406) 248-7646
Fax: (406) 248-5485

ATTORNEYS FOR BEARTOOTH ELECTRIC COOPERATIVE, INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | Case No. 11-62031-11 |
| SOUTHERN MONTANA ELECTRIC GENERATION AND TRANSMISSION COOPERATIVE, INC. | **NOTICE OF HEARING**<br>**Date: July 29, 2013**<br>**Time: 9:00 AM**<br>**Location: Bankruptcy Courtroom**<br>**Russell Smith Courthouse**<br>**201 East Broadway**<br>**Missoula, Montana** |
| Debtor. | |

**JOINDER IN MOTION TO CONVERT TO CHAPTER 7**

Beartooth Electric Cooperative, Inc. ("BEC"), as a creditor and member of Southern Montana Electric Generation and Transmission Cooperative, Inc., ("Debtor") and as a party in interest, by and through its counsel of record, hereby joins in the Unsecured Creditors Committee's Motion to Convert to Chapter 7 [docket 913].

Dated this 5th day of July 2013.

FELT, MARTIN, FRAZIER & WELDON, P.C.

*/s/ Martin S. Smith*
By: Martin S. Smith
208 North Broadway, Suite 313
Billings, Montana 59103

Attorneys for Beartooth Electric Cooperative, Inc.

**CERTIFICATE OF SERVICE**

The undersigned does certify under penalty of perjury that on July 5, 2013, a true copy of the foregoing document was served electronically by the Court's ECF notice to all parties requesting special notice or otherwise entitled to the same. The undersigned does further certify that service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following parties: NONE.

FELT, MARTIN, FRAZIER & WELDON, P.C.

*/s/ Martin S. Smith*
By: Martin S. Smith

Attorneys for Beartooth Electric Cooperative, Inc.