UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**SOUTHERN MONTANA ELECTRIC GENERATION AND TRANSMISSION COOPERATIVE, INC**,

Debtor.

Case No. **11-62031-11**

# O R D E R

At Butte in said District this 26th day of November, 2013.

In accordance with the Memorandum of Decision entered in the above-referenced Chapter 11 bankruptcy on this same date,

IT IS ORDERED that the Motion to Remove Chapter 11 Trustee filed by Fergus Electric Cooperative, Inc. on October 21, 2013, at docket entry no. 1101 is granted; and the Trustee's appointment is terminated, effective immediately, and the Debtor is restored to possession and management of the property of the estate and of the operation of the Debtor's business.

BY THE COURT

*/s/ Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana