JOSHUA I. CAMPBELL (#9629)
Jardine, Stephenson, Blewett & Weaver, P.C.
300 Central Avenue, 7th Floor
P. O. Box 2269
Great Falls, Montana 59403
Email: jcampbell@jardinelaw.com
Telephone: (406) 727-5000
Facsimile: (406) 727-5419

KYLE J. MATHEWS (CA Bar # 218384) (*pro hac vice*)
Sheppard Mullin Richter & Hampton
333 South Hope Street, Forty-Third Floor
Los Angeles, CA 90071
Email:  kmathews@sheppardmullin.com
Telephone: 213-617-4236
Facsimile:  213-620-1398

*Attorneys for the Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>SOUTHERN MONTANA ELECTRIC GENERATION AND TRANSMISSION COOPERATIVE, INC.,<br><br>Debtor. | Case No. 11-62031<br><br>Hearing Date:  December 10, 2013<br>Hearing Time:  1:30 p.m.<br>Hearing Location:  Fifth Floor Courtroom<br>    Federal Courthouse<br>    2601 2nd Avenue N<br>    Billings, Montana |

JOINDER TO NOTEHOLDERS' OBJECTION TO THE
FIRST AMENDED DISCLOSURE STATEMENT FOR MEMBER COOPERATIVES' PLAN OF LIQUIDATION FOR SOUTHERN MONTANA ELECTRIC GENERATION AND TRANSMISSION COOPERATIVE, INC.

U.S. Bank National Association, as indenture trustee under the Indenture of Mortgage, Security Agreement and Financing Statement dated as of February 26, 2010, hereby joins and incorporates by this reference the objection [Doc. No. 1167] of The Prudential Insurance Company of America, Universal

-1-

-2-

Prudential Arizona Reinsurance Company, Prudential Investment Management, Inc. as successor-in-interest to Forethought Life Insurance Company and Modern Woodmen of America to the *First Amended Disclosure Statement for Member Cooperatives' Plan of Liquidation for Southern Montana Electric Generation and Transmission Cooperative, Inc.* [Doc. No. 1107].

Respectfully submitted this 2nd day of December, 2013.

        SHEPPARD MULLIN RICHTER & HAMPTON LLP
        By:  /s/ Kyle J. Mathews
            KYLE J. MATHEWS
            Attorneys for the Indenture Trustee

        JARDINE, STEPHENSON, BLEWETT, WEAVER, P.C.

        By:  /s/ Joshua I. Campbell
            JOSHUA I. CAMPBELL
            Attorneys for the Indenture Trustee