UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | ) <br> ) <br> ) |
| SOUTHERN MONTANA ELECTRIC GENERATION AND TRANSMISSION COOPERATIVE, INC. | ) <br> ) Case No. 11-62031-11 <br> ) <br> ) |
| Debtor. | ) <br> ) <br> ) |

**ORDER FOR APPROVAL OF STIPULATION**

At Butte in said District this 15th day of January, 2014.

The Prudential Insurance Company of America, Universal Prudential Arizona Reinsurance Company, Prudential Investment Management, Inc., as successor in interest to Forethought Life Insurance Company, and Modern Woodmen of America (collectively, the "Noteholders"), the Debtor, Southern Montana Electric Generation and Transmission Cooperative, Inc. ("Debtor"), and Beartooth Electric Cooperative, Inc., Fergus Electric Cooperative, Inc., Mid-Yellowstone Valley Electric Cooperative, Inc., and Tongue River Electric Cooperative, Inc. (collectively, the "Members") on January 15, 2014 entered into a Stipulation for Temporary Stay of Litigation and for Additional Extension of Deadline to Respond to Motion to Convert to Chapter 7 (the "**Stipulation**") filed as Docket No. 1247.  The Court having reviewed said Stipulation and finding good cause therefor;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.  The parties to  the Stipulation shall stay all litigation and refrain from taking adverse action against one

A/75883741.1

another until February 3, 2014 in order to facilitate ongoing settlement discussions among the parties; and

**IT IS FURTHER HEREBY** ORDERED that the deadline for all parties in interest to respond to the Motion to Convert to Chapter 7 and Supporting Memorandum (Doc. No. 1211) is hereby extended to February 3, 2014.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana
