Dye and Moe, P.L.L.P
120 Hickory Street, Suite B
Missoula, MT 59801-1820

(406)542-5205

Southern Montana USCC
C/O  Martin S King
P.O. Box 4747
Missoula, MT 59806-4747

Date:  12/31/2013
Regarding:   5415-11     Southern Montana USCC
Invoice No:   27919

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 12/02/2013 | HVD | CASE ADMINISTRATION phone call from James regarding order removing trustee; phone call from Johnson regarding offer | 0.90 | $250.00 | $225.00 |
| 12/02/2013 | HVD | CASE ADMINISTRATION  phone call from Alder and Johnson regarding offer; phone call to King regarding same; correspondence to Committee members regarding same | 1.00 | $250.00 | $250.00 |
| 12/03/2013 | HVD | CASE ADMINISTRATION correspondence from Klewer regarding conference call | 0.10 | $250.00 | $25.00 |
| 12/04/2013 | HVD | CASE ADMINISTRATION correspondence from Marquard - RSVP for conference call; correspondence from Olson regarding  same; correspondence from King regarding same | 0.30 | $250.00 | $75.00 |
| 12/05/2013 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - order continuing hearings; phone call to Fischer canceling video for 12/10 @ 1:30; correspondence from ACES - notice of termination of consulting agreement; correspondence from Bankrutpcy Court - order setting status conference | 0.50 | $250.00 | $125.00 |

| 12/06/2013 | HVD | CASE ADMINISTRATION correspondence from Goodrich - Motion for approval and confirmation of prior order regarding ordinary course professionals; correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 12/09/2013 | HVD | CASE ADMINISTRATION voice mail message from Johnson regarding counteroffer; correspondence from Parks regarding unencumbered cash; correspondence to and correspondence fromGoodrich regarding email addresses; phone call from Hunnes regarding status | 0.80 | $250.00 | $200.00 |
| 12/11/2013 | HVD | CASE ADMINISTRATION correspondence from Johnson - motion to adjorn status conference; correspondence from Bankrutpcy Court - order regarding same; correspondence from Alter regarding settlemnet offer; correspondence to Committee members regarding same; correspondence to Slter regarding same; prepare paralegal instructions regarding Class 6 speadsheet | 1.00 | $250.00 | $250.00 |
| 12/11/2013 | HVD | CASE ADMINISTRATION correspondence from Alter - settlement proposal to members | 0.10 | $250.00 | $25.00 |
| 12/12/2013 | AMA | Prepare spreadsheet for Class 6 creditors | 0.35 | $50.00 | $17.50 |
| 12/16/2013 | HVD | CASE ADMINISTRATION correspondence from Stein - November MOR; correspondence to Myers regarding video appearence for 1/14 hearings; correspondence from Myers regarding same | 0.30 | $250.00 | $75.00 |
| 12/20/2013 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - transcript of conversion hearing | 0.10 | $250.00 | $25.00 |
| 12/26/2013 | HVD | CASE ADMINISTRATION correspondence from Gardner - motion to file overlength motion to convert | 0.10 | $250.00 | $25.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/2013 | HVD | CLAIMS ADMINISTRATION & OBJECTIONS   Phone call from Johnson regarding offer status; correspondence to Klievar regarding Northwester's position;  correspondence from Keirver regarding same; correspondence to Alder regarding offer | 0.90 | $250.00 | $225.00 |
| 12/02/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Johnson - compenseation applications for A&Z; Bingham and CHJW | 0.10 | $250.00 | $25.00 |
| 12/03/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Goodrich  - application to employ as counsel for DIP; correspondence from Bankrutpcy Court  - order regarding same | 0.20 | $250.00 | $50.00 |
| 12/12/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to Boysun regarding spreadsheet of invoices and payments; correspondence from Boysun regarding same | 0.30 | $250.00 | $75.00 |
| 12/13/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from  Boysun regarding fee and payment spreadsheet; revise second interim application; prepare notice of same | 0.80 | $250.00 | $200.00 |
| 12/16/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS Prepare D&M second interim application for compensation | 1.70 | $250.00 | $425.00 |
| 12/11/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to counsel regarding D&M November billing;  correspondence to Boysun regarding D&M October billing for payment | 0.70 | $250.00 | $175.00 |
| 12/20/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Boysun regarding payment of Octobert invoice; correspondence from Neiman regarding H&B and Freemand November billing | 0.20 | $250.00 | $50.00 |
| 12/23/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Goodrich - Motion to shorten time to object to payment procedures motion; correspondence from Goodrich - moiton to confirm order regarding interim | 0.20 | $250.00 | $50.00 |

compensation

| Date | | Description | | | |
|------|-----|-------------|------|---------|---------|
| 12/26/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankrutpcy Court - order shorting time to object to interim compensation order; prepare amendment to second interim application | 0.50 | $250.00 | $125.00 |
| 12/27/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankruptcy Court - order confirming prior orders regarding professional compensation; correspondence from Goodrich - application to employ professionals; correspondence from Bankrutpcy Court - order regarding same | 0.30 | $250.00 | $75.00 |
| 12/19/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Goodrich regarding interim compensation procedures; correspondence from Alter regarding same; correspondence to Goodrich regarding same; correspondence from Miller - Bingham and CHJW November billing; correspondence from Alter interim compensation | 0.60 | $250.00 | $150.00 |
| 12/20/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Johnson - fee applicaitons for Bingham and CHJW | 0.10 | $250.00 | $25.00 |
| 12/16/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS prepare notice of second interim application; prepare paralegal instructions regarding application and notice | 0.40 | $250.00 | $100.00 |
| 12/17/2013 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Womack - final application for Eide Bailey; correspondence from Womack - final applicaiton for H&B;  correspondence from Womack - final application for Waller & Womack | 0.10 | $250.00 | $25.00 |
| 12/30/2013 | HVD | FINANCING  correspondence from Johnson - Joint Motion for Approval Stipulation for Extension of Final Cash Collateral Order and Supplemental Budget; correspondence from Johnson - | 0.30 | $250.00 | $75.00 |

|  |  | stipulation for approval of same; correspondence from Johnson - withdrawal of joint motion |  |  |  |
|---|---|---|---|---|---|
| 12/31/2013 | HVD | FINANCING  correspondence from Bankruptcy Court - order approving cash collateral stipulation | 0.10 | $250.00 | $25.00 |
| 12/27/2013 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Gardner - moiton for leave to file overlength motion to convert;  correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 12/31/2013 | HVD | PLAN & DISCLOSURE STATEMENT Correspondence from Hunnes - notice of Members amended plan; correspondence from Hunnes - amended disclosure statement | 0.20 | $250.00 | $50.00 |
| 12/27/2013 | HVD | PLAN & DISCLOSURE STATEMENT Voice mail message from Johnson regarding Noteholders plan 2zx; phone call to Johnson regarding same | 0.40 | $250.00 | $100.00 |
| 12/17/2013 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Johnson - Noteholders plan and disclosure statement; Correspondence from Johnson - motion to shorten time to object; correspondence from Johnson -n notice of redlines | 0.70 | $250.00 | $175.00 |
| 12/18/2013 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Bankrutpcy Court - order expediting hearing on Noteholders' plan | 0.10 | $250.00 | $25.00 |
| 12/19/2013 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Johnson - motion to seal exhibits to disclosure statement; review redline plan and DS | 1.00 | $250.00 | $250.00 |
| 12/19/2013 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Alter - motion to seal exhibits; correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 12/20/2013 | HVD | PLAN & DISCLOSURE STATEMENT - correspondence from Myers - receipt of | 0.10 | $250.00 | $25.00 |

|  |  | sealed exhibits to Noteholders' disclosure statement |  |  |  |
|---|---|---|---|---|---|
| 12/03/2013 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Campbell - objection to Members' disclosure statement; correspondence from Johnson - objection to Members' disclosure statement | 0.20 | $250.00 | $50.00 |
| 12/05/2013 | HVD | PLAN & DISCLOSURE STATEMENT attend conference call witih USCC members regarding Noteholders' offer | 1.30 | $250.00 | $325.00 |

|  |  |
|---|---|
| Total Fees | $4,342.50 |

**Expenses**

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 12/30/2013 | Postage | 1.00 | $6.44 | $6.44 |
| 12/30/2013 | Photocopies | 28.00 | $0.10 | $2.80 |
| 12/31/2013 |  | 28.00 | $0.10 | $2.80 |
| 12/31/2013 | Postage | 1.00 | $6.44 | $6.44 |

|  |  |
|---|---|
| Total Expenses | $18.48 |

| Total New Charges | $4,360.98 |
|---|---|
| Previous Balance | $16,518.49 |

| 12/23/2013 | Payment | 2445 | $-4,143.75 |
|---|---|---|---|

| Total Payments and Credits | $-4,143.75 |
|---|---|

| Balance Due | $16,735.72 |
|---|---|

Dye and Moe, P.L.L.P
120 Hickory Street, Suite B
Missoula, MT 59801-1820

(406)542-5205

Southern Montana USCC
C/O  Martin S King
P.O. Box 4747
Missoula, MT 59806-4747

Date:  1/31/2014
Regarding:   5415-11    Southern Montana USCC
Invoice No:   27985

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 1/02/2014 | HVD | CASE ADMINISTRATION correspondence from Faure - application for administrative expense for Energy West; correspondence from Alter regarding mediation standstill agreement; correspondence from Parks regarding Enegy West administrative claim | 0.30 | $250.00 | $75.00 |
| 1/02/2014 | HVD | CASE ADMINISTRATION Correspondence from Gardner regarding mediation standstill; correspondence from Ryder regarding same; correspondence from Clark regarding sazme;  correspondence from Gardner regarding extension | 0.50 | $250.00 | $125.00 |
| 1/03/2014 | HVD | CASE ADMINISTRATION correspondence from  Park regarding Energy West administrate application; correspondence from Johnson - stipulation extending objection period; correspondence from Goodrich - copy of correspondence to Parks regarding same | 0.30 | $250.00 | $75.00 |
| 1/06/2014 | HVD | CASE ADMINISTRATION Correspondence from Smith  - copy of correspondence to Gardner et al regarding amended complaiint redlines; correspondence from Johnson - motion to continue 1/14 hearings; | 0.30 | $250.00 | $75.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 1/07/2014 | HVD | CASE ADMINISTRATION Correspondence from Clark regarding deletion of inadvertent email; correspondence from Wilamowsky regarding same | 0.20 | $250.00 | $50.00 |
| 1/13/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - stipuation with Energy West regarding extension of time to object;  correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 1/15/2014 | HVD | CASE ADMINISTRATION correspondence from Johnson - standstill stipulation; correspondence from Bankruptcy Court - order approving stipulation | 0.20 | $250.00 | $50.00 |
| 1/28/2014 | HVD | CASE ADMINISTRATION   phone call from Jensen regarding case status | 0.40 | $250.00 | $100.00 |
| 1/29/2014 | HVD | CASE ADMINISTRATION  phone call to Alter regarding mediation status; correspondence to Richardson regarding same | 0.40 | $250.00 | $100.00 |
| 1/09/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankrutpcy Court - order confirming inteim compensation procedures;  correspondence from Goodrich - copy of correspondence to Boysun regarding payment of November travel expenses | 0.20 | $250.00 | $50.00 |
| 1/13/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to Boysuyn regarding D&M December fees | 0.10 | $250.00 | $25.00 |
| 1/15/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Womack - application for compensation; correspondence from Miller - Bingham & CHJW December invoices | 0.20 | $250.00 | $50.00 |
| 1/16/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to counsel regarding D&M December invoice | 0.30 | $250.00 | $75.00 |

| 1/06/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS Df Bankrutpcy Court - order awarding Dye & Moe interim compensation; correspondence to Boysun regarding same; correspondence from Bankrutpcy Court - order awarding Eide Bailey and Womack compensaton | 0.40 | $250.00 | $100.00 |
|---|---|---|---|---|---|
| 1/08/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS phone call from Boysun regarding payment amount regarding November travel expense;  ; correspondence to Boysun regarding same; correspondence from  Goodrich regarding same | 0.50 | $250.00 | $125.00 |
| 1/08/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Parks - fee application and notice; correspondence to Boysun regarding D&M estimate fees for December 2012 | 0.30 | $250.00 | $75.00 |
| 1/09/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS voice mail message from Goodrich regarding objection to Parks fee application;  left message for Goodrich regarding same; | 0.20 | $250.00 | $50.00 |
| 1/16/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS Phone call from Malcolm Goodrich regarding objection to Parks fee application; correspondence from Goodrich regarding same | 0.40 | $250.00 | $100.00 |
| 1/22/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS phone call to King regarding objection to Parks fee application; correspondence from Goodrich regarding same; correspondence to Goodrich regarding same | 0.50 | $250.00 | $125.00 |
| 1/22/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS prepare objection  to Horowitz final fee application | 2.50 | $250.00 | $625.00 |
| 1/30/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Parks regarding motion to continue hearing; correspondence from Bankrutpcy Court - order regarding same; correspondence to Mahoney regarding video appeerence; correspondence from Womack - Freeman fee application | 0.80 | $250.00 | $200.00 |

| Date | | Description | | | |
|------|-----|-------------|------|---------|---------|
| 1/31/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Mahoney - confirmation for video appearence 3/11 hearings | 0.10 | $250.00 | $25.00 |
| 1/08/2014 | HVD | FINANCING   correspondence from Bankruptcy Court  - notice of transcript regarding joint motion to vacate administrative expense order | 0.10 | $250.00 | $25.00 |
| 1/07/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Bankrutpcy Court - order resetting hearing on Noteholders and Members Disclosure statements; correspondence to Mahoney regarding video appearence; correspondence from Mahoney regarding same | 0.40 | $250.00 | $100.00 |
| 1/08/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Bankrutpcy Court - order vacating hearing on Members' disclosure statement | 0.10 | $250.00 | $25.00 |
| 1/02/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence to Alter regarding Noteholders' plan | 0.30 | $250.00 | $75.00 |

|  |  |
|------|------|
| Total Fees | $2,550.00 |

| | |
|------|------|
| Total New Charges | $2,550.00 |
| Previous Balance | $16,735.72 |

| | | | |
|------|------|------|------|
| 1/13/2014 | Payment | 2579 | $-13,411.33 |
| 1/13/2014 | Payment | 2580 | $-541.19 |

| | |
|------|------|
| Total Payments and Credits | $-13,952.52 |
| Balance Due | $5,333.20 |

Dye and Moe, P.L.L.P
120 Hickory Street, Suite B
Missoula, MT 59801-1820

(406)542-5205

Southern Montana USCC
C/O  Martin S King
P.O. Box 4747
Missoula, MT 59806-4747

Date:  2/28/2014
Regarding:  5415-11    Southern Montana USCC
Invoice No:  28132

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 2/04/2014 | HVD | CASE ADMINISTRATION correspondence from Johnson - stipulation to vacate hearing; correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 2/05/2014 | HVD | CASE ADMINISTRATION correspondence to Boysun regarding January billin g | 0.20 | $250.00 | $50.00 |
| 2/17/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - monthly operating report | 0.10 | $250.00 | $25.00 |
| 2/21/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - stipuation withn Energy West to extend deadline to object;  correspondence from Bankrutpcy Court - order regarding same; correspondence from King - copy of correspondence to Mahoney regarding video appearence on 2/25 | 0.30 | $250.00 | $75.00 |
| 2/24/2014 | HVD | CASE ADMINISTRATION correspondence from Miller - January billing for Binham and CHJW | 0.10 | $250.00 | $25.00 |
| 2/25/2014 | HVD | CASE ADMINISTRATION attend status conference; correspondence to Richardson regarding same | 0.90 | $250.00 | $225.00 |
| 2/26/2014 | HVD | CASE ADMINISTRATION | 0.10 | $250.00 | $25.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | correspondence from Bankrutpcy Court - order for status conference |  |  |  |
| 2/18/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankrutpcy Court - order granting Parks motion to file overlength response | 0.10 | $250.00 | $25.00 |
| 2/27/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Miller regarding A&M billng November - January | 0.10 | $250.00 | $25.00 |
| 2/05/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to counsel regarding January 2014 billing | 0.20 | $250.00 | $50.00 |
| 2/10/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Goodrich regarding January billikng | 0.10 | $250.00 | $25.00 |
| 2/14/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to Boysun regarding D&M December invoice | 0.00 | $250.00 | $0.00 |
| 2/10/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS prepare objection to Freeman final fee application | 0.60 | $250.00 | $150.00 |
| 2/12/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS phone call from King regarding objection to Parks and Freeman's fees; correspondence from Parks - motion to file overlong brief | 0.50 | $250.00 | $125.00 |
| 2/17/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS Correspondence from Faure - objection to fee applications | 0.10 | $250.00 | $25.00 |
| 2/19/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Parks - response to objection to fees; declartion etc. | 0.40 | $250.00 | $100.00 |
| 2/28/2014 | HVD | CASE ADMINISTRATION correspondence from Johnson - stipulaton for extension of cash collaterial order; correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 2/21/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Johnson - joint motion to continue hearings on | 0.30 | $250.00 | $75.00 |

disclosure statements; correspondence
from Bankruptcy Court - order regarding
same; docket deadlines

|  |  |
|---|---|
| Total Fees | $1,125.00 |
| Total New Charges | $1,125.00 |
| Previous Balance | $5,333.20 |

| | | | |
|---|---|---|---|
| 2/24/2014 | Payment | 2625 | $-3,709.61 |

|  |  |
|---|---|
| Total Payments and Credits | $-3,709.61 |
| Balance Due | $2,748.59 |

Dye and Moe, P.L.L.P
120 Hickory Street, Suite B
Missoula, MT 59801-1820

(406)542-5205

Southern Montana USCC
C/O  Martin S King
P.O. Box 4747
Missoula, MT 59806-4747

Date:  3/31/2014
Regarding:   5415-11     Southern Montana USCC
Invoice No:   28234

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 3/11/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich regarding furture stratagy; correspondence to Goodrich regarding same | 0.20 | $250.00 | $50.00 |
| 3/11/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich - status report | 0.20 | $250.00 | $50.00 |
| 3/12/2014 | HVD | CASE ADMINISTRATION  voice mail message from King regarding hearing; phone call to King regarding same | 0.50 | $250.00 | $125.00 |
| 3/12/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich regarding conference | 0.10 | $250.00 | $25.00 |
| 3/14/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - February MOR | 0.10 | $250.00 | $25.00 |
| 3/14/2014 | HVD | CASE ADMINISTRATION phone call from Goodrich regarding adversary vrs PPL | 0.50 | $250.00 | $125.00 |
| 3/18/2014 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - order setting hearing | 0.20 | $250.00 | $50.00 |
| 3/21/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich - motion | 0.20 | $250.00 | $50.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | for Freelander to appear pro hac vice; correspondence from Goodrich - Freelander affadavit |  |  |  |
| 3/24/2014 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - order approving admission of Freedlander pro hac vice | 0.20 | $250.00 | $50.00 |
| 3/25/2014 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - admission of Freelander | 0.10 | $250.00 | $25.00 |
| 3/26/2014 | HVD | CASE ADMINISTRATION Correspondence from Goodrich - status report and term sheet; phone call from AP reporter regarding comment;  phone call to King regarding term sheet | 0.60 | $250.00 | $150.00 |
| 3/20/2014 | HVD | CLAIMS ADMINISTRATION & OBJECTIONS correspondence from Alder regarding objection to Energy West administrative claim; correspondence to Alder regarding same; correspondence from Alder regarding Abercombie case; review materials from Prks | 0.80 | $250.00 | $200.00 |
| 3/24/2014 | HVD | CLAIMS ADMINISTRATION & OBJECTIONS  Correspondence from Goodrich - objection to Energy West administrative claim; correspondence from Alder - objection to Energy West administrative claim; prepare joinder in objecttions | 0.90 | $250.00 | $225.00 |
| 3/19/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS - correspondence from Lescallette - January invoice for McGuire Woods | 0.10 | $250.00 | $25.00 |
| 3/20/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Nelson regarding Goodrich February billing | 0.10 | $250.00 | $25.00 |
| 3/14/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to Boysun regarding 1/2014 invoice for payment | 0.20 | $250.00 | $50.00 |
| 3/18/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankrutpcy Court - order awarding Bingham and CHJW interim fees | 0.10 | $250.00 | $25.00 |

| 3/07/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to Boysun regarding D&M estimated billing for February 2014 | 0.20 | $250.00 | $50.00 |
|---|---|---|---|---|---|
| 3/11/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Miller - Bingham & CHJW February invoices; correspondence to counsel regarding D&M February billing; Correspondence from Goodrich - McGuire Woods February billing | 0.60 | $250.00 | $150.00 |
| 3/03/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Johnson - application for compensation | 0.10 | $250.00 | $25.00 |
| 3/03/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Womack - response to objection to Freeman fee application | 0.10 | $250.00 | $25.00 |
| 3/04/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS prepare request for judical notice | 0.70 | $250.00 | $175.00 |
| 3/04/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS phone call to Trent Gardner regarding status of settlement; prepare for hearing on objection to H&B and Freeman fee applicaiton | 1.00 | $250.00 | $250.00 |
| 3/05/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Baldwin regarding objection to fee applicatons;  prepare for heearing regarding same | 0.80 | $250.00 | $200.00 |
| 3/06/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Parks - witness and exhibit lists and exhibits; review same;  prepare paralegal instructions regarding same | 0.50 | $250.00 | $125.00 |
| 3/06/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS prepare request for judicial notice; prepare paralegal instructions regarding same | 1.00 | $250.00 | $250.00 |
| 3/06/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS prepare exhibit; list of exhibits and witnesses; prepare paralegal instructions regarding same | 0.80 | $250.00 | $200.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/06/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Parks - witness and exhibit lists and exhibits; prepare paralegal instructions regarding same | 0.30 | $250.00 | $75.00 |
| 3/07/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Bankrutpcy Court - order regarding judician notice | 0.10 | $250.00 | $25.00 |
| 3/10/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Parks regarding objections to exhiibits; correspondence to Parks regarding same; correspondence from Parks regarding same | 0.40 | $250.00 | $100.00 |
| 3/10/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS prepare for hearing regarding objection to H&B and Freeman fee applications | 1.20 | $250.00 | $300.00 |
| 3/11/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS prepare for hearing regarding objection to H&B and Freeman applicaitons | 1.30 | $250.00 | $325.00 |
| 3/11/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS attend hearing regarding objection to H&B and Freeman fee applications | 4.50 | $250.00 | $1,125.00 |

|  |  |
|---|---|
| Total Fees | $4,675.00 |
| Total New Charges | $4,675.00 |
| Previous Balance | $2,748.59 |
| 3/19/2014   Payment      2670 | $-2,167.50 |
| Total Payments and Credits | $-2,167.50 |
| Balance Due | $5,256.09 |

Dye and Moe, P.L.L.P
120 Hickory Street, Suite B
Missoula, MT 59801-1820

(406)542-5205

Southern Montana USCC
C/O  Martin S King
P.O. Box 4747
Missoula, MT 59806-4747

Date:  4/30/2014
Regarding:   5415-11    Southern Montana USCC
Invoice No:   28339

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 4/04/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich - request for status conference; correspondence from Bankrutpcy Court - order settiing hearing | 0.20 | $250.00 | $50.00 |
| 4/07/2014 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - order setting status hearing; correspondence from Goodrich regarding continuing hearing on objection to Energy Wet claim; correspondence from Alder regarding same; correspondence to Goodrich regarding same; correspondence from Goodreich - stipulation to continue | 0.60 | $250.00 | $150.00 |
| 4/08/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich - stipulation; correspondence from Goodrich regarding proposed order; correspondence from Ehrman regarding same; correspondence from Bankrutpcy Court - order continuing hearing; correspondence to Mahoney regarding video appearence at 5/20 hearing | 0.50 | $250.00 | $125.00 |
| 4/10/2014 | HVD | CASE ADMINISTRATION  attend telephonic status conference; correspondence from Bankrutpcy Court - order approving stipulation; correspondence from Bankrutpcy Court | 1.00 | $250.00 | $250.00 |

- order continuing hearings;
correspondence from Bankrutpcy Court
- order approving stipulation continuing
hearing on motion for valuation

| Date | | Description | | | |
|---|---|---|---|---|---|
| 4/15/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - March MOR | 0.10 | $250.00 | $25.00 |
| 4/17/2014 | HVD | CASE ADMINISTRATION  phone call from King regarding settlement | 0.20 | $250.00 | $50.00 |
| 4/18/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich - status report; correspondence to Goodrich regarding same | 0.40 | $250.00 | $100.00 |
| 4/23/2014 | HVD | CASE ADMINISTRATION  voice mail message from Goodrich regarding status | 0.10 | $250.00 | $25.00 |
| 4/24/2014 | HVD | CASE ADMINISTRATION Correspondence from Goodrich regarding telephone conference; correspondence to Goodrich regarding same; correspondence from Womack - notice  of withdrawal | 0.40 | $250.00 | $100.00 |
| 4/25/2014 | HVD | CASE ADMINISTRATION correspondence to / correspondence from Goodrich regarding confererence call | 0.30 | $250.00 | $75.00 |
| 4/28/2014 | HVD | CASE ADMINISTRATION correspondence from Womack - withdrawal of notice of withdrawal; phone call from Goodrich regarding creditor settlement status | 0.60 | $250.00 | $150.00 |
| 4/24/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Goodrich - application  for interim compensation and notice thereof | 0.20 | $250.00 | $50.00 |
| 4/08/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to Boysun regarding D&M March billing; correspondence from Abramczyk regarding Bingham and CHJW March billing | 0.30 | $250.00 | $75.00 |
| 4/14/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS Correspondence from Miller - A&M | 0.40 | $250.00 | $100.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | February invoice;  correspondence from Boysun regarding D&M February invoice; correspondence to Boysun regarding same |  |  |  |
| 4/01/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Bankrutpcy Court memorandum of decision and order regarding H&B and Freeman fee applications | 0.20 | $250.00 | $50.00 |
| 4/02/2014 | HVD | PLAN & DISCLOSURE STATEMENT phone call from Goodrich regarding consentual plan | 0.80 | $250.00 | $200.00 |
| 4/10/2014 | HVD | PLAN & DISCLOSURE STATEMENT phone call from Goodrich regarding plan process and options | 0.40 | $250.00 | $100.00 |
| 4/22/2014 | HVD | PLAN & DISCLOSURE STATEMENT Correspondence from Goodrich - amended disclosure statement etc.; correspondence from Goodrich COS regarding same; correspondence from Goodrich - motion to expedite; correspondence from Bankrutpcy Court - order on motion to expedite; correspondence from Goodrich - notice of hearing | 1.00 | $250.00 | $250.00 |

|  |  |
|---|---|
| Total Fees | $1,925.00 |
| Total New Charges | $1,925.00 |
| Previous Balance | $5,256.09 |

| 4/17/2014 | Payment | 2709 | $-956.25 |
|---|---|---|---|

|  |  |
|---|---|
| Total Payments and Credits | $-956.25 |
| Balance Due | $6,224.84 |

Dye and Moe, P.L.L.P
120 Hickory Street, Suite B
Missoula, MT 59801-1820

(406)542-5205

Southern Montana USCC
C/O  Martin S King
P.O. Box 4747
Missoula, MT 59806-4747

Date:  5/31/2014
Regarding:   5415-11    Southern Montana USCC
Invoice No:   28489

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 5/09/2014 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - order setting hearing on Energy West administraive expense application | 0.10 | $250.00 | $25.00 |
| 5/14/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - April MOR | 0.10 | $250.00 | $25.00 |
| 5/29/2014 | HVD | CASE ADMINISTRATION correspondence from Erman for Energy West regarding unsecured pool; Voice mail to Erman regarding same | 0.20 | $250.00 | $50.00 |
| 5/30/2014 | HVD | CASE ADMINISTRATION correspondence from Matt Brown AP regarding case status | 0.50 | $250.00 | $125.00 |
| 5/30/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS Correspondence from Miller - A&M and Van Ness April invoices; correspondence from Johnson - application for interim compensattion for Bingham; CHJW and A&M and notice | 0.30 | $250.00 | $75.00 |
| 5/28/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankrutpcy Court - order awarding McGuire Woods inteim compensation | 0.10 | $250.00 | $25.00 |
| 5/12/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS Correspondence to Boysun regarding D&M March invoice | 0.30 | $250.00 | $75.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/13/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankrutpcy Court - order regarding inteim fees | 0.10 | $250.00 | $25.00 |
| 5/16/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Lescallette - McGuireWoods April invoice | 0.10 | $250.00 | $25.00 |
| 5/19/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Miller regarding April invoices for Bingham, CHJW; Van Ness Feldman and A&M | 0.20 | $250.00 | $50.00 |
| 5/07/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Stein - application for compensation; correspondence to Boysun regarding April billing; correspondence to counsel regarding April billing | 0.50 | $250.00 | $125.00 |
| 5/02/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Womack - application for compensation for Womack; H&B and Freeman | 0.10 | $250.00 | $25.00 |
| 5/02/2014 | HVD | FINANCING  correspondence from Goodrich - stipulation regarding cash collateral stipulation with Noteholders; correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 5/07/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Austin - objection to disclousure statement; correspondence from Goodrich regarding moving confirmation hearing date; correspondence to Goodrich regarding same | 0.30 | $250.00 | $75.00 |
| 5/07/2014 | HVD | PLAN & DISCLOSURE STATEMENT phone call to / phone call from Goodrich regarding unsecured plan treatment and confiramtion hearing dates (several) | 1.00 | $250.00 | $250.00 |
| 5/07/2014 | HVD | PLAN & DISCLOSURE STATEMENT calculate distrubution percentage to unsecured creditors; correspondence to Goodrich regarding same; correspondence to Mahoney regarding disclosure statement hearing; phone call from Mahoney regarding same | 1.00 | $250.00 | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/08/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Francis - objection to disclosure statement; correspondence to Mahonney regarding telephone appearence; correspondence from Mahoney regarding same | 0.50 | $250.00 | $125.00 |
| 5/09/2014 | HVD | PLAN & DISCLOSURE STATEMENT attend hearing regarding disclosure statement and confirmation hearing scheculing | 1.10 | $250.00 | $275.00 |
| 5/09/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence to Mahoney regarding video appearence at confirmation hearing; correspondence from King regarding same; correspondence from Bankrutpcy Court - order seting confirmation hearing | 0.30 | $250.00 | $75.00 |
| 5/13/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Goodrich - notice of compliance; correspondence from Goodrich - amended disclosure statement | 0.20 | $250.00 | $50.00 |
| 5/15/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Bankrutpcy Court - order setting confirmation hearing; correspondence to Mahoney regarding video appearence; correspondence from Mahoney regarding same; correspondence from King regarding same; correspondence from Stensland regarding same | 0.50 | $250.00 | $125.00 |
| 5/16/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Goodrich - amended plan; correspondence from Goodrich - amended disclosure statement | 0.30 | $250.00 | $75.00 |
| 5/20/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Stein - Plan supplement; corporate governance agreements; amended wholesale power contracts; amended noteholder agreeements; liquidating trust agreement for HGS | 0.50 | $250.00 | $125.00 |
| 5/21/2014 | HVD | PLAN & DISCLOSURE STATEMENT | 0.60 | $250.00 | $150.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | voice mail message from Mountain of Trans Canada regarding status; left message for Goodrich regarding same; phone call from Goodrich regarding same |  |  |  |
| 5/21/2014 | HVD | PLAN & DISCLOSURE STATEMENT phone call from Goodrich regarding preference claims | 0.30 | $250.00 | $75.00 |
| 5/27/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence to Mahoney regarding video appearence at confirmation hearing; correspondence from Mahoney regarding same; phone call from Goodrich regarding possible settlement; calculate settlement amounts; phone call to Goodrich regarding same | 0.80 | $250.00 | $200.00 |
| 5/28/2014 | HVD | PLAN & DISCLOSURE STATEMENT phone call from Goodrich regarding continuing confirmation hearing; correspondence from King - PPL objection to plan; correspondence from Goodrich regarding continuing hearing; correspondence to Goodrich regarding samew | 0.70 | $250.00 | $175.00 |
| 5/29/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Freelander regarding continuing confirmation hearing; correspondence from Goodrich regarding objection to plan; prepare USCC objection to plan; correspondence from Ryder regarding continuing confirmation hearing | 0.90 | $250.00 | $225.00 |
| 5/29/2014 | HVD | PLAN & DISCLOSURE STATEMENT Phone call to Fisher regarding vdeo appearence at continued confirmation hearing; correspondence to Goodrich regarding time; correspondence from King regarding continued hearing; | 0.60 | $250.00 | $150.00 |
| 5/29/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Jorissen - objection to plan confirmation; correspondence from Faure regarding same; correspondence from Stensland regarding same; correspondence from Patten regarding same; correspondence from Redmon regarding same; | 1.00 | $250.00 | $250.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | correspondence from Stein - motion to reschedule confirmation hearing; correspondence from Stein - order regarding same; correspondence from Paul regarding same; voice mail message from Erman of Energy West regarding amoutn of unsecurec claims; Voice mail to Erman regarding same |  |  |  |
| 5/30/2014 | HVD | PLAN & DISCLOSURE STATEMENT Correspondence from Smith - consent to plan; correspondence from Ryder regarding proposed order continueing confirmation hearing;l correspondence from Goodrich - withdrawal of trustee plan; correspondence from Goodrich regarding rescheduled confirmation hearing; correspondence from King - ballot rejecting plan | 0.60 | $250.00 | $150.00 |
| 5/30/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Mahoney regarding telephonic appearence at confiramtion hearing; phone call from Goodrich regarding settlement; correspondence from Goodrich regarding same; correspondence to Committee members regarding same; correspondence from Bankrutpcy Court - ballot report | 0.80 | $250.00 | $200.00 |
| 5/30/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Marquard regarding status; correspondence to Marquard regarding same; correspondence from Goodrich - notice in change of confirmation  hearing | 0.30 | $250.00 | $75.00 |
| 5/30/2014 | HVD | RELIEF FROM STAY PROCEEDINGS correspondence from Richardson  - stipulation for stay releif; correspondence from Bankrutpcy Court - order approving stay relief with Northwestern Energy | 0.20 | $250.00 | $50.00 |
| 5/28/2014 | HVD | RELIEF FROM STAY PROCEEDINGS correspondence from Mackey - stipulation for relief NRUCFC | 0.10 | $250.00 | $25.00 |
| 5/29/2014 | HVD | RELIEF FROM STAY PROCEEDINGS - correspondence from Bankrutpcy Court - order granting stay relief | 0.10 | $250.00 | $25.00 |

|  |  |  |  |
|---|---|---|---|
|  |  | Total Fees | $3,875.00 |
| Total New Charges |  |  | $3,875.00 |
| Previous Balance |  |  | $6,224.84 |
| 5/19/2014 | Payment | 2744 | $-3,973.75 |
| Total Payments and Credits |  |  | $-3,973.75 |
| Balance Due |  |  | $6,126.09 |

Dye and Moe, P.L.L.P
120 Hickory Street, Suite B
Missoula, MT 59801-1820

(406)542-5205

Southern Montana USCC
C/O  Martin S King
P.O. Box 4747
Missoula, MT 59806-4747

Date:  6/30/2014
Regarding:   5415-11    Southern Montana USCC
Invoice No:   28560

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 6/11/2014 | HVD | CASE ADMINISTRATION correspondence from Bankruptcy Court - order denying Energy West application for administrative expense | 0.20 | $250.00 | $50.00 |
| 6/12/2014 | HVD | CASE ADMINISTRATION correspondence from Faure - Declaration re: Regarding Ownership of Easements and Rights of Way | 0.10 | $250.00 | $25.00 |
| 6/13/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - May MOR | 0.10 | $250.00 | $25.00 |
| 6/16/2014 | HVD | CASE ADMINISTRATION Correspondence from Ehrman regarding Energy West appeal deadline | 0.10 | $250.00 | $25.00 |
| 6/17/2014 | HVD | CASE ADMINISTRATION correspondence from Womack - notice of withdrawal | 0.10 | $250.00 | $25.00 |
| 6/18/2014 | HVD | CASE ADMINISTRATION correspondence from Faure - notice of appeal Energy West; correspondence from Bankrutpcy Court - notice of referral of appeal to BAP; correspondence from Goodrich - supplement to stipulation | 0.30 | $250.00 | $75.00 |
| 6/19/2014 | HVD | CASE ADMINISTRATION correspondence from Goodrich - notice of compliance;  phone call from Francis | 0.30 | $250.00 | $75.00 |

- amendment of BPA Proof of Claim

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/24/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - stipulaton with Energy West; correspondence from Bankrutpcy Court - order regarding same | 0.20 | $250.00 | $50.00 |
| 6/25/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - stipulation with Beartooth; correspondence from Bankrutpcy Court - order approving same; correspondence from Faure - notice of withdrawal of appeal; correspondence from BAP - documents regarding dismissial of Energy West appeal (severl) | 0.80 | $250.00 | $200.00 |
| 6/26/2014 | HVD | CASE ADMINISTRATION   prepare analysis of Class 4 claims | 1.40 | $250.00 | $350.00 |
| 6/26/2014 | HVD | CASE ADMINISTRATION correspondence to Freelander regarding remaining issues; Voice mail to and correspondence to Francis regarding BPA Proof of Claim | 0.80 | $250.00 | $200.00 |
| 6/26/2014 | HVD | CASE ADMINISTRATION correspondence from Freelander regarding distrubution to unsecured creditors; correspondence to Freelander regarding same; correspondence from Freelander regarding same; phone call to Stein regarding same | 0.70 | $250.00 | $175.00 |
| 6/27/2014 | HVD | CASE ADMINISTRATION  prepare stipuation with SME, BPA anmd committed regardiing amended BPA Proof of Claim;  correspondence to Francis et al regarding same; correspondence from Francis regarding amended claim amount for BPA; | 0.70 | $250.00 | $175.00 |
| 6/27/2014 | HVD | CASE ADMINISTRATION  prepare motion to approve distrucution to Class 4;  prepare service matrix regarding same | 1.00 | $250.00 | $250.00 |
| 6/27/2014 | HVD | CASE ADMINISTRATION correspondence to Stein and Freelander regarding moton to approve | 0.30 | $250.00 | $75.00 |

| 6/27/2014 | HVD | CASE ADMINISTRATION correspondence from Bankrutpcy Court - notice from BAP | 0.10 | $250.00 | $25.00 |
| 6/30/2014 | HVD | CASE ADMINISTRATION correspondence from Stein - notice of effective date;; correspondence from Stein - motion to amend plan | 0.20 | $250.00 | $50.00 |
| 6/30/2014 | HVD | CLAIMS ADMINISTRATION & OBJECTIONS  prepare objection to Energy West and Energy West resources Proofs of Claim;  prepare notices of hering regarding same; correspondence from and correspondence to Freelander regarding same | 0.90 | $250.00 | $225.00 |
| 6/27/2014 | HVD | CLAIMS ADMINISTRATION & OBJECTIONS   prepare speadsheet for distrubution to Class 4 creditors | 2.10 | $250.00 | $525.00 |
| 6/26/2014 | HVD | CLAIMS ADMINISTRATION & OBJECTIONS  ctr Faure regarding Energy West Proof of Claim;; correspondence from Faure regarding same | 0.00 | $250.00 | $0.00 |
| 6/13/2014 | HVD | CLAIMS ADMINISTRATION & OBJECTIONS  correspondence from ATCO - updated Proof of Claim; | 0.10 | $250.00 | $25.00 |
| 6/12/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from McQuire Woods- May billing;  correspondence from Miller -May billing Bingham; CHJW, VanNess;US Bank; review memorandum of decision regarding H&G, Freeman and Womack | 0.60 | $250.00 | $150.00 |
| 6/16/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to parties at intest regarding D&M May 2014 invoice | 0.20 | $250.00 | $50.00 |
| 6/09/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS . correspondence to Boysun regarding D&M April billing | 0.20 | $250.00 | $50.00 |
| 6/05/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Bankrutpcy Court - order regarding H&B, Womack and | 0.20 | $250.00 | $50.00 |

Freeman applications; prepare paralegal
instructions regarding same

| | | | | | |
|---|---|---|---|---|---|
| 6/07/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS Correspondence to Bopysun regarding D&M May billing | 0.20 | $250.00 | $50.00 |
| 6/25/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence to Boysun regarding SME records regarding payments; | 0.10 | $250.00 | $25.00 |
| 6/25/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS prepare final fee applicaiton (part) | 1.20 | $250.00 | $300.00 |
| 6/26/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Boysun regarding SME records | 0.10 | $250.00 | $25.00 |
| 6/20/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Goodrich - May invoices | 0.10 | $250.00 | $25.00 |
| 6/23/2014 | HVD | FEE/ EMPLOYMENT APPLICATIONS correspondence from Stein - application to employ Pascoe; correspondence from Bankrutpcy Court - order on application to employ | 0.20 | $250.00 | $50.00 |
| 6/06/2014 | HVD | FEE/ EMPLOYMENT OBJECTIONS correspondence from Bankrutpcy Court - order on fee application | 0.10 | $250.00 | $25.00 |
| 6/04/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Goodrich regarding stipulation;  correspondence to Goodrich r same;  correspondence from Bankrutpcy Court - order continuing confirmation hearing; correspondence from Godrich regarding same | 0.50 | $250.00 | $125.00 |
| 6/06/2014 | HVD | PLAN & DISCLOSURE STATEMENT . correspondence from Goodrich - stipulation with USCC;  correspondence from  Goodrich - stipulation with PPL; correspondence from Bankrutpcy Court -orders regarding same; correspondence from Godrich - stipulation with Energy West; correspondence from Hunnes - withdrawal of members plan | 0.60 | $250.00 | $150.00 |

| 6/07/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Goodrich - stipulation with Noteholders | 0.10 | $250.00 | $25.00 |
|---|---|---|---|---|---|
| 6/09/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Bankrutpcy Court - order approving Noteholder stipulation; review June 13 calendar | 0.30 | $250.00 | $75.00 |
| 6/10/2014 | HVD | PLAN & DISCLOSURE STATEMENT . correspondence from Goodrich - list of witnesses; correspondence from Godrich -list of exhibits;cf Goodrich -request for judicial notice;  correspondence to Goodric regarding hearing time; correspondence from Goodric regarding same; correspondence from Mahoney regarding hearing time; correspondence to Goodrich regarding status; correspondence from Goodrich regarding same | 0.80 | $250.00 | $200.00 |
| 6/11/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Goodrich - request for judicial notice, correspondence from Bankrutpcy Court - order granting request for judicial notice; correspondence from Bankrutpcy Court - order approving stipuation with construction lien claimants | 0.30 | $250.00 | $75.00 |
| 6/13/2014 | HVD | PLAN & DISCLOSURE STATEMENT attemted phone appearence; correspondence to and Voice mail to Mahoney (several); correspondence to Goodrich; correspondence from Mahoney regarding results of hearing; correspondence from Bankrutpcy Court - minutes of hearing | 0.70 | $250.00 | $175.00 |
| 6/12/2014 | HVD | PLAN & DISCLOSURE STATEMENT correspondence from Bankrutpcy Court -ballot report; correspondence from Austin -objection to disclosure statement; correspondence from Stein - supplement to liquidation analysis; correspondence from Stein - amended supplement to Chapter 11 plan; correspondence from Stein -  Amended exhibit to plan | 0.50 | $250.00 | $125.00 |

| 6/13/2014 | HVD | PLAN & DISCLOSURE STATEMENT prepare for confirmation hearing | 0.50 | $250.00 | $125.00 |
|-----------|-----|------------------------------------------------------------|------|---------|---------|

|  | Total Fees | $4,500.00 |
|--|-----------|-----------|

|  |  |
|--|--|
| Total New Charges | $4,500.00 |
| Previous Balance | $6,126.09 |

| 6/18/2014 | Payment | 2795 | $-1,636.25 |
|-----------|---------|------|------------|

| Total Payments and Credits | $-1,636.25 |
|----------------------------|------------|

| Balance Due | $8,989.84 |
|-------------|-----------|

| | | |
|---|---|---|
| Bill Date | >= 7/01/2014 | |
| Bill Date | <= 7/22/2014 | |
| MatRef | = SOUTHERN MONT/ | |
| MatNo | = 5415-11 | |
| Time/Exp | = T | |
| Billed | = N | |

**Dye and Moe, P.L.L.P**

Date Printed: 7/22/2014
Time Printed: 3:29PM
Printed By:  HVD

## Timesheet Report by Originating by Staff

Originating

| Staff | Date | Billing Code | Description | Dur/Qty |
|---|---|---|---|---|
| **HVD** | | | | |
| Harold V Dye | | | | |
| | 7/01/2014 | CA | CASE ADMINISTRATION  phone call to Goodrich Law Firm regarding Stein; Voice mail to Stein regarding BPA stipulation; review correspondence from Freelander regarding motion to approve  correspondence to Freelander regarding same; correspondence from Bankrutpcy Court - notice from  BAP dismissing Energy West appeal; correspondence from Freelander regarding Class 4 payment motion;; correspondence from Bankrutpcy Court - order approving BPA stipulation | 1.00 |
| | 7/01/2014 | CA | CASE ADMINISTRATION   correspondence to Boysun regarding D&M June charges | 0.20 |
| | 7/01/2014 | CA | CASE ADMINISTRATION  correspondence from Bankrutpcy Court - order granting motion to amend confirmed plan | 0.10 |
| | 7/02/2014 | CA | CASE ADMINISTRATION  phone call from Freelander regarding revised payment motion; correspondence to Freelander regarding same; correspondence from Stein regarding authorizaiton to use e-signiture; revise spreadsheet table | 1.00 |
| | 7/02/2014 | CA | CASE ADMINISTRATION  correspondence to Freel;ander regarding table; correspondence from and correspondence to Freelander regarding same (several);  prepare proposed order;  upload motion an d table | 1.00 |
| | 7/03/2014 | CA | CASE ADMINISTRATION   filed and served Motion to approve distrucution | 0.90 |
| | 7/03/2014 | CAO | CLAIMS ADMINISTRATION & OBJECTIONS  prepare proposed order regarding objections to Energy West Proofs of Claim; correspondence to Bankrutpcy Court regarding same; correspondence from Erman regarding withdrawal of Energ West claims; (3x);  prepare withdrawal of objections | 0.90 |
| | 7/10/2014 | CA | CASE ADMINISTRATION  correspondence from Bankrutpcy Court - notice regarding closing SME v. Corval | 0.10 |
| | 7/11/2014 | FEA | FEE/ EMPLOYMENT APPLICATIONS  Correspondence to Boysun regarding D&M May billing; correspondence from Nelson regarding Goodrich June invoice; correspondence to counsel regarding June D&M invoice | 0.40 |
| | 7/11/2014 | FEA | FEE/ EMPLOYMENT APPLICATIONS  correspondence from Lescallette - McQuire Woods June invoice | 0.10 |
| | 7/14/2014 | CA | Correspondence from USPS - returned mail UE Compression; look up address; prepare paralegal instructions regarding update court matrix | 0.30 |
| | 7/22/2014 | CAO | CLAIMS ADMINISTRATION & OBJECTIONS  correspondence from Bankrutpcy Court - order approving claims payments procedure; correspondence to Boysun regarding same; correspondence from Boysun regarding same | 0.40 |
| | 7/22/2014 | CA | CASE ADMINISTRATION  correspondence from Stein - nJune MOR; correspondence from USPS - returned letters; corrected address and remailed; prepare paralegal instructions regarding uipdated addresses | 0.60 |
| | 7/22/2014 | FEA | FEE/ EMPLOYMENT APPLICATIONS   Prepare final fee application | 1.80 |
| | 7/22/2014 | FEA | FEE/ EMPLOYMENT APPLICATIONS  Prepare notice of final fee application; prepare paralegal instructions regarding filing and service | 0.50 |

|  | |
|---|---|
| **Total For: Harold V Dye** | **9.30** |
| **Total For: HVD** | **9.30** |
| **Report Total** | **9.30** |

**SME - Dye Moe, PLLP Cost Detail**

| Invoice / Explanation | Amount |
|---|---|
| 2013- May | $10.64 |
| 2013- Sept | $603.30 |
| 2013 - Nov | $954.01 |
| 2013- Dec | $18.48 |
| 2014- July Printing etc. and postage for Distrubution Motion | $48.00 |
| 2014- July Printing etc. and postage for Final fee application notice | $136.50 |
| Total costs | $1,770.93 |