# Goodrich Law Firm, P.C.

P.O. Box 1899
2619 ST. Johns Ave, Suite F
Billings, MT 59103-1899

Phone: 406-256-3663  Fax: 406-256-3660

Southern Montana Electric Coop
3521 Gabel Road #5
Billings, MT 59102

Re: Chapter 11 Filing

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 12/02/13 | Meeting at Southern Office to attend general member and board meetings. MHG | 2.6 | 300.00 | 780.00 |
| 12/02/13 | Meeting w/board re: litigation and status issues. MHG | 1.1 | 300.00 | 330.00 |
| 12/02/13 | Meeting w/member counsel to discuss pending case matters. MHG | 2.2 | 300.00 | 660.00 |
| 12/02/13 | Prepare application for employment. MHG | .4 | 300.00 | 120.00 |
| 12/02/13 | Review and respond to email from atty Epstein for Energy West Inc. MHG | .3 | 300.00 | 90.00 |
| 12/02/13 | Review and respond to emails w/US Trustee. MHG | .2 | 300.00 | 60.00 |
| 12/03/13 | Conf w/note holder atty J. Alter re: cash collateral pending deadlines and other status issues. MHG | .8 | 300.00 | 240.00 |
| 12/03/13 | Email to member attys re: need to move pending deadlines (.3); Review of Court docket to determine pending deadlines including adversary matters (.5). MHG | .8 | 300.00 | 240.00 |
| 12/03/13 | Conf w/S. Sweeney manager of Debtor re: special board meeting for December 4, 2013. MHG | .3 | 300.00 | 90.00 |

1

| | | | | |
|---|---|---|---|---|
| 12/03/13 | Review and respond to board member Boyd re: board minutes. MHG | .3 | 300.00 | 90.00 |
| 12/03/13 | Review and respond to email from US Trustee. MHG | .3 | 300.00 | 90.00 |
| 12/03/13 | Email to accountant Boysun re: ordinary course expenses. MHG | .2 | 300.00 | 60.00 |
| 12/03/13 | Conf w/member atty G. Ryder re: deadlines and settlement issues. MHG | .3 | 300.00 | 90.00 |
| 12/03/13 | Email to atty members re: deadlines. MHG | .2 | 300.00 | 60.00 |
| 12/03/13 | Review adversary dockets for deadlines and status. MHG | .5 | 300.00 | 150.00 |
| 12/03/13 | 2nd conf call w/atty Alter re: cash collateral. MHG | .3 | 300.00 | 90.00 |
| 12/04/13 | Conf w/member counsel re: extension issues. MHG | .5 | 300.00 | 150.00 |
| 12/04/13 | Review and respond to email from accountant Boysun re: special meeting of board. MHG | .2 | 300.00 | 60.00 |
| 12/04/13 | Conf w/US Trustee about status. MHG | .4 | 300.00 | 120.00 |
| 12/04/13 | Conf w/Board at special meeting. MHG | .9 | 300.00 | 270.00 |
| 12/04/13 | Conf w/Manager Sweeney about pending management issues. MHG | .4 | 300.00 | 120.00 |
| 12/04/13 | Conf w/atty Alter for Prudential re: deadline issues. MHG | .3 | 300.00 | 90.00 |
| 12/04/13 | Status conf w/Court in adversary case 13-00036. MHG | .5 | 300.00 | 150.00 |
| 12/04/13 | Status conf w/Court in adversary case 13-00046. MHG | .2 | 300.00 | 60.00 |
| 12/04/13 | Conf w/Fergus Electric atty Baldwin re: deadline issue. MHG | .2 | 300.00 | 60.00 |
| 12/04/13 | Conf w/atty Doak re: documents re: adversary. MHG | .3 | 300.00 | 90.00 |
| 12/04/13 | Review and respond to emails with J. Alter of Noteholders re: | .3 | 300.00 | 90.00 |

2

| | | | | |
|---|---|---|---|---|
| | settlement discussion potential. MHG | | | |
| 12/05/13 | Conf w/attys Alter and Reilly for Prudential re: settlement discussion and background. MHG | 1.1 | 300.00 | 330.00 |
| 12/05/13 | Conf w/S. Sweeney, Mgr. for Debtor, re; payment issues. MHG | .3 | 300.00 | 90.00 |
| 12/05/13 | Review Prudential settlement offer to members. MHG | .6 | 300.00 | 180.00 |
| 12/05/13 | Motion re: ordinary course professionals. MHG | .9 | 300.00 | 270.00 |
| 12/05/13 | Review of incoming emails. MHG | .4 | 300.00 | 120.00 |
| 12/06/13 | Evaluation of case issue. MHG | .6 | 300.00 | 180.00 |
| 12/06/13 | Conf w/attys for members re: advisability of scheduling settlement discussions w/secured creditor and payment related issues. MHG | 1.4 | 300.00 | 420.00 |
| 12/09/13 | Meeting w/Board re: discussion of settlement w/Prudential. MHG | 1.4 | 300.00 | 420.00 |
| 12/09/13 | Email to atty Alter for Prudential re: settlement meeting. MHG | .2 | 300.00 | 60.00 |
| 12/09/13 | Conf w/atty Alter for Prudential re: meeting to discuss settlement. MHG | .3 | 300.00 | 90.00 |
| 12/09/13 | Review and respond to emails re: settlement dissuasion. MHG | .4 | 300.00 | 120.00 |
| 12/09/13 | Conf w/Mgr. Sweeney re: potential Board meeting and issues for December 13, 2013. MHG | .4 | 300.00 | 120.00 |
| 12/10/13 | Emails w/atty James re; final Great Falls settlement payment. MHG | .3 | 300.00 | 90.00 |
| 12/10/13 | Review incoming emails and pleadings. MHG | .4 | 300.00 | 120.00 |
| 12/10/13 | Conf w/board member Boyd re: issues in case. MHG | 1.3 | 300.00 | 390.00 |
| 12/10/13 | Conf w/atty Stein re: unencumbered cash. MHG | .2 | 300.00 | 60.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/11/13 | Review and respond to emails and regarding Board agenda for December 13, 2013 meeting. MHG | .3 | 300.00 | 90.00 |
| 12/11/13 | Review and respond to emails from atty Alter re: response for settlement. MHG | .4 | 300.00 | 120.00 |
| 12/11/13 | Conf w/atty G. Ryder for member Co-op regarding settlement issues. MHG | .9 | 300.00 | 270.00 |
| 12/12/13 | Review and respond to emails re: proposed minutes for past board meeting. MHG | .3 | 300.00 | 90.00 |
| 12/12/13 | Conf w/attys Alter and Reilly for Prudential re: settlement meetings, cash collateral and creditor support of creditor plan. MHG | 1.3 | 300.00 | 390.00 |
| 12/12/13 | Conf w/Trustee Jensen re: DIP duty issues and potential conflicts. MHG | .7 | 300.00 | 210.00 |
| 12/13/13 | Attend and prepare for board meeting. MHG | 3.7 | 300.00 | 1110.00 |
| 12/13/13 | Conf w/Southern employees re: status issues following board meeting. MHG | .9 | 300.00 | 270.00 |
| 12/13/13 | Conf w/US Trustee re: conflict issue. MHG | .4 | 300.00 | 120.00 |
| 12/13/13 | Email to Mgr. Sweeney re: conflict issue update for further board review. MHG | .2 | 300.00 | 60.00 |
| 12/13/13 | Email w/atty James for Great Falls re: payment. MHG | .3 | 300.00 | 90.00 |
| 12/16/13 | Conf w/J. Hunnes re: possible mediation and plan issues. MHG | .9 | 300.00 | 270.00 |
| 12/16/13 | Review incoming emails. MHG | .3 | 300.00 | 90.00 |
| 12/16/13 | Conf w/atty Matovich re: possible service as litigation master. MHG | .3 | 300.00 | 90.00 |
| 12/16/13 | Conf w/atty Alter re: conference to discuss payment issues. MHG | .5 | 300.00 | 150.00 |
| 12/16/13 | Conf w/atty Jorrison for Corval re: adversary issue. MHG | .3 | 300.00 | 90.00 |

| | | | | |
|---|---|---|---|---|
| 12/16/13 | Conf w/atty Baldwin for member re: settlement and case issues. MHG | .7 | 300.00 | 210.00 |
| 12/16/13 | Conf w/atty Stein re: Monthly Operating Report. MHG | .2 | 300.00 | 60.00 |
| 12/17/13 | Conf w/accountant Boysun at Debtor re: operating reports and write-down issue. MHG | .4 | 300.00 | 120.00 |
| 12/17/13 | Research re: effect of final cash collateral Order (1/2 time). MHG | .8 | 300.00 | 240.00 |
| 12/17/13 | Memo to Board members re: pending case issues. MHG | .8 | 300.00 | 240.00 |
| 12/17/13 | Research re: case issue (1/2 time). MHG | .9 | 300.00 | 270.00 |
| 12/17/13 | Begin memo re: conflict issue. MHG | .8 | 300.00 | 240.00 |
| 12/17/13 | Conf w/Board members re: status matters and Prudential call. MHG | 3.8 | 300.00 | 1140.00 |
| 12/18/13 | Conf w/Board Member re: bankruptcy issues. MHG | 1.4 | 300.00 | 420.00 |
| 12/18/13 | Conf w/atty Stein re: securing business analyst. MHG | .3 | 300.00 | 90.00 |
| 12/18/13 | Conf w/atty Hunnes for member co-op re: issues regarding payment under creditor plan. MHG | .9 | 300.00 | 270.00 |
| 12/18/13 | Conf w/US Trustee Jensen re: conflict issue. MHG | .4 | 300.00 | 120.00 |
| 12/18/13 | Conf call w/Prudential attorneys and Board members re: terms and information regarding Noteholders plan. MHG | 2.3 | 300.00 | 690.00 |
| 12/18/13 | Discussion w/Board members regarding Prudential issues. MHG | .5 | 300.00 | 150.00 |
| 12/18/13 | Review and respond to emails re: case issues. MHG | .3 | 300.00 | 90.00 |
| 12/18/13 | Email potential business analyst Garden re: retention. MHG | .4 | 300.00 | 120.00 |
| 12/18/13 | Conf w/US Trustee Jensen re: conflict issue. MHG | .4 | 300.00 | 120.00 |

| | | | | |
|---|---|---|---|---|
| 12/19/13 | Conf w/potential co-counsel Roeschenthaler regarding retention. MHG | .4 | 300.00 | 120.00 |
| 12/19/13 | Letter to insurance carrier re: D&O policy. MHG | .4 | 300.00 | 120.00 |
| 12/19/13 | Emails to attys Alter and Dye re: interim compensation. MHG | .2 | 300.00 | 60.00 |
| 12/19/13 | Meeting w/debtor counsel to listen to member concerns. MHG | 2.9 | 300.00 | 870.00 |
| 12/20/13 | Emails w/atty Alter and A&M for secured creditor re: cash collateral issues. MHG | .6 | 300.00 | 180.00 |
| 12/20/13 | Conf w/Boysun re: budget issues. MHG | .5 | 300.00 | 150.00 |
| 12/20/13 | Conf w/Mark Freedlander re: potential retention of firm as co-counsel and case issues. MHG | 1.7 | 300.00 | 510.00 |
| 12/20/13 | Conf w/Board re: agenda topics. MHG | 1.3 | 300.00 | 390.00 |
| 12/20/13 | Conf w/potential financial analyst re: additional engagement issues. MHG | 1.1 | 300.00 | 330.00 |
| 12/20/13 | Review of cash collateral Order re: concerns for professionals and lien issues. MHG | .7 | 300.00 | 210.00 |
| 12/23/13 | Review and respond emails w/board member Boyd re: process issues. MHG | .4 | 300.00 | 120.00 |
| 12/23/13 | Conf w/atty Hunnes re: mediation issues. MHG | .5 | 300.00 | 150.00 |
| 12/23/13 | Revise memo to Board. MHG | .5 | 300.00 | 150.00 |
| 12/23/13 | Prepare motion to confirm professionals & Order. MHG | .4 | 300.00 | 120.00 |
| 12/23/13 | Prepare motion re: interim compensation and Order. MHG | .5 | 300.00 | 150.00 |
| 12/23/13 | Prepare Motion to Shorten Time. MHG | .3 | 300.00 | 90.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/23/13 | Meeting w/Board re: pending matters. MHG | 1.6 | 300.00 | 480.00 |
| 12/23/13 | Email w/proposed co-counsel McGuire Woods. MHG | .3 | 300.00 | 90.00 |
| 12/23/13 | Prepare proposed employment application for McGuire Woods LLP. MHG | .4 | 300.00 | 120.00 |
| 12/26/13 | Conf w/atty James re: wire payment. MHG | .2 | 300.00 | 60.00 |
| 12/26/13 | Emails w/proposed co-counsel re: employment issues. MHG | .3 | 300.00 | 90.00 |
| 12/26/13 | Respond to emails from Debtor President re: co-counsel. MHG | .2 | 300.00 | 60.00 |
| 12/27/13 | Emails w/atty Freedlander re: co-counsel tasks and issues. MHG | .6 | 300.00 | 180.00 |
| 12/27/13 | Review and respond to incoming emails re: mediation. MHG | .4 | 300.00 | 120.00 |
| 12/27/13 | Email to members' counsel re: board meeting. MHG | .2 | 300.00 | 60.00 |
| 12/27/13 | Conf w/co-counsel Freedlander re: case issues. MHG | 1.3 | 300.00 | 390.00 |
| 12/27/13 | Email to President re: case matters. MHG | .3 | 300.00 | 90.00 |
| 12/27/13 | Review and reply incoming emails re: cash collateral. MHG | .4 | 300.00 | 120.00 |
| 12/27/13 | Email President re: board issues. MHG | .3 | 300.00 | 90.00 |
| 12/30/13 | Conf w/PPL atty King re: deferral of answer in adversary and case issues. MHG | .4 | 300.00 | 120.00 |
| 12/30/13 | Conf w/co-counsel Freedlander re: case issues. MHG | .9 | 300.00 | 270.00 |
| 12/30/13 | Email to member counsel re: board meeting and case issues. MHG | .3 | 300.00 | 90.00 |
| 12/30/13 | Conf w/Asst US Trustee Jensen re: case status. MHG | .6 | 300.00 | 180.00 |
| 12/30/13 | Emails w/member counsel re: case matters and board meeting. MHG | .4 | 300.00 | 120.00 |

| | | | | |
|---|---|---|---|---|
| 12/30/13 | Emails w/President Dover re: board issues. MHG | .3 | 300.00 | 90.00 |
| 12/30/13 | Review and respond to stipulation for cash collateral. MHG | .4 | 300.00 | 120.00 |
| 12/30/13 | Emails w/creditor counsel re: cash collateral. MHG | .4 | 300.00 | 120.00 |
| 12/31/13 | Conf w/atty Baldwin re: standstill issue. MHG | .3 | 300.00 | 90.00 |
| 12/31/13 | Conf w/atty Alter re: standstill issue. MHG | .5 | 300.00 | 150.00 |
| 12/31/13 | Review incoming pleadings. MHG | 1.5 | 300.00 | 450.00 |
| 12/31/13 | Emails w/members and creditor re: mediation. MHG | .3 | 300.00 | 90.00 |
| 12/31/13 | Email w/members re: standstill issues. MHG | .5 | 300.00 | 150.00 |
| 12/31/13 | Email w/client re: board meeting. MHG | .3 | 300.00 | 90.00 |
| 12/31/13 | Email w/atty Alter re: mediation. MHG | .2 | 300.00 | 60.00 |
| 12/31/13 | Review incoming pleadings. MHG | .6 | 300.00 | 180.00 |
| 12/31/13 | Additional emails w/atty Baldwin re: standstill agreement. MHG | .2 | 300.00 | 60.00 |
| 12/03/13 | Reviewed emails re: EWM. ASSOCIATE | .2 | 180.00 | 36.00 |
| 12/10/13 | Reviewed email from atty Goodrich re: unencumbered cash. ASSOCIATE | .2 | 180.00 | 36.00 |
| 12/10/13 | Conf w/atty Goodrich re: unencumbered cash. ASSOCIATE | .2 | N/C | 0.00 |
| 12/10/13 | Reviewed emails re; unencumbered cash and emailed Carrie Boysun re: same; emailed atty Goodrich re: same. ASSOCIATE | .4 | 180.00 | 72.00 |
| 12/10/13 | Reviewed Order re: cash collateral issues. Associate | .3 | 180.00 | 54.00 |
| 12/10/13 | Conf w/C. Boysun re: unencumbered cash issues. ASSOCIATE | .3 | 180.00 | 54.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/10/13 | Revised requests for Special Notices for adversary proceedings. ASSOCIATE | .3 | 180.00 | 54.00 |
| 12/11/13 | Revised and filed requests for Special Notice for Adversary proceedings. ASSOCIATE | 1 | 180.00 | 180.00 |
| 12/16/13 | Reviewed, redacted and filed Monthly Operating Report. ASSOCIATE | .5 | 180.00 | 90.00 |
| 12/16/13 | Conf w/atty Goodrich re: Monthly Operating Report. ASSOCIATE | .2 | 180.00 | 36.00 |
| 12/16/13 | Reviewed email from C. Boysun re: fees. ASSOCIATE | .1 | 180.00 | 18.00 |
| 12/18/13 | Conf w/atty Goodrich re: business analyst. ASSOCIATE | .3 | N/C | 0.00 |
| 12/18/13 | Conf w/potential business analyst. ASSOCIATE | .2 | 180.00 | 36.00 |
| 12/18/13 | Conf w/atty Goodrich re: business analyst. ASSOCIATE | .1 | 180.00 | 18.00 |
| 12/18/13 | Emailed potential business analyst; emailed atty Goodrich re: the same. ASSOCIATE | .2 | 180.00 | 36.00 |
| 12/18/13 | Conf w/atty Goodrich re: Powell answer. ASSOCIATE | .1 | N/C | 0.00 |
| 12/18/13 | Reviewed and responded to email from Joe Epstein re: Powell answer. ASSOCIATE | .1 | 180.00 | 18.00 |
| 12/18/13 | Reviewed email from atty Goodrich to potential business analyst. ASSOCIATE | .2 | 180.00 | 36.00 |
| 12/19/13 | Reviewed emails re: employment of business analyst. ASSOCIATE | .2 | 180.00 | 36.00 |
| 12/04/13 | Open Adversary Proceeding files and compile all pleadings. PARALEGAL | 2.1 | 80.00 | 168.00 |
| 12/05/13 | Docket all adversary Proceedings; calendar litigation deadlines and hearings. PARALEGAL | 6.3 | 80.00 | 504.00 |
| 12/12/13 | Docket incoming adversary pleadings (1.0); review incoming | 1.5 | 80.00 | 120.00 |

9

|  |  |  |  |  |
|---|---|---|---|---|
|  | correspondence and communicated with Carrie Boysun (.5) PARALEGAL |  |  |  |
| 12/23/13 | Research applications of professionals and print applications and orders. PARALEGAL (1/2 time). | .1 | 80.00 | 8.00 |
|  | **Subtotal of Hours & Fees** | **94.3** |  | **25370.00** |
|  | **Costs** |  |  |  |
|  | 07/31/2013 Hearing Transcript-Southern Montana |  |  | 467.50 |
|  | **Subtotal of Costs** |  |  | **467.50** |
|  | **Total Costs & Fees** |  |  | **25837.50** |

| Matter No. | Matter Description | MHG | MWS | F-S |
|---|---|---|---|---|
| 19-48-01 | Case Administration | 79.2 | 5.1 | 10 |
| | Less NO CHARGE | | -.6 | |
| | TOTAL HOURS | 79.2 | 4.5 | 10 |
| | TIMEKEEPER RATE | $300 | $180 | $80 |
| | TIMEKEEPER FEES | $23760 | $810 | $800 |
| | **TOTAL FEES** | **$25370** | | |

| Individual | Total Hours | Hourly Rate | Compensation |
|---|---|---|---|
| Malcolm Goodrich | 79.2 | $300 | $25,320.00 |
| Maggie Stein | 4.5 | $180 | $ 2,286.00 |
| Felicia Smith | 10.0 | $ 80 | $   800.00 |

**Total Attorney and Paralegal Fee Compensation Requested:  $25,370 plus the indicated costs**.    Blended hourly rate of attorney time only and attorney fees only = $270.76/hr.