# Goodrich Law Firm, P.C.

P.O. Box 1899
2619 ST. Johns Ave, Suite F
Billings, MT 59103-1899

Phone: 406-256-3663                                                                                          Fax: 406-256-3660

Southern Montana Electric Coop
3521 Gabel Road #5
Billings, MT  59102

Re: Chapter 11 Filing

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 1/2/2014 | Work on mediation statement. MHG | 5.7 | 300.00 | 1710.00 |
| 1/2/2014 | Attend special board meeting. MHG | .7 | 300.00 | 210.00 |
| 1/2/2014 | Respond to emails from Mediator and member attys. MHG | .2 | 300.00 | 60.00 |
| 1/2/2014 | Conf w/N. Jensen Trustee re: issues of case.  MHG | .5 | 300.00 | 150.00 |
| 1/2/2014 | Emails w/counsel re: standstill agreement. MHG | 1.1 | 300.00 | 330.00 |
| 1/2/2014 | Conf w/M. Freedlander re: request for examiner. MHG | .4 | 300.00 | 120.00 |
| 1/2/2014 | Conf w/atty Gardner for member re: examiner and standstill. MHG | .4 | 300.00 | 120.00 |
| 1/3/2014 | Prep for and attend board meeting. MHG | 3.6 | 300.00 | 1080.00 |
| 1/3/2014 | Meeting with member counsel re: case issues. MHG | 1.3 | 300.00 | 390.00 |
| 1/3/2014 | Conf to Harper Hofer re: retention. MHG | .2 | 300.00 | 60.00 |
| 1/3/2014 | Conf w/atty Womack re: retention of professionals. MHG | .3 | 300.00 | 90.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/3/2014 | Review incoming stipulation re: deadlines. MHG | .2 | 300.00 | 60.00 |
| 1/6/2014 | Review incoming emails from counsel re: Jan 14 hearing. MHG | .3 | 300.00 | 90.00 |
| 1/6/2014 | Conf w/expert M. Hofer of Harper Hofer re: possible retention and status of valuation report. MHG | .4 | 300.00 | 120.00 |
| 1/6/2014 | Email to M. Harper re: valuation retention. MHG | .2 | 300.00 | 60.00 |
| 1/6/2014 | Respond to fee application concerns re: email. MHG | .2 | 300.00 | 60.00 |
| 1/6/2014 | Emails w/mediator Clark re: scheduling. MHG | .3 | 300.00 | 90.00 |
| 1/7/2014 | Conf w/co-counsel Freedlander re: mediation issues and Strategy. MHG | 1.2 | 300.00 | 360.00 |
| 1/7/2014 | Conf w/atty Smith re: mediation and AP-17 issues. MHG | .3 | 300.00 | 90.00 |
| 1/7/2014 | Conf w/Manager Sweeney and accountant Boysun re: admin. Matters. MHG | .5 | 300.00 | 150.00 |
| 1/7/2014 | Conf w/atty Stein re: status of case and pro hac motion. MHG | .1 | 300.00 | 30.00 |
| 1/8/2014 | Conf w/Trustee atty Parks re: case issues. MHG | 1.2 | 300.00 | 360.00 |
| 1/8/2014 | Prepare for Mediation on 1/9 & 1/10. MHG | 5.3 | 300.00 | 1590.00 |
| 1/8/2014 | Conf w/atty Anderson re: hearings in adversary proceeding set for 1/14. MHG | .3 | 300.00 | 90.00 |
| 1/9/2014 | Conf w/atty Stein re: adversary proceedings. MHG | .3 | 300.00 | 90.00 |
| 1/9/2014 | Prep for and attend multi-day mediation. MHG | 13.7 | 300.00 | 4,110.00 |
| 1/9/2014 | Conf w/atty Stein re: stipulation for adversary proceedings (2nd) MHG | .2 | 300.00 | 60.00 |
| 1/10/2014 | Attend multi-day mediation. MHG | 14.6 | 300.00 | 4380.00 |
| 1/10/14 | Conf w/atty Stein re: stipulation to extend deadline to object to | .1 | 300.00 | 30.00 |

2

| | | | | |
|---|---|---|---|---|
| | admin claim. MHG | | | |
| 1/14/2014 | Conf w/Mgr Sweeney re: settlement and power purchase. MHG | .4 | 300.00 | 120.00 |
| 1/14/2014 | Email to Judge Clark re: mediation admin issues. MHG | .2 | 300.00 | 60.00 |
| 1/15/2014 | Emails w/accountant re: power purchase issues. MHG | .3 | 300.00 | 90.00 |
| 1/16/2014 | Submit request for interim compensation and prep cover letter. MHG | .2 | 300.00 | 60.00 |
| 1/16/2014 | Conf w/atty Dye re: unsecured creditor committee issues. MHG | .5 | 300.00 | 150.00 |
| 1/16/2014 | Email w/atty Freedlander re; final fee app of Horowitz Burnett. MHG | .2 | 300.00 | 60.00 |
| 1/17/2014 | Email w/manager re: mediation. MHG | .2 | 300.00 | 60.00 |
| 1/20/2014 | Review and respond to emails from in-house accountant Boysun re: admin. Matters. MHG | .3 | 300.00 | 90.00 |
| 1/20/2014 | Review email from Noteholders atty Reilly re: mediation number calculations. MHG | .2 | 300.00 | 60.00 |
| 1/20/2014 | Email to member attys re: number calculations. MHG | .2 | 300.00 | 60.00 |
| 1/22/2014 | Conf w/member atty Hunnes re: cash flow assumptions. MHG | .4 | 300.00 | 120.00 |
| 1/22/2014 | Conf w/member attys re: settlement issues. MHG | 1.2 | 300.00 | 360.00 |
| 1/22/2014 | 2nd conf w/member attys re: settlement. MHG | .7 | 300.00 | 210.00 |
| 1/22/2014 | Conf w/atty Stein re: Powell adversary proceeding. MHG | .1 | 300.00 | 30.00 |
| 1/23/2014 | Prep for and attend mediation on Jan 23.  MHG | 16.4 | 300.00 | 4920.00 |
| 1/24/2014 | Conf w/board member A. Boyd re: settlement issue. MHG | .4 | 300.00 | 120.00 |
| 1/24/2014 | Conf w/Pres D. Dover re: settlement. MHG | .4 | 300.00 | 120.00 |

3

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/24/2014 | Conf w/atty Smith re: Beartooth settlement issue. MHG | .4 | 300.00 | 120.00 |
| 1/24/2014 | Memo to client re: settlement terms. MHG | 2.3 | 300.00 | 690.00 |
| 1/24/2014 | Review incoming emails re: settlement. MHG | .3 | 300.00 | 90.00 |
| 1/24/2014 | Conf w/Mgr Sweeney re: settlement. MHG | .3 | 300.00 | 90.00 |
| 1/27/2014 | Conf w/atty Alter for Noteholders re: settlement docs and related matters MHG | .4 | 300.00 | 120.00 |
| 1/27/2014 | Emails w/Pres D. Dover re: term sheet and settlement issues. MHG | .3 | 300.00 | 90.00 |
| 1/27/2014 | Email to atty Freedlander re: plan documents MHG | .2 | 300.00 | 60.00 |
| 1/28/2014 | Attend Mid-Yellowstone Co-op Board meeting in Hysham re: proposed settlement w/Noteholders. | 7.4 | 300.00 | 2220.00 |
| 1/29/2014 | Emails w/debtor office re: board meeting. MHG | .3 | 300.00 | 90.00 |
| 1/29/2014 | Conf w/atty King re: claim issues for adversary 13-00047. MHG | .5 | 300.00 | 150.00 |
| 1/29/2014 | Attend board meeting. MHG | .9 | 300.00 | 270.00 |
| 1/29/2014 | Review and revise term sheet. MHG | .5 | 300.00 | 150.00 |
| 1/29/2014 | Conf w/atty Stein re: adversary proceedings. MHG | .2 | 300.00 | 60.00 |
| 1/30/2014 | Conf w/Noteholders counsel and co-counsel Freedlander re; term sheet and plan issues. MHG | .9 | 300.00 | 270.00 |
| 1/30/2014 | Conf w/member counsel re: term sheet issues. MHG | 1.4 | 300.00 | 420.00 |
| 1/30/2014 | Review incoming emails re: term sheet and case issues. MHG | .4 | 300.00 | 120.00 |
| 1/31/2014 | Revise term sheet per discussions with members. MHG | .9 | 300.00 | 270.00 |
| 1/31/2014 | Emails w/atty Alter re: adequate protection and term sheet. MHG | .4 | 300.00 | 120.00 |

4

| | | | | |
|---|---|---|---|---|
| 1/31/2014 | Emails w/accountant Boysun re: payments. MHG | .3 | 300.00 | 90.00 |
| 1/31/2014 | Prep stipulation for adv proceeding 13-00047. MHG | .4 | 300.00 | 120.00 |
| 1/31/2014 | Review email comments re: term sheet revisions. MHG | .4 | 300.00 | 120.00 |
| 1/7/2014 | Conf w/atty Goodrich re: status of case and pro hac motion. MWS | .1 | N/C | 0.00 |
| 1/7/2014 | Drafted Pro Hac motion and affidavit for M. Freedlander. MWS | .8 | 180.00 | 144.00 |
| 1/8/2014 | Conf w/atty Goodrich re: status of adversary proceedings. MWS | .4 | N/C | 0.00 |
| 1/9/2014 | Conf w/atty Goodrich re: adversary proceedings. MWS | .3 | N/C | 0.00 |
| 1/9/2014 | Conf w/ K Nelson re: adversary proceedings. MWS | .5 | 180.00 | 90.00 |
| 1/9/2014 | Drafted Stipulation and proposed Order for ext of adv case -45 & 46. MWS | .8 | 180.00 | 144.00 |
| 1/9/2014 | Reviewed email from atty Goodrich re: status of adv -43; conf w/Valerie Rittenbach re: status of adv-43. MWS | .2 | 180.00 | 36.00 |
| 1/9/2014 | Reviewed and responded to email from Joe Epstein re: extension in adv - 44. MWS | .1 | 180.00 | 18.00 |
| 1/9/2014 | Conf w/atty Goodrich re: stipulation for adversary proceeding (2nd). MWS | .2 | N/C | 0.00 |
| 1/10/2014 | Finalized and filed stipulations on adv 45 & 46. MWS | .8 | 180.00 | 144.00 |
| 1/10/2014 | Reviewed Order granting extension and emailed Joe Epstein re: same in adv 44. MWS | .2 | 180.00 | 36.00 |
| 1/10/2014 | Reviewed docket and pleadings re: adv 36 and emailed atty Goodrich re: same. MWS. | .4 | 180.00 | 72.00 |
| 1/10/2014 | Drafted stipulation to reschedule scheduling conference and emailed to parties for approval. MWS. | .8 | 180.00 | 144.00 |
| 1/10/2014 | Conf w/atty Goodrich re: stipulation to extend deadline to object | .1 | N/C | 0.00 |

5

| | | | | |
|---|---|---|---|---|
| | to admin claim. MWS | | | |
| 1/10/2014 | Drafted stipulation to extend deadline to object to admin claim and emailed draft to parties. MWS | .8 | 180.00 | 144.00 |
| 1/10/2014 | Reviewed Order re: reschedule pretrial for adv. 45 & 46. MWS | .2 | 180.00 | 36.00 |
| 1/12/2014 | Finalized and filed stipulation to extend deadline to object to admin claim; drafted proposed Order. MWS | .4 | 180.00 | 72.00 |
| 1/14/2014 | Reviewed, redacted and filed MOR. MWS | .5 | 180.00 | 90.00 |
| 1/22/2014 | Conf w/atty Goodrich re: Powell adversary proceeding. MWS | .1 | N/C | 0.00 |
| 1/28/2014 | Emailed Joe Epstein re: Powell adversary proceeding deadline to answer. MWS | .2 | 180.00 | 36.00 |
| 1/29/2014 | Conf w/atty Goodrich re: adversary proceedings. MWS | .2 | N/C | 0.00 |
| 1/29/2014 | Reviewed dockets for adversary proceedings. MWS | .5 | 180.00 | 90.00 |
| 1/29/2014 | Conf w/atty Goodrich re: adversary proceedings (2nd). MWS | .2 | N/C | 0.00 |
| 1/29/2014 | Emailed atty Goodrich re: adversary proceedings. MWS | .2 | 180.00 | 36.00 |
| 1/29/2014 | Drafted and filed request for extension of deadline to answer in adv -44 and proposed Order; emailed Joe Epstein re: same. MWS | .5 | 180.00 | 90.00 |
| 1/30/2014 | Reviewed Order granting extension and emailed Joe Epstein re: adv 44. MWS | .2 | 180.00 | 36.00 |
| 1/30/2014 | Conf w/Jim Jorrisen re: adv 43 extension to answer. MWS | .2 | 180.00 | 36.00 |
| 1/30/2014 | Reviewed docket re: 13-00034 to determine status issues. MWS | .2 | 180.00 | 36.00 |
| 1/30/2014 | Reviewed joint motion re: extension to answer and proposed order re: same; emailed Valerie Rittenbach re: same. MWS | .2 | 180.00 | 36.00 |
| 1/31/2014 | Reviewed Order re: answer extension 13-00043. MWS | .1 | 180.00 | 18.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | **Subtotal of Hours & Fees** | **105.6** | | **30,144.00** |
| | **Costs** | | | |
| | Additional Transcript for SME (174 pages) | | | 156.60 |
| | Conf Call held 12/17/13 SME Board Meeting | | | 58.04 |
| | **Subtotal of Costs** | | | **$214.64** |
| | **Total Costs & Fees** | | | **$30,358.64** |

| Matter No. | Matter Description | MHG | MWS | F-S |
|---|---|---|---|---|
| 19-48-01 | Case Administration | 95.2 | 10.4 | |
| | Less NO CHARGE | 0.0 | -1.6 | |
| | TOTAL HOURS | 95.2 | 8.8 | |
| | TIMEKEEPER RATE | $300 | $180 | $80 |
| | TIMEKEEPER FEES | $28,560.00 | $1584.00 | $0.00 |
| | **TOTAL FEES $30,144.00** | | | |

| Individual | Total Hours | Hourly Rate | Compensation |
|---|---|---|---|
| Malcolm Goodrich | 95.2 | $300 | $28,560.00 |
| Maggie Stein | 8.8 | $180 | $ 1,584.00 |

**Total Attorney and Paralegal Fee Compensation Requested: $30,144.00 plus the indicated costs.** Blended hourly rate of attorney time only and attorney fees only = $289.85/hr.