# Goodrich Law Firm, P.C.

P.O. Box 1899
2619 ST. Johns Ave, Suite F
Billings, MT 59103-1899

Phone: 406-256-3663                                                                                          Fax: 406-256-3660

Southern Montana Electric Coop
3521 Gabel Road #5
Billings, MT  59102

Re: Chapter 11 Filing

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 2/3/14 | Revise term sheet for settlement. MHG | .5 | 300.00 | 150.00 |
| 2/3/14 | Emails w/member counsel re: term sheet revisions. MHG | .6 | 300.00 | 180.00 |
| 2/4/14 | Conf w/atty Gardner for Tongue Rive re: settlement term sheet. MHG | .5 | 300.00 | 150.00 |
| 2/5/14 | Conf w/Mgr S. Sweeney re: case issue. MHG | .3 | 300.00 | 90.00 |
| 2/5/14 | Review and reply to emails from member counsel re: settlement. MHG | .3 | 300.00 | 90.00 |
| 2/5/14 | Reply to email from Noteholders re: settlement. MHG | .2 | 300.00 | 60.00 |
| 2/6/14 | Emails w/accountant Boysun re: payments. MHG | .3 | 300.00 | 90.00 |
| 2/6/14 | Conf w/member atty Gardner re: term sheet. MHG | .5 | 300.00 | 150.00 |
| 2/6/14 | Emails w/member counsel re: term sheet. MHG | .4 | 300.00 | 120.00 |
| 2/6/14 | Review term sheet revisions of Beartooth. MHG | .5 | 300.00 | 150.00 |

1

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/7/14 | Conf w/member counsel re: term sheet. MHG | .9 | 300.00 | 270.00 |
| 2/7/2014 | Revise term sheet per member conference. MHG | 1.2 | 300.00 | 360.00 |
| 2/7/2014 | Conf w/member atty Smith and Martin re: term sheet issue. MHG | .4 | 300.00 | 120.00 |
| 2/7/2014 | Additional revision to term sheet. MHG | .3 | 300.00 | 90.00 |
| 2/10/2014 | Revisions to term sheet. MHG | .7 | 300.00 | 210.00 |
| 2/11/2014 | Conf w/Noteholders atty re: term sheet issues. MHG | .7 | 300.00 | 210.00 |
| 2/11/2014 | Conf w/Mgr S. Sweeney re: admin issues. MHG | .4 | 300.00 | 120.00 |
| 2/12/2014 | Conf w/atty FIB atty Lamdin re: FIB loan issues. MHG | .3 | 300.00 | 90.00 |
| 2/12/2014 | Review revised term sheet. MHG | .5 | 300.00 | 150.00 |
| 2/12/2014 | Email to member counsel re: term sheet. MHG | .3 | 300.00 | 90.00 |
| 2/12/2014 | Conf w/atty King for PPL re: adversary proceeding. MHG | .4 | 300.00 | 120.00 |
| 2/12/2014 | Conf w/atty Stein re: extension for deadline to object to admin claim. MHG | .1 | 300.00 | 30.00 |
| 2/13/2014 | Conf w/atty Stein re: extension for deadline to object to admin claim. MHG | .3 | 300.00 | 90.00 |
| 2/13/2014 | Conf w/atty Smith re; Beartooth resolution. MHG | .3 | 300.00 | 90.00 |
| 2/13/2014 | Review Noteholders term sheet changes for member conf call. MHG | .7 | 300.00 | 210.00 |
| 2/13/2014 | Email to Mgr Sweeney re: admin issues. MHG | .2 | 300.00 | 60.00 |
| 2/13/2014 | Email accountant Boysun re: payment issue. MHG | .2 | 300.00 | 60.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/13/2014 | Conf w/member atty Hunnes re: term sheet issues. MHG | .7 | 300.00 | 210.00 |
| 2/13/2014 | Email atty King for PPL re: deadlines. MHG | .1 | 300.00 | 30.00 |
| 2/13/2014 | Conf w/member attys re: term sheet changes. MHG | 1.1 | 300.00 | 330.00 |
| 2/13/2014 | Revise term sheet. MHG | 1.5 | 300.00 | 450.00 |
| 2/13/2014 | Respond to email from Noteholders atty re: settlement and term sheet. MHG | .2 | 300.00 | 60.00 |
| 2/14/2014 | Review revisions to term sheet. MHG | .3 | 300.00 | 90.00 |
| 2/14/2014 | Emails w/Noteholders counsel re: term sheet. MHG | .3 | 300.00 | 90.00 |
| 2/14/2014 | Conf w/member counsel re: term sheet issues. MHG | .3 | 300.00 | 90.00 |
| 2/17/2014 | Reply to A&M D Smith re: cash collateral budget issues. MHG | .2 | 300.00 | 60.00 |
| 2/17/2014 | Review and transmit revised settlement term sheet to Noteholders counsel. MHG | .4 | 300.00 | 120.00 |
| 2/18/2014 | Conf w/atty Stein re: admin claim and extension. MHG | .4 | 300.00 | 120.00 |
| 2/18/2014 | Review and respond to emails w/Noteholders counsel re: Beartooth issues. MHG | .9 | 300.00 | 270.00 |
| 2/18/2014 | Review and respond to emails w/Noteholders re: Energy West. MHG | .3 | 300.00 | 90.00 |
| 2/18/2014 | Conf w/atty Erhman for Energy West and atty Stein re: admin claim issues. MHG | .9 | 300.00 | 270.00 |
| 2/19/2014 | Conf w/Mgr Sweeney re: admin matters. MHG | .4 | 300.00 | 120.00 |
| 2/19/2014 | Conf w/C. Arnett at A&M re: cash collateral budget. MHG | .3 | 300.00 | 90.00 |
| 2/19/2014 | Conf w/atty Stein re: stipulation for extension in adversary case | .2 | 300.00 | 60.00 |

3

| | | | | |
|---|---|---|---|---|
| | 13-00047. MHG | | | |
| 2/20/2014 | Conf w/mediator Clark re: settlement issues. MHG | .3 | 300.00 | 90.00 |
| 2/21/2014 | Conf w/atty King re: PPL issues. MHG | .3 | 300.00 | 90.00 |
| 2/21/2014 | Email to atty Smith re: Beartooth issues. MHG | .3 | 300.00 | 90.00 |
| 2/21/2014 | Conf w/atty Hunnes re: member issue. MHG | .3 | 300.00 | 90.00 |
| 2/21/2014 | Conf w/counsel Smith and Martin for Beartooth re: settlement. MHG | .5 | 300.00 | 150.00 |
| 2/21/2014 | Conf w/co-counsel Freedlander re: plan development. MHG | .9 | 300.00 | 270.00 |
| 2/21/2014 | Conf w/counsel Smith as follow up re: settlement. MHG | .3 | 300.00 | 90.00 |
| 2/21/2014 | Conf w/atty Hunnes and Gardner re: member dispute resolution. MHG | .8 | 300.00 | 240.00 |
| 2/21/2014 | Email to counsel re: settlement. MHG | .3 | 300.00 | 90.00 |
| 2/21/2014 | Email to mediator. MHG | .2 | 300.00 | 60.00 |
| 2/21/2014 | Conf w/atty Stein re: status of cases and settlement. MHG | .2 | 300.00 | 60.00 |
| 2/24/2014 | Review latest revised term sheet from Noteholders. MHG | .5 | 300.00 | 150.00 |
| 2/24/2014 | Conf call w/member counsel re: term sheet issues. MHG | 1.1 | 300.00 | 330.00 |
| 2/24/2014 | Review and respond to mediator's emails re: settlement status. MHG | .4 | 300.00 | 120.00 |
| 2/24/2014 | Conf w/atty Anderson re: adv proceedings and status conf. MHG | .4 | 300.00 | 120.00 |
| 2/24/2014 | Review docket re: status conf in Main case. MHG | .2 | 300.00 | 60.00 |

| | | | | |
|---|---|---|---|---|
| 2/25/2014 | Attend hearing in Billings. MHG | 1.1 | 300.00 | 330.00 |
| 2/25/2014 | Respond to inquiry from board member Boyd. MHG | .3 | 300.00 | 90.00 |
| 2/25/2014 | Review and revise cash collateral stipulation. MHG | .3 | 300.00 | 90.00 |
| 2/25/2014 | Emails w/Noteholders counsel re: cash collateral and term sheet. MHG | .6 | 300.00 | 180.00 |
| 2/25/2014 | Review incoming pleadings. MHG | .4 | 300.00 | 120.00 |
| 2/26/2014 | Conf w/member counsel re: settlement. MHG | 1.5 | 300.00 | 450.00 |
| 2/26/2014 | Conf w/co-counsel Freedlander re: term sheet issues. MHG | .3 | 300.00 | 90.00 |
| 2/26/2014 | Conf w/member counsel Gardner and Hunnes re: term sheet changes. MHG | .5 | 300.00 | 150.00 |
| 2/26/2014 | Conf w/Noteholders counsel Alter re: term sheet. MHG | .4 | 300.00 | 120.00 |
| 2/26/2014 | Conf w/member counsel and Noteholders counsel re: remaining term sheet issues. MHG | 1.4 | 300.00 | 420.00 |
| 2/26/2014 | Conf w/Mgr S. Sweeney re: variety of admin. issues. MHG | .6 | 300.00 | 180.00 |
| 2/26/2014 | Email to D. Smith at A&M re: budget and power purchase. MHG | .2 | 300.00 | 60.00 |
| 2/26/2014 | Review and respond to email from US Trustee. MHG | .2 | 300.00 | 60.00 |
| 2/26/2014 | Review and respond to emails from member counsel re: settlement. MHG | .5 | 300.00 | 150.00 |
| 2/26/2014 | Follow-up emails w/Noteholders counsel re: settlement issues. MHG | .4 | 300.00 | 120.00 |
| 2/26/2014 | Emails w/accountant Boysun re: budget. MHG | .2 | 300.00 | 60.00 |
| 2/27/2014 | Review and respond to emails from Noteholders counsel re: cash | .4 | 300.00 | 120.00 |

5

| | | | | |
|---|---|---|---|---|
| | collateral and term sheet. MHG | | | |
| 2/27/2014 | Conf w/atty Stein re: status of cases and settlement. MHG | .4 | 300.00 | 120.00 |
| 2/12/2014 | Conf w/atty Goodrich re: extension for deadline to object to admin claim. MWS | .1 | N/C | 0.00 |
| 2/12/2014 | Emailed Jim Erhman and Jean Faure re: deadline to object to admin claim. MWS | .1 | 180.00 | 18.00 |
| 2/13/2014 | Conf w/atty Goodrich re: extension for deadline to object to admin claim. MWS | .3 | N/C | 0.00 |
| 2/14/2014 | Redacted and filed Monthly Operating Report. MWS | .4 | 180.00 | 72.00 |
| 2/18/2014 | Conf w/Jim Erhman re: admin claim and extension to object. MWS | .4 | 180.00 | 72.00 |
| 2/18/2014 | Conf w/atty Goodrich re: admin claim and extension. MWS | .4 | N/C | 0.00 |
| 2/18/2014 | Conf w/atty Goodrich and Jim Erhman re: admin claim and extension. MWS | .9 | N/C | 0.00 |
| 2/18/2014 | Drafted stipulation and proposed order to extend deadline to object to admin claim; emailed parties re: same. MWS | .4 | 180.00 | 72.00 |
| 2/19/2014 | Reviewed emails re: hearings; reviewed recent pleadings. MWS | .3 | 180.00 | 54.00 |
| 2/19/2014 | Reviewed and responded to email re: extension on admin claim. MWS | .1 | 180.00 | 18.00 |
| 2/19/2014 | Conf w/atty Goodrich re stipulation for extension in adversary case 13-00047. MWS | .2 | N/C | 0.00 |
| 2/19/2014 | Finalized and filed stipulation for extension and proposed order in 13-00047. MWS | .4 | 180.00 | 72.00 |
| 2/20/2014 | Conf w/atty Goodrich re: status of cases and settlement. MWS | .3 | 180.00 | 54.00 |

6

| | | | | |
|---|---|---|---|---|
| 2/20/2014 | Reviewed and responded to emails and reviewed drafts of stipulation re: continuance. MWS | .4 | 180.00 | 72.00 |
| 2/20/2014 | Conf w/atty Steve Johnson re: continuing hearings. MWS | .4 | 180.00 | 72.00 |
| 2/20/2014 | Conf w/Jim Erhman re: admin claim and extension to object. MWS | .4 | 180.00 | 72.00 |
| 2/20/2014 | Finalized and filed stipulation for extension and proposed order re: objection to admin claim. MWS | .4 | 180.00 | 72.00 |
| 2/21/2014 | Conf w/atty Goodrich re: status of cases and settlement. MWS | .2 | N/C | 0.00 |
| 2/21/2014 | Reviewed EPC motion and email and responded re: same. MWS | .2 | 180.00 | 36.00 |
| 2/21/2014 | Conf w/atty Steve Johnson re: continuing hearings. MWS | .2 | 180.00 | 36.00 |
| 2/21/2014 | Reviewed emails re: adversary 12-00017 continuance and stipulation re: same. MWS | .1 | 180.00 | 18.00 |
| 2/21/2014 | Reviewed new pleadings. MWS | .2 | 180.00 | 36.00 |
| 2/24/2014 | Reviewed email from Joe Epstein and emailed atty Goodrich re: same. MWS | .1 | 180.00 | 18.00 |
| 2/25/2014 | Reviewed Orders re: adversary cases. MWS | .2 | 180.00 | 36.00 |
| 2/26/2014 | Reviewed email from Joe Epstein and emailed Malcolm re: same. MWS | .1 | 180.00 | 18.00 |
| 2/27/2014 | Conf w/atty Goodrich re: status of cases and settlement. MWS | .4 | N/C | 0.00 |
| 2/27/2014 | Emailed Joe Epstein re: extension to answer in adversary case 13-00044. MWS | .1 | 180.00 | 18.00 |
| 2/27/2014 | Drafted and filed Motion to Extend deadline to Answer and Proposed Order. MWS | .5 | 180.00 | 90.00 |
| 2/27/2014 | Emailed Joe Epstein re: motion to extend and Order setting status | .1 | 180.00 | 18.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | conf. MWS |  |  |  |
| 2/27/2014 | Reviewed recent pleadings. MWS | .2 | 180.00 | 36.00 |
|  | **Subtotal of Hours & Fees** | **45.7** |  | **12240.00** |
|  | **Costs** |  |  |  |
|  | Conf Call SME atty call. 2/13/14 |  |  | 33.30 |
|  | Conf Call SME atty call re: term sheet. 2/7/14 |  |  | 21.19 |
|  | **Subtotal of Costs** |  |  | **$54.49** |
|  | **Total Costs & Fees** |  |  | **$12,294.49** |

| Matter No. | Matter Description | MHG | MWS | F-S |
|---|---|---|---|---|
| 19-48-01 | Case Administration | 37.2 | 8.5 |  |
|  | Less NO CHARGE | 0.0 | -2.5 |  |
|  | TOTAL HOURS | 37.2 | 6 |  |
|  | TIMEKEEPER RATE | $300 | $180 | $80 |
|  | TIMEKEEPER FEES | $11,160.00 | $1080.00 | $0.00 |
|  | **TOTAL FEES  $12, 240.00** |  |  |  |

| Individual | Total Hours | Hourly Rate | Compensation |
|---|---|---|---|
| Malcolm Goodrich | 37.2 | $300 | $11,160.00 |
| Maggie Stein | 6 | $180 | $ 1,080.00 |

**Total Attorney and Paralegal Fee Compensation Requested: $12,240.00 plus the indicated costs.** Blended hourly rate of attorney time only and attorney fees only = $283.33/hr.