# Goodrich Law Firm, P.C.

P.O. Box 1899
2619 ST. Johns Ave, Suite F
Billings, MT 59103-1899

Phone: 406-256-3663                                                                 Fax: 406-256-3660

Southern Montana Electric Coop
3521 Gabel Road #5
Billings, MT  59102

Re: Chapter 11 Filing

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 3/4/14 | Conf w/atty Stein re: status of cases to assist w/stipulations. MHG | .2 | 300 | 60.00 |
| 3/5/14 | Status conf w/Court on Adv. Proc. 045 & 046. MHG | .4 | 300 | 120.00 |
| 3/5/14 | Conf w/atty Anderson re: Adv Proc 45 & 46. MHG | .4 | 300 | 120.00 |
| 3/5/14 | Review incoming term sheet and motion information. MHG | .9 | 300 | 270.00 |
| 3/6/14 | Conf w/member attys re: term sheet. MHG | 1.1 | 300 | 330.00 |
| 3/7/14 | Review and respond to incoming emails re: case issues. MHG | .4 | 300 | 120.00 |
| 3/7/14 | Conf w/John Parks and CPA Boysun re: testimony for 3/11/14 hearing. MHG | .9 | 300 | 270.00 |
| 3/10/14 | Conf w/CPA Boysun re: admin issues. MHG | .4 | 300 | 120.00 |
| 3/10/14 | Conf w/atty Alter re: case issues for Noteholders. MHG | .5 | 300 | 150.00 |
| 3/10/14 | Prepare Status report to Court. MHG | .6 | 300 | 180.00 |
| 3/10/14 | Review of Energy West matters. MHG | .5 | 300 | 150.00 |

| | | | | |
|---|---|---|---|---|
| 3/10/14 | Conf w/atty Baldwin re: term sheet. MHG | .3 | 300 | 90.00 |
| 3/10/14 | Email to atty Smith re: term sheet. MHG | .2 | 300 | 60.00 |
| 3/11/14 | Attend 3/11/14 Hearing. MHG | 4.4 | 300 | 1320.00 |
| 3/11/14 | Conf w/Co-Counsel Freedlander re: Energy West & PPL claims. MHG | .9 | 300 | 270.00 |
| 3/11/14 | Letter to Counsel re: interim fees for McGuire Woods. MHG | .1 | 300 | 30.00 |
| 3/11/14 | Email to atty Smith re: term sheet and member issue. MHG | .4 | 300 | 120.00 |
| 3/11/14 | Review submitted member dispute resolution agreement. MHG | .3 | 300 | 90.00 |
| 3/11/14 | Emails w/Southern employees re: admin. issues. MHG | .3 | 300 | 90.00 |
| 3/11/14 | Email to CFC creditor atty re: relief from stay issue. MHG | .2 | 300 | 60.00 |
| 3/12/14 | Review and respond to incoming emails re: settlement issues. MHG | .4 | 300 | 120.00 |
| 3/12/14 | Conf w/member counsel re: latest term sheet changes. MHG | .8 | 300 | 240.00 |
| 3/12/14 | Review new term sheet changes. MHG | 1.3 | 300 | 390.00 |
| 3/13/14 | Conf w/member counsel re: term sheet changes. MHG | 1.2 | 300 | 360.00 |
| 3/13/14 | Revise term sheet. MHG | .4 | 300 | 120.00 |
| 3/13/14 | Conf w/Southern employees re: Energy West claim. MHG | 1.1 | 300 | 330.00 |
| 3/14/14 | Conf w/atty Dye for UCC regarding PPL adversary claim issue. MHG | .6 | 300.00 | 180.00 |
| 3/14/14 | Conf w/attys Alter for Noteholders and Freedlander (co-counsel) re; term sheet and Energy West admin claim. MHG | .7 | 300 | 210.00. |

2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/14/14 | Conf w/atty Erhman for Energy West re: admin claim issues. MHG | .4 | 300 | 120.00 |
| 3/14/14 | Emails re: term sheet issues. MHG | .4 | 300 | 120.00 |
| 3/14/14 | Revise term sheet re: security interest and other issues. MHG | .3 | 300 | 90.00 |
| 3/17/14 | Conf w/atty King re: potential settlement of PPL adversary case. MHG | .7 | 300 | 210.00 |
| 3/18/14 | Comments to co-counsel Freedlander re: issues raised by Noteholders atty. MHG | .4 | 300 | 120.00 |
| 3/18/14 | Emails w/atty Alter re: term sheet issues. MHG | .3 | 300 | 90.00 |
| 3/18/14 | Conf w/Energy West atty Erhman re: adversary issues. MHG | .5 | 300 | 150.00 |
| 3/19/14 | Conf w/Co-counsel Freedlander re: Energy West claim and plan. MHG | .4 | 300 | 120.00 |
| 3/19/14 | Conf w/atty Baldwin re: term sheet. MHG | .3 | 300 | 90.00 |
| 3/19/14 | Conf w/Powell Electric atty re: adversary settlement. MHG | .4 | 300 | 120.00 |
| 3/19/14 | Prep motion to continue answer for Adv Proc #44 for settlement discussions. MHG | .4 | 300 | 120.00 |
| 3/19/14 | Conf w/atty Alter re: plan and Energy West. MHG | .3 | 300 | 90.00 |
| 3/19/14 | Review and revise objection to Energy West admin claim. MHG | 2.6 | 300 | 780.00 |
| 3/19/14 | Review admin claim case law re: Energy West claim. (2.1 1/2 time)  MHG | 1.05 | 300 | 315.00 |
| 3/19/14 | Review and respond to emails re: term sheet and Energy West. MHG | .8 | 300 | 240.00 |
| 3/20/14 | Conf w/atty King for PPL re: settlement of adversary case. MHG | .4 | 300 | 120.00 |

3

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/20/14 | Prepare PPL stipulation re: extension and notice of substitution. MHG | .3 | 300 | 90.00 |
| 3/20/14 | Review incoming emails from Powell Electrical Systems. MHG | .3 | 300 | 90 |
| 3/20/14 | Conf w/atty Hunnes re: SME and FIB loan issue. MHG | .5 | 300 | 150.00 |
| 3/20/14 | Conf w/atty Lamdin for FIB re: bank secured collateral. MHG | .4 | 300 | 120.00 |
| 3/20/14 | Review and revise draft plan. MHG | 3.9 | 300 | 1170.00 |
| 3/20/14 | Conf w/member counsel re: term sheet. MHG | .3 | 300 | 90.00 |
| 3/20/14 | Revise term sheet to final version. MHG | .7 | 300 | 210.00 |
| 3/20/14 | Emails w/Noteholders atty re: FIB, Energy West and term sheet. MHG | .6 | 300 | 180.00 |
| 3/20/14 | Second conference w/FIB atty re: collateral. MHG | .3 | 300 | 90.00 |
| 3/20/14 | Prep memo to member counsel re: term sheet. MHG | .4 | 300 | 120.00 |
| 3/21/14 | Review and respond to various emails re: finalizing term sheet. MHG | .7 | 300.00 | 210.00 |
| 3/21/14 | Final review of term sheet. MHG | .5 | 300 | 150.00 |
| 3/21/14 | Review for final corrections and file objection to Energy West admin claim. MHG | 1.6 | 300 | 480.00 |
| 3/21/14 | Conf w/co-counsel Freedlander re: plan issues. MHG | .3 | 300 | 90.00 |
| 3/21/14 | Review and revise plan of reorganization. MHG | 2.8 | 300 | 840.00 |
| 3/24/14 | Conf w/YVEC atty Crist re: settlement issue. MHG | .3 | 300 | 90.00 |
| 3/25/14 | Review emails and reply to Noteholders counsel re: hearing issues. MHG | .5 | 300 | 150.00 |

4

| | | | | |
|---|---|---|---|---|
| 3/25/14 | Review and reply to emails from Trustee Boyd. MHG | .1 | 300 | 30.00 |
| 3/24/145 | Emails w/co-counsel Freedlander re: term sheet issues. MHG | .4 | 300 | 120.00 |
| 3/25/14 | Emails w/member counsel re: term sheet issues. MHG | .4 | 300 | 120.00 |
| 3/25/14 | Review incoming pleadings. MHG | .7 | 300 | 210.00 |
| 3/25/14 | Prepare amended status report for Court re: term sheet. MHG | .5 | 300 | 150.00 |
| 3/25/14 | Conf w/Mgr Sweeney re: admin matters. MHG | .5 | 300 | 150.00 |
| 3/25/14 | Conf w/member atty Gardner re: case issues. MHG | .3 | 300 | 90.00 |
| 3/26/14 | Conf w/co-counsel Freedlander re: plan issues. MHG | .5 | 300 | 150.00 |
| 3/26/14 | Revise draft plan. MHG | 3.4 | 300 | 1020.00 |
| 3/26/14 | Conf w/atty Doak re: adversary issues. MHG | .4 | 300 | 120.00 |
| 3/26/14 | Conf w/US Trustee Jensen re: status. MHG | .3 | 300 | 90.00 |
| 3/26/14 | Respond to member atty emails. MHG | .6 | 300 | 180.00 |
| 3/26/14 | Conf w/atty Jorrison for Corval Group re: adversary issue. MHG | .4 | 300 | 120.00 |
| 3/26/14 | Review draft plan to communicate Corval treatment to atty Jorrison. MHG | .5 | 300 | 150.00 |
| 3/26/14 | Email to Corval litigation to atty Jorrison. MHG | .4 | 300 | 120.00 |
| 3/28/14 | Conf w/co-counsel Freedlander re: plan revisions. MHG | .3 | 300 | 90.00 |
| 3/28/14 | Email to Energy West atty re: resolution of admin claim. MHG | .2 | 300 | 60.00 |
| 3/31/14 | Review Debtor plan for revisions. MHG | 3.6 | 300 | 1080.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/31/14 | Email w/co-counsel Freedlander re: plan revision issues. MHG | .3 | 300 | 90.00 |
| 3/2/14 | Reviewed email re: CFC and emailed atty Goodrich re: same. MWS | .1 | 180 | 18.00 |
| 3/3/14 | Reviewed emails re: mediation issues. MWS | .2 | 180 | 36.00 |
| 3/4/14 | Reviewed email from Joe Epstein re: Adv Case #44 and Emailed atty Goodrich re: the same. MWS | .1 | 180. | 18.00 |
| 3/4/14 | Conf w/atty Goodrich re: status of cases. MWS | .2 | N/C | 0.00 |
| 3/4/14 | Emailed John Schwarz re: CFC. MWS | .1 | 180 | 18.00 |
| 3/4/14 | Emailed Joe Epstein re: Adv Case #44. MWS | .1 | 180 | 18.00 |
| 3/6/14 | Reviewed scheduling orders in Adv Cases #45 & 46. MWS | .1 | 180 | 18.00 |
| 3/14/14 | Reviewed and responded to emails re: Adv Case #43. MWS | .1 | 180 | 18.00 |
| 3/14/14 | Reviewed, redacted and filed Monthly Operating Report. MWS | .5 | 180 | 90.00 |
| 3/19/14 | Reviewed emails and pleadings re: extensions. MWS | .3 | 180 | 54.00 |
| 3/20/14 | Reviewed and responded to emails re: deadline for objections. MWS | .2 | 180 | 36.00 |
| | **Subtotal of Hours & Fees** | **59.75** | | **17649** |
| | **Costs** | | | |
| 3/14/14 | Printing of Dkt 1285 | | | 231.28 |
| 3/25/14 | Conf Call SME 3/13/14 | | | 20.96 |
| 3/25/14 | Conf Call SME 3/12/14 | | | 52.27 |

6

| | | | | |
|---|---|---|---|---|
| 3/25/14 | Conf Call SME 3/6/14 | | | 57.16 |
| 3/25/14 | Conf Call SME 2/26/14 | | | 58.44 |
| 3/25/14 | Conf Call SME 2/26/14 | | | 80.20 |
| | **Subtotal of Costs** | | | **500.31** |
| | **Total Costs & Fees** | | | **$18149.31** |

| Matter No. | Matter Description | MHG | MWS | F-S |
|---|---|---|---|---|
| 19-48-01 | Case Administration | 57.75 | 2.0 | |
| | Less NO CHARGE | 0.0 | -.2 | |
| | TOTAL HOURS | 57.75 | 1.8 | |
| | TIMEKEEPER RATE | $300 | $180 | $80 |
| | TIMEKEEPER FEES | $17325.00 | $324.00 | $0.00 |
| | | | | |
| | **TOTAL FEES  $17,649.00** | | | |

| Individual | Total Hours | Hourly Rate | Compensation |
|---|---|---|---|
| Malcolm Goodrich | 57.75 | $300 | $17,325.00 |
| Maggie Stein | 1.8 | $180 | $   324.00 |

**Total Attorney and Paralegal Fee Compensation Requested:  $17,649.00 plus the indicated costs.    Blended hourly rate of attorney time only and attorney fees only = $296.37/hr.**

7