# Goodrich Law Firm, P.C.

P.O. Box 1899
2619 ST. Johns Ave, Suite F
Billings, MT 59103-1899

Phone: 406-256-3663                                                                 Fax: 406-256-3660

Southern Montana Electric Coop
3521 Gabel Road #5
Billings, MT  59102

Re: Chapter 11 Filing

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| | **Case Administration** | | | |
| 4/1/14 | Conf w/Energy West atty  Erhman re continuance and claim. MHG | .4 | $300 | $120.00 |
| 4/1/14 | Conf w/member attys re: plan issues. MHG | 1.4 | 300 | 420.00 |
| 4/1/14 | Emails w/Pres. Dover re: board  meeting. MHG | .3 | 300 | 90.00 |
| 4/2/14 | Conf w/co-counsel Freedlander re: revisions to Debtor Plan. MHG | .7 | 300 | 210.00 |
| 4/2/14 | Conf w/Energy West atty Faure re: hearing issues. MHG | .5 | 300 | 150.00 |
| 4/2/14 | Conf w/atty Dye for UCC re: resolution of encumbered cash issue for plan. MHG | .9 | 300 | 270.00 |
| 4/2/14 | Conf w/atty Freedlander re: follow-up re unsecured debt treatment in plan. MHG | .5 | 300 | 150.00 |
| 4/2/14 | Status conf w/Court on Adv Proc. 044. MHG | .3 | 300 | 90.00 |
| 4/2/14 | Conf w/atty Alter re: Noteholders and plan issues. MHG | .5 | 300 | 150.00 |
| 4/2/14 | Email to member counsel re: Plan and Disclosure Statement issues. MHG | .7 | 300 | 210.00 |

| | | | | |
|---|---|---|---|---|
| 4/2/14 | Conf w/Court re: status of Adv Proc 043. MHG | .3 | 300 | 90.00 |
| 4/3/14 | Conf w/atty Alter for Noteholders re: atty fees. MHG | .4 | 300 | 120.00 |
| 4/3/14 | Conf w/Mgr Sweeney re: admin matters. MHG | .3 | 300 | 90.00 |
| 4/3/14 | Emails w/Noteholders' atty Alter re: fee payment of Noteholders under Term Sheet post May 1. MHG | .4 | 300 | 120.00 |
| 4/3/14 | Conf w/Member atty re: changes to Draft Debtor Plan. MHG | .5 | 300 | 150.00 |
| 4/3/14 | Prep Motion for telephonic conf. MHG | .6 | 300 | 180.00 |
| 4/4/14 | Prep for and attend Debtor board meeting. MHG | 2.8 | 300 | 840.00 |
| 4/4/14 | Conf w/board member Boyd. MHG | .2 | 300 | 60.00 |
| 4/4/14 | Review incoming pleadings. MHG | .3 | 300 | 90.00 |
| 4/7/14 | Prep motion to continue motion to convert. MHG | .5 | 300 | 150.00 |
| 4/7/14 | Emails w/counsel re: motion to convert. MHG | .3 | 300 | 90.00 |
| 4/7/14 | Prep Stip to continue Energy West hearing on admin claim. MHG | .5 | 300 | 150.00 |
| 4/7/14 | Emails w/counsel re: stipulation for Energy West continuance. MHG | .2 | 300 | 60.00 |
| 4/7/14 | Review incoming pleadings. MHG | .4 | 300 | 120.00 |
| 4/7/14 | Review debtor's disclosure statement for changes. MHG | 2.2 | 300 | 660.00 |
| 4/8/14 | Finalize and file stip re: continuance of Energy West admin claim. MHG | .3 | 300 | 90.00 |
| 4/8/14 | Meeting w/Mgr Sweeney, accountant Boysun and power purchaser Dahlgren re: plan budget issues. MHG | 1.8 | 300 | 540.00 |
| 4/8/14 | Email to atty Alter of Noteholders re: legislative committee | .2 | 300 | 60.00 |

| | | | | |
|---|---|---|---|---|
| | inspection of HGS plant. MHG | | | |
| 4/8/14 | Review and respond to incoming emails. MHG | .5 | 300 | 150.00 |
| 4/9/14 | Respond to board member Boyd questions re: plan and disclosure statement. MHG | .6 | 300 | 180.00 |
| 4/9/14 | Conf w/atty Freedlander re: budgeting issues in plan. MHG | .8 | 300 | 240.00 |
| 4/9/14 | Conf w/Mgr Sweeney re: board meeting issues and HGS plant. MHG | .9 | 300 | 270.00 |
| 4/9/14 | Review Noteholders comments to plan. MHG | .9 | 300 | 270.00 |
| 4/9/14 | Draft stip re: vacate motion for valuation and order. MHG | .4 | 300 | 120.00 |
| 4/9/14 | Emails w/Noteholders atty re: stipulation. MHG | .3 | 300 | 90.00 |
| 4/9/14 | Review issues re: docket #210. MHG | .5 | 300 | 150.00 |
| 4/10/14 | Conf w/Mgr Sweeney and accountant Boysun re: budget forecasting. MHG | .9 | 300 | 270.00 |
| 4/10/14 | Conf w/Court & parties re: status. MHG | .9 | 300 | 270.00 |
| 4/10/14 | Conf w/atty Alter re: plan issues. MHG | .3 | 300 | 90.00 |
| 4/10/14 | Conf w/atty Martin King for PPL re: possible resolution of claim. MHG | .8 | 300 | 240.00 |
| 4/10/14 | Conf w/Mgr Sweeney and accountant Boysun re: update on budgeting (2nd conf). MHG | .8 | 300 | 240.00 |
| 4/10/14 | Review revised budgets. MHG | .6 | 300 | 180.00 |
| 4/10/14 | Conf w/atty Dye for UCC re: possible resolution. MHG | .3 | 300 | 90.00 |
| 4/10/14 | Conf w/attys Alter and Freedlander re: plan issues and covenants of Note of Debtor. MHG | .6 | 300 | 180.00 |

| 4/10/14 | Respond to questions re: disclosure statement from board member Boyd. MHG | 1.3 | 300 | 390.00 |
|---------|---------|------|-----|--------|
| 4/10/14 | Review and respond to incoming emails. MHG | .5 | 300 | 150.00 |
| 4/10/14 | Review incoming pleadings. MHG | .3 | 300 | 90.00 |
| 4/11/14 | Prep and attend board meeting. MHG | 3.2 | 300 | 960.00 |
| 4/11/14 | Conf w/counsel Freedlander re: board meeting. MHG | .4 | 300 | 120.00 |
| 4/11/14 | Conf w/member counsel re: Plan. MHG | .8 | 300 | 240.00 |
| 4/14/14 | Conf w/atty Paul for Fergus and Mid-Yellowstone re: plan treatment. MHG | .3 | 300 | 90.00 |
| 4/15/14 | Revise cash collateral agreement for 5/1-6/30 time period. MHG | .4 | 300 | 120.00 |
| 4/15/14 | Conf w/atty for FIB re: claim issue. MHG | .2 | 300 | 60.00 |
| 4/15/14 | Conf w/Morgan Stanley re: power contracts going forward. MHG | 1.1 | 300 | 330.00 |
| 4/15/14 | Conf w/Mgr, accountant and power purchaser re: various admin issues. MHG | 1.6 | 300 | 480.00 |
| 4/15/14 | Conf w/atty Freedlander re: contract assumption. MHG | .4 | 300 | 120.00 |
| 4/16/14 | Conf w/atty Crist for prospective HGS purchaser re: method for enquiry in purchase discussions. MHG | .4 | 300 | 120.00 |
| 4/16/14 | Review and respond to emails w/Noteholders' atty. MHG | .3 | 300 | 90.00 |
| 4/16/14 | Conf w/FIB atty Lamdin re: possible plan treatment. MHG | .4 | 300 | 120.00 |
| 4/16/14 | Conf w/co-counsel Freedlander re; plan. MHG | .2 | 300 | 60.00 |
| 4/16/14 | Conf w/Carrie Boysun accountant, atty Freedlander and S. Sweeney Mgr re: contracts for assumption.  MHG | .5 | 300 | 150.00 |
| 4/16/14 | Review and respond incoming plan related emails. MHG | .5 | 300 | 150.00 |

| | | | | |
|---|---|---|---|---|
| 4/17/14 | Conf w/PPL atty King re: resolution of claim. MHG | .4 | 300 | 120.00 |
| 4/17/14 | Review revised budget from accountant. MHG | .4 | 300 | 120.00 |
| 4/17/14 | Conf w/atty for SME re: removal from plan. MHG | .3 | 300 | 90.00 |
| 4/17/14 | Additional budget draft review. MHG | .3 | 300 | 90.00 |
| 4/17/14 | Conf w/accountant Boysun re: budget issues. MHG | .5 | 300 | 150.00 |
| 4/17/14 | Email to co-counsel Freedlander re: plan payment issue. MHG | .3 | 300 | 90.00 |
| 4/18/14 | Conf w/atty Freedlander re: plan status issues and FERE discussion. MHG | .4 | 300 | 120.00 |
| 4/21/14 | Conf w/co-counsel Freedlander re: plan changes. MHG | .4 | 300 | 120.00 |
| 4/21/14 | Email to member counsel re: plan. MHG | .2 | 300 | 60.00 |
| 4/21/14 | Prep motion to expedite. MHG | 1.6 | 300 | 480.00 |
| 4/21/14 | Review plan and disclosure statement for filing. MHG | 2.3 | 300 | 690.00 |
| 4/21/14 | Conf w/accountant Boysun re: budget issues. MHG | .4 | 300 | 120.00 |
| 4/21/14 | Review revised cash collateral agreement. MHG | .8 | 300 | 240.00 |
| 4/21/14 | Review incoming emails re: budget and disclosure statement. MHG | .6 | 300 | 180.00 |
| 4/22/14 | Conf call w/board. MHG | 2.1 | 300 | 630.00 |
| 4/22/14 | Prep COS for disclosure statement. MHG | .3 | 300 | 90.00 |
| 4/22/14 | Prep Notice of disclosure statement. MHG | .3 | 300 | 90.00 |
| 4/22/14 | Respond to emails. MHG | .8 | 300 | 240.00 |
| 4/22/14 | Conf w/atty King re: claim. MHG | .4 | 300 | 120.00 |

| | | | | |
|---|---|---|---|---|
| 4/23/14 | Conf w/Noteholders' attys re: various status of matters. MHG | 1.2 | 300 | 360.00 |
| 4/23/14 | Prepare interim fee request. MHG | .5 | 300 | 150.00 |
| 4/23/14 | Conf w/T. Dahlgren at Debtor re: PCS and cure issues. MHG | .4 | 300 | 120.00 |
| 4/23/14 | Email to Noteholders atty re: PCS cure. MHG | .4 | 300 | 120.00 |
| 4/23/14 | Conf w/atty Freedlander re: pending disclosure and plan issues. MHG | .7 | 300 | 210.00 |
| 4/23/14 | Review latest revised budget projection. MHG | .4 | 300 | 120.00 |
| 4/24/14 | Revise first interim fee request. MHG | .5 | 300 | 150.00 |
| 4/24/14 | Email to co-counsel re: NW Energy. MHG | .2 | 300 | 60.00 |
| 4/24/14 | Email atty for UCC re: conference. MHG | .1 | 300 | 30.00 |
| 4/25/14 | Conf w/atty Richardson and Freedlander re: resolution of various NW Energy claims and deposit issues. MHG | .7 | 300 | 210.00 |
| 4/25/14 | Conf w/atty Dye of UCC re: resolution. MHG | .5 | 300 | 150.00 |
| 4/28/14 | Respond to atty Erhman NW Energy re: resolution of claim dispute. MHG | .3 | 300 | 90.00 |
| 4/28/14 | Conf w/atty Dye for UCC re: possible resolution of claims payment. MHG | .5 | 300 | 150.00 |
| 4/28/14 | Emails w/co-counsel Freedlander re: status. MHG | .4 | 300 | 120.00 |
| 4/28/14 | Emails w/atty King re: resolution of PPL claim. MHG | .3 | 300 | 90.00 |
| 4/28/14 | Review revised budgets projections. MHG | .8 | 300 | 240.00 |
| 4/28/14 | Revise latest cash collateral stipulation. MHG | .4 | 300 | 120.00 |
| 4/28/14 | Review all requested contracts for amendments. MHG | 1.3 | 300 | 390.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/29/14 | Email to atty Alter of Noteholders re: cash collateral. MHG | .3 | 300 | 90.00 |
| 4/29/14 | Emails w/counsel re: disclosure statement issues. MHG | .7 | 300 | 210.00 |
| 4/30/14 | Conf w/atty Patten re: contractor Lien issues. MHG | .6 | 300 | 180.00 |
| 4/30/14 | Conf w/atty Gardner for member co-op re: status issues. MHG | .6 | 300 | 180.00 |
| 4/30/14 | Revise cash collateral stipulation w/order. MHG | .3 | 300 | 90.00 |
| 4/11/14 | Reviewed and responded to email re: Monthly Operating Report. MWS | .1 | 180 | 18.00 |
| 4/15/14 | Reviewed, redacted and filed Monthly Operating Report. MWS | .5 | 180 | 90.00 |
| | **Subtotal of Hours & Fees** | **66.8** | | **$19968.00** |
| | **Costs** | | | |
| 4/23/14 | SME atty Call 2/24/14 | | | 43.42 |
| 4/21/14 | Mailing of Disclosure Statement, Redlined Disclosure Statement and Plan to parties who did not receive by electronic mail through the Court filing. | | | 33.50 |
| 4/22/14 | Mailing of Notice of Disclosure Statement and Plan | | | 85.53 |
| 4/22/14 | Copying of Notice of Disclosure Statement and Plan (in-house 174 copies x 5 pages @ .08/page) | | | 69.60 |
| 4/25/14 | Mailing of Interim Fee App | | | 243.6 |
| 4/25/14 | Copying of Interim Fee app for mailing (in-house 174 copies x 10 @ .8/page) | | | 139.20 |
| | **Subtotal of Costs** | | | **614.85** |
| | **Total Costs & Fees** | | | **$20,582.85** |

| Matter No. | Matter Description | MHG | MWS | F-S |
|------------|--------------------|-----|-----|-----|
| 19-48-01 | Case Administration | 66.2 | .6 | 0 |
| | Less NO CHARGE | 0.0 | 0.0 | 0 |
| | TOTAL HOURS | 66.2 | .6 | 0 |
| | TIMEKEEPER RATE | $300 | $180 | $80 |
| | TIMEKEEPER FEES | $19,860.00 | $108.00 | $0.00 |
| | | | | |
| | **TOTAL FEES  $19,968.00** | | | |

| Individual | Total Hours | Hourly Rate | Compensation |
|------------|-------------|-------------|--------------|
| Malcolm Goodrich | 66.2 | $300 | $19,860.00 |
| Maggie Stein | .6 | $180 | $   108.00 |

**Total Attorney and Paralegal Fee Compensation Requested:  $19,968.00 plus the indicated costs.     Blended hourly rate of attorney time only and attorney fees only = $298.92/hr.**