# Goodrich Law Firm, P.C.

P.O. Box 1899
2619 ST. Johns Ave, Suite F
Billings, MT 59103-1899

Phone: 406-256-3663                                                                Fax: 406-256-3660

Southern Montana Electric Coop
3521 Gabel Road #5
Billings, MT  59102

Re: Chapter 11 Filing

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | **Case Administration** | | | |
| 5/1/14 | Review incoming additional fee request from Trustee and atty. MHG | .4 | 300 | 120.00 |
| 5/1/14 | Conf w/Mgr Sweeney re: admin issues. MHG | .9 | 300 | 270.00 |
| 5/1/14 | Conf w/atty Freedlander re: plan issues. MHG | .6 | 300 | 180.00 |
| 5/5/14 | Review and comment on amended all requests contract drafts. MHG | .9 | 300 | 270.00 |
| 5/5/14 | Review third supplemental indenture and HGS Liquidating Agreement as plan supplements. MHG | 1.2 | 300 | 360.00 |
| 5/5/14 | Conf call re: resolution of Energy West claim. MHG | .8 | 300 | 240.00 |
| 5/5/14 | Conf w/atty Alter & Freedlander re: plan issues. MHG | .4 | 300 | 120.00 |
| 5/6/14 | Conf w/M Stein re: fee app notice. MHG | .2 | 300 | 60.00 |
| 5/7/14 | Prep for and attend board meeting. MHG | 3.2 | 300 | 960.00 |
| 5/7/14 | Conf w/atty Freedlander re: supplemental plan doc issues. MHG | .4 | 300 | 120.00 |
| 5/7/14 | Emails w/UCC atty Dye re: hearing. MHG | .3 | 300 | 90.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/7/14 | Review incoming emails re: case status. MHG | .4 | 300 | 120.00 |
| 5/7/14 | Emails w/UCC atty Dye re: hearing issue. MHG | .3 | 300 | 90.00 |
| 5/7/14 | Additional emails w/UCC atty. MHG | .3 | 300 | 90.00 |
| 5/7/14 | Conf w/atty Francis re: WAPA contract issues. MHG | .3 | 300 | 90.00 |
| 5/7/14 | Conf w/atty Hunnes re: member concern. MHG | .4 | 300 | 120.00 |
| 5/7/14 | Conf w/atty Dye fro UCC re: possible resolution. MHG | .4 | 300 | 120.00 |
| 5/7/14 | Email to member counsel re: hearing issues. MHG | .2 | 300 | 60.00 |
| 5/7/14 | Review docket re: prior objection of B. Austin. MHG | .5 | 300 | 150.00 |
| 5/7/14 | Follow up conf call with atty Dye re: claim issues. MHG | .3 | 300 | 90.00 |
| 5/7/14 | Conf w/atty Hunnes re: BPA claim. MHG | .5 | 300 | 150.00 |
| 5/7/14 | Email to atty Dye re: BPA claim issue. MHG | .3 | 300 | 90.00 |
| 5/7/14 | Further emails w/atty Dye re: case resolution. MHG | .3 | 300 | 90.00 |
| 5/7/14 | Email to atty Alter re: disclosure statement. MHG | .3 | 300 | 90.00 |
| 5/8/14 | Prep for disclosure statement hearing. MHG | 2.6 | 300 | 780.00 |
| 5/8/14 | Conf w/atty Freedlander re: plan & disclosure statement issues. MHG | .4 | 300 | 120.00 |
| 5/8/14 | Review incoming emails re: plan issues. MHG | .6 | 300 | 180.00 |
| 5/9/14 | Attend confirmation disclosure statement hearing. MHG | 1.1 | 300 | 330.00 |
| 5/9/14 | Conf w/objecting party Bruce Austin re: case concerns. MHG | 1.8 | 300 | 540.00 |
| 5/9/14 | Draft and prepare and file stipulation w/PPL. MHG | .3 | 300 | 90.00 |

2

| | | | | |
|---|---|---|---|---|
| 5/12/14 | Revise plan re: associated property. MHG | .5 | 300 | 150.00 |
| 5/12/14 | Research title description for associated property description. MHG | 1.2 | 300 | 360.00 |
| 5/12/14 | Conf w/US Trustee Jensen re: case issues. MHG | .3 | 300 | 90.00 |
| 5/12/14 | Review Parks fee request for possible objection. MHG | .4 | 300 | 120.00 |
| 5/12/14 | Review and respond to emails from atty Alter re: plan changes. MHG | .3 | 300 | 90.00 |
| 5/13/14 | Conf w/atty Alter re: disclosure and plan changes. MHG | .4 | 300 | 120.00 |
| 5/13/14 | Review Noteholders changes to plan. MHG | 1.5 | 300 | 450.00 |
| 5/13/14 | Make changes to disclosure and plan. MHG | 1.8 | 300 | 540.00 |
| 5/13/14 | Conf w/Carrie Boysun at Debtor re: budget projections. MHG | .4 | 300 | 120.00 |
| 5/13/14 | Conf w/Mgr Sweeney, accountant Boysun and power purchaser Dahlgren re: PPL offer of claim resolution and other matters. MHG | .8 | 300 | 240.00 |
| 5/13/14 | Review incoming claim resolution offer from PPL. MHG | .3 | 300 | 90.00 |
| 5/13/14 | Revise plan and second amended disclosure statement. MHG | 3.4 | 300 | 1020.00 |
| 5/13/14 | Emails w/member counsel re: plan issues. MHG | .4 | 300 | 120.00 |
| 5/14/14 | Emails w/company Mgr re: board meeting issues. MHG | .3 | 300 | 90.00 |
| 5/14/14 | Emails w/atty Freedlander re: plan. MHG | .3 | 300 | 90.00 |
| 5/14/14 | Conf w/atty James for City of Great Falls re: release issue. MHG | .3 | 300 | 90.00 |
| 5/14/14 | Modify list of contracts for assumption. MHG | .8 | 300 | 240.00 |
| 5/14/14 | Conf w/atty Freedlander re: plan issues. MHG | .4 | 300 | 120.00 |

3

| | | | | |
|---|---|---|---|---|
| 5/14/14 | Email to atty King re: PPL claim. MHG | .3 | 300 | 90.00 |
| 5/14/14 | Conf w/atty Richardson for Northwestern Energy re: deposit issues. MHG | .5 | 300 | 150.00 |
| 5/15/14 | Conf w/Mgr Sweeney and other s re: power needs. MHG | 1.4 | 300 | 420.00 |
| 5/15/14 | Emails w/atty Freedlander re: plan issues. MHG | .4 | 300 | 120.00 |
| 5/15/14 | Prepare ballot. MHG | .3 | 300 | 90.00 |
| 5/15/14 | Revisions to executory contract list. MHG | .6 | 300 | 180.00 |
| 5/15/14 | Emails w/accountant re: budget issues. MHG | .4 | 300 | 120.00 |
| 5/16/14 | Prep for board meeting and review of trustee Boyd issues. MHG | .9 | 300 | 270.00 |
| 5/16/14 | Review revised executory contract list. MHG | .4 | 300 | 120.00 |
| 5/16/14 | Attend board meeting. MHG | 2.8 | 300 | 840.00 |
| 5/16/14 | Conf w/atty Freedlander re: trust changes. MHG | .4 | 300 | 120.00 |
| 5/16/14 | Conf w/trustee board member Boyd re: financial issues. MHG | .3 | 300 | 90.00 |
| 5/16/14 | Emails w/power expert at Pasco Engineering. MHG | .3 | 300 | 90.00 |
| 5/16/14 | Conf w/Mgr Sweeney re: admin matters. MHG | .5 | 300 | 150.00 |
| 5/16/14 | Prep plan for filing. MHG | .4 | 300 | 120.00 |
| 5/19/14 | Conf call w/Trustee Boyd and counsel Freedlander re: trust and note issues. MHG | 1.8 | 300 | 540.00 |
| 5/19/14 | Conf w/Pasco Engineering re: power issues. MHG | 1.3 | 300 | 390.00 |
| 5/19/14 | Conf w/atty King re: PPL claim issues. MHG | .5 | 300 | 150.00 |
| 5/19/14 | Email to atty Parks re: testimony for Energy Western admin | .3 | 300 | 90.00 |

4

| | | | | |
|---|---|---|---|---|
| | matters. MHG | | | |
| 5/19/14 | Emails w/Mgr Sweeney re: RVS issues. MHG | .3 | 300 | 90.00 |
| 5/19/14 | Review member counsel emails and respond. MHG | .3 | 300 | 90.00 |
| 5/20/14 | Conf w/atty Freedlander re: plan strategy. MHG | .5 | 300 | 150.00 |
| 5/20/14 | Review incoming emails from member counsel. MHG | .4 | 300 | 120.00 |
| 5/20/14 | Review Plan supplement for filing. MHG | 2.3 | 300 | 690.00 |
| 5/20/14 | Conf w/atty Stein re: plan supplement. finalized and filed the same. MHG | .2 | 300 | 60.00 |
| 5/21/14 | Conf w/atty King re: PPL issues (2x).  MHG | .8 | 300 | 240.00 |
| 5/21/14 | Prep memo to atty King re: settlement of PPL claim. MHG | 1.5 | 300 | 450.00 |
| 5/21/14 | conf w/UCC atty Dye re: settlement (2x). MHG | .9 | 300 | 270.00 |
| 5/21/14 | Conf w/atty from MT DEQ re: HGS post confirmation. MHG | .6 | 300 | 180.00 |
| 5/21/14 | Prep stipulation to extend PPL response. MHG | .2 | 300 | 60.00 |
| 5/22/14 | Emails w/attys Alter and Freedlander re: variety of pending case issues. MHG | 1.3 | 300 | 390.00 |
| 5/23/14 | Emails w/Noteholders counsel re: pending case issues. MHG | .9 | 300 | 270.00 |
| 5/23/14 | Emails w/atty Richardson re: NW Energy deposits. MHG | .4 | 300 | 120.00 |
| 5/27/14 | Conf w/atty Richardson of NW Energy re: claim issues. MHG | .5 | 300 | 150.00 |
| 5/27/14 | Conf w/atty Freedlander re: Energy West claim. MHG | .4 | 300 | 120.00 |
| 5/27/14 | Conf w/atty Richardson for NW Energy in follow-up. MHG | .4 | 300 | 120.00 |
| 5/27/14 | Conf w/atty Freedlander re: plan issues. MHG | .3 | 300 | 90.00 |

5

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/27/14 | Conf w/atty Dye for UCC re: claim resolution (2x). MHG | .6 | 300 | 180.00 |
| 5/27/14 | Conf w/atty King re: claim resolution. MHG | .4 | 300 | 120.00 |
| 5/27/14 | Prep for and attend Board meeting. MHG | 2.4 | 300 | 720.00 |
| 5/27/14 | Review incoming emails re: plan issues and respond. MHG | .6 | 300 | 180.00 |
| 5/27/14 | Email to board members . MHG | .3 | 300 | 90.00 |
| 5/27/14 | Review of by-law. MHG | .7 | 300 | 210.00 |
| 5/27/14 | Draft settlement proposal to PPL. MHG | .9 | 300 | 270.00 |
| 5/28/14 | Emails w/Noteholders counsel re: pending issues. MHG | .4 | 300 | 120.00 |
| 5/28/14 | Emails w/potential witnesses for hearing on 6/2. MHG | .4 | 300 | 120.00 |
| 5/28/14 | Prep for board meeting. MHG | .9 | 300 | 270.00 |
| 5/28/14 | Attend board meeting. MHG | 2.4 | 300 | 720.00 |
| 5/28/14 | Review incoming emails re: construction Lien issues. MHG | .4 | 300 | 120.00 |
| 5/28/14 | Revise settlement offer to PPL. MHG | .3 | 300 | 90.00 |
| 5/28/14 | Conf w/Noteholders atty Alter and Counsel Freedlander re; various status issues. MHG | 1.3 | 300 | 390.00 |
| 5/28/14 | Conf w/atty Erhman of Energy West and counsel Freedlander re: admin claim issues, settlement and hearing. MHG | .8 | 300 | 240.00 |
| 5/28/14 | Conf w/Debtor witnesses re: initial prep for 6/2 hearing. MHG | 1.2 | 300 | 360.00 |
| 5/28/14 | Email to counsel re; hearing. MHG | .4 | 300 | 120.00 |
| 5/28/14 | Conf w/court clerk McCarthy re: hearing on 6/13. MHG | .3 | 300 | 90.00 |
| 5/29/14 | Emails w/attys Alter and Freedlander re: Energy West defense | .8 | 300 | 240.00 |

6

| | | | | |
|---|---|---|---|---|
| | issues. MHG | | | |
| 5/29/14 | Conf w/atty Hunnes re: scheduling issues. MHG | .3 | 300 | 90.00 |
| 5/29/14 | Conf w/Mgr Sweeney re: admin issues. MHG | .4 | 300 | 120.00 |
| 5/29/14 | Conf w/atty Freedlander re: case management issues. MHG | .5 | 300 | 150.00 |
| 5/29/14 | Conf w/atty Richardson for NW Energy re: stipulation issues and revisions to stip. MHG | .5 | 300 | 150.00 |
| 5/29/14 | conf w/atty Patten re: EPC consent to stipulation. MHG | .3 | 300 | 90.00 |
| 5/29/14 | Prep stipulation to continuance confirmation hearing. MHG | .4 | 300 | 120.00 |
| 5/29/14 | Conf w/Trustee Boyd re: RFP. MHG | .5 | 300 | 150.00 |
| 5/29/14 | Conf w/atty Erhman re: exhibits. MHG | .6 | 300 | 180.00 |
| 5/29/14 | Prep for and attend board meeting. MHG | 1.3 | 300 | 390.00 |
| 5/29/14 | Follow-up emails re: court hearing. MHG | .4 | 300 | 120.00 |
| 5/29/14 | Conf w/atty Ryder for Mid Yellowstone re: various case issues. MHG | 1.1 | 300 | 330.00 |
| 5/29/14 | Email w/atty Dye for UCC re: hearing. MHG | .2 | 300 | 60.00 |
| 5/29/14 | Prep withdrawal of former trustee plans. MHG | .9 | 300 | 270.00 |
| 5/29/14 | Email to C. Boysun at Debtor re: board meeting. MHG | .2 | 300 | 60.00 |
| 5/29/14 | Review minutes of board meetings in April through May 16. MHG | .8 | 300 | 240.00 |
| 5/29/14 | Email to atty King for PPL re: status. MHG | .1 | 300 | 30.00 |
| 5/30/14 | Call to atty King for PPL re: settlement. MHG | .2 | 300 | 60.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/30/14 | Conf w/atty Dye for UCC re: settlement. MHG | .3 | 300 | 90.00 |
| 5/30/14 | Prep settlement memo re: PPL and UCC for review by attys King and Dye. MHG | 2.1 | 300 | 630.00 |
| 5/30/14 | Review incoming ballots and pleadings. MHG | .5 | 300 | 150.00 |
| 5/30/14 | Conf w/atty Freedlander re: updating of case issues. MHG | .9 | 300 | 270.00 |
| 5/30/14 | Review of 9/22/13 liquidation analysis. MHG | 1.4 | 300 | 420.00 |
| 5/30/14 | Stipulation in 13-00047 w/PPL. MHG | .2 | 300 | 60.00 |
| 5/6/14 | Reviewed email re: M Freedlander fee app; conf w/M. Goodrich re: same; reviewed rules re: notice and emailed M. Goodrich re: same; emailed Kelli re: same; drafted notice re: fee app; revised fee app; emailed Lela re: same. MWS | 1 | 180 | 180.00 |
| 5/6/14 | Conf w/M Goodrich re: fee app notice. MWS | .2 | N/C | 0.00 |
| 5/7/14 | Conf w/Lela (asst to M. Freedlander) re: fee app; finalized fee app, notice and matrix; conf w/bankruptcy clerks office; reviewed and responded to emails re: fee app; conf w/clerks office; filed fee app and notice. MWS | 1.5 | 180.00 | 270.00 |
| 5/14/14 | Redacted April Monthly Operating Report and filed. MWS | .4 | 180.00 | 72.00 |
| 5/20/14 | Conf w/atty Goodrich re: plan supplement. finalized and filed the same. MWS | .2 | N/C | 0.00 |
| 5/20/14 | Finalized and filed the same. MWS | .4 | 180.00 | 72.00 |
| 5/21/14 | Reviewed disclosure statement and conf w/Frank at Clean Air Engineering re: class treatment on ballot. MWS | .3 | 180.00 | 54.00 |
| 5/22/14 | Reviewed email from atty Goodrich and John Parks re: Energy West admin claim. MWS | .1 | 180.00 | 18.00 |
| 5/23/14 | Reviewed email from John Parks re: Energy West. MWS | .2 | 180.00 | 36.00 |

8

| | | | | |
|---|---|---|---|---|
| 5/28/14 | Reviewed Order granting M. Freedlander interim fees; emailed M. Freedlander re: same. MWS | .3 | 180.00 | 54.00 |
| 5/29/14 | Conf w/M. Goodrich re: stipulation for extension; reviewed emails re: same. MWS | .2 | 180.00 | 36.00 |
| 5/29/14 | Filed motion to continue and proposed order on Energy West. | .4 | 180.00 | 72.00 |
| | **Subtotal of Hours & Fees** | **95.2** | | **$27,864.00** |
| | **Costs** | | | |
| 5/19/14 | Copy of 5/16/14 Mailing of Dscl Stmnt, Plan, Ballot, Order and Exhibits | 1 | | 1509.80 |
| | **Subtotal of Costs** | | | **$1509.80** |
| | **Total Costs & Fees** | | | **$29,373.80** |

| Matter No. | Matter Description | MHG | MWS | F-S |
|---|---|---|---|---|
| 19-48-01 | Case Administration | 90 | 5.2 | 0 |
| | Less NO CHARGE | 0.0 | .4 | 0 |
| | TOTAL HOURS | 90 | 4.8 | 0 |
| | TIMEKEEPER RATE | $300 | $180 | $80 |
| | TIMEKEEPER FEES | $27,000.00 | $864.00 | $0.00 |
| | **TOTAL FEES  $27,864.00** | | | |

| Individual | Total Hours | Hourly Rate | Compensation |
|---|---|---|---|
| Malcolm Goodrich | 90 | $300 | $27,000.00 |
| Maggie Stein | 4.8 | $180 | $   864.00 |

**Total Attorney and Paralegal Fee Compensation Requested:  $27,864.00 plus the indicated costs**.    **Blended hourly rate of attorney time only and attorney fees only = $293.92/hr.**