# Harper Hofer & Associates LLC

Hours Detail by Job & Activity with Memo

1580 Lincoln Street, Suite 1100  
Denver, CO 80203  
Tel: (303) 486-0000

Printed on: 7/22/2014  
Page 1 of 1

**Filters Used:**
- Time Entry Date:    12/1/2013  to  7/15/2014
- Job ID:             Southern Montana Electric:  to  Southern Montana Electric:

| Date | Name | Duration | Notes |
|---|---|---|---|
| **Job (**Name**) - Southern Montana Electric: (**Southern Montana Electric**)** | | | |
| **BNKRPT:** | | | |
| 5/30/2014 | Melinda M. Harper | 0.10 | Received voice mail from Mr. Goodrich about updating liquidation analysis. Sent message to Mr. Hoffman. Responded to Mr. Goodrich about talking on Monday, June 2nd. |
| 6/2/2014 | Melinda M. Harper | 0.10 | Conference with Mr. Hoffman about following up with Mr. Goodrich on his call about a liquidation valuation analysis. |
| 6/2/2014 | Melinda M. Harper | 0.50 | Conference call with Mr. Goodrich and Mr. Hoffman about the liquidation valuation analysis. |
| 6/5/2014 | Melinda M. Harper | 0.30 | Reviewed draft liquidation valuation analysis report schedules. |
| 6/6/2014 | Melinda M. Harper | 0.40 | Finished review of draft liquidation valuation analysis report and schedules. |
| 6/10/2014 | Melinda M. Harper | 0.10 | Read communication from Mr. Goodrich. |
| 6/11/2014 | Melinda M. Harper | 0.20 | Read email communications among Mr. Freedland, Mr. Goodrich, Ms. Boyson and Mr. Hoffman. |
| 6/12/2014 | Melinda M. Harper | 0.10 | Responded to question from Ms. Klos about draft liquidation valuation analysis report content. |
| 6/13/2014 | Melinda M. Harper | 0.10 | Discussed liquidation valuation analysis report status with Mr. Hoffman. |
| 7/13/2014 | Melinda M. Harper | 0.10 | Followed up with Mr. Goodrich regarding status of liquidation valuation analysis report. |
| 7/15/2014 | Melinda M. Harper | 0.10 | Call to Mr. Goodrich on status of the liquidation valuation analysis report. |
| 6/2/2014 | Mitchell S. Hoffman | 0.50 | Teleconference with Mr. Goodrich and Ms. Harper regarding the engagement to update the liquidation valuation analysis. |
| 6/2/2014 | Mitchell S. Hoffman | 0.20 | Review email correspondence between Mr. Goodrich and Ms. Harper in conjunction with the engagement to update the liquidation valuation analysis. |
| 6/2/2014 | Mitchell S. Hoffman | 0.10 | Meeting with Ms. Harper regarding liquidation valuation analysis. |
| 6/3/2014 | Mitchell S. Hoffman | 2.00 | Prepare draft liquidation valuation analysis report. |
| 6/4/2014 | Mitchell S. Hoffman | 1.50 | Prepare draft liquidation valuation analysis report. |
| 6/4/2014 | Mitchell S. Hoffman | 0.30 | Teleconference with Ms. Boysun to seek data needed for the draft liquidation valuation analysis report. |
| 6/5/2014 | Mitchell S. Hoffman | 5.40 | Prepare draft liquidation valuation analysis report. |
| 6/6/2014 | Mitchell S. Hoffman | 0.80 | Prepare draft liquidation valuation analysis report. |
| 6/11/2014 | Mitchell S. Hoffman | 0.30 | Teleconference with Mr. Freedland relating to the updated draft liquidation valuation analysis report. |
| 6/11/2014 | Mitchell S. Hoffman | 0.20 | Teleconference with Ms. Boysun to obtain data needed for the draft liquidation valuation analysis report. |
| 6/11/2014 | Mitchell S. Hoffman | 0.50 | Make revisions to the draft liquidation valuation analysis report. |
| 6/13/2014 | Mitchell S. Hoffman | 0.10 | Meeting with Ms. Harper regarding the liquidation valuation analysis report. |
| 6/12/2014 | Jenna Klos | 0.30 | Produced the draft liquidation valuation analysis report in .pdf format for delivery to the attorney. |
| | **Total for BNKRPT:** | **14.30** | |
| | **Total for Southern Montana Electric: Southern Montana Electric** | **14.30** | |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

Paragraph 7
12/1/13 - 07/15/14

| INDIVIDUAL | TOTAL HOURS | HOURLY RATE | COMPENSATION | |
|---|---|---|---|---|
| Melinda Harper | 2.10 | $ 370.00 | $ 777.00 | |
| Mitch Hoffman | 11.90 | $ 315.00 | $ 3,748.50 | |
| Jenna Klos | 0.30 | $ 155.00 | $ 46.50 | |
| | 14.30 | | $ 4,572.00 | |
| | | | $ 1,097.43 | retainer applied |
| | | | $ 3,474.57 | |