Pascoe Energy Consulting, LLC

| | |
|---|---|
| Invoice No: | 724 |
| Date: | July 17, 2014 |
| Client: | Carrie Boysun<br>Southern Montana G&T<br>3395 Gabel Road, Suite 300<br>Billings, Montana |
| Project: | Power Supply RFP |
| Description: | Consulting services thru June 27, 2014<br>see attached detail |
| Amount: | 3 hours @ $200/hour =     $ 600.00 |
| | Expenses =     $    - |
| | Total     $ 600.00 |

Please remit to:

Pascoe Energy Consulting, LLC
104 Country Club Lane
Butte, MT
59701

Pascoe Energy Consulting, LLC

Invoice No. 724

Detailed Description of Activities

| Date | Hours | Description |
|---|---|---|
| June 25 | 1.00 | meet w/ Troy Dahlgren - WAPA power allocation & scheduling practices |
| June 26 | 0.75 | prep for 6/27 RFP kick-off call, e-mails |
| June 27 | 1.25 | RFP kick-off call w/ Scott Sweeney, Troy Dahlgren & ACES, review WAPA allocation data |
| Total | 3.00 | |

Detailed Description of Expenses

| Date | Amount | Description |
|---|---|---|
| Total | $   - | |