542 S. Dearborn Street, 14th Floor

Chicago, IL 60605

Phone: 312-663-0800 | Fax: 312-663-0900

Tax Identification Number: 26-2137168

Account Statement

Prepared for Lee Freeman

Re: Southern Montana Electric Bankruptcy

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $61,912.52 |
| Total Due | $61,912.52 |

542 S. Dearborn Street, 14th Floor

Chicago, IL 60605

Phone: 312-663-0800   |   Fax: 312-663-0900

Lee Freeman, Trustee
Carrie Boysun
Southern Montana Electric

Invoice Date: October 31, 2013
Invoice Number: 11276
Invoice Amount: $61,912.52

**Matter: Southern Montana Electric Bankruptcy**

### Attorney's Fees

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/28/2011 | TC LAF; review SME bankruptcy docket, orders, motions | N.A.T. | 1.50 | No Charge |
| 11/29/2011 | Review issues leading to SME insolvency. | J.M.G. | .50 | No Charge |
| 12/2/2011 | Review reports of Section 341 hearing | N.A.T. | .20 | No Charge |
| 1/12/2012 | Review recent filings in SME bankruptcy | J.M.G. | .50 | No Charge |
| 1/12/2012 | Attend meeting with Lee Freeman to discuss strategy for investigation for trustee in bankruptcy | J.M.G. | .50 | No Charge |
| 1/12/2012 | Review background materials in bankruptcy filings (including Motion to Disqualify J. Doak and related exhibits and filings) to prepare for meeting regarding investigative scope | N.A.T. | 3.20 | $1,280.00 |
| 1/12/2012 | Meet with L. Freeman re investigative work and scope of assignment, background facts and materials | N.A.T. | 1.00 | $400.00 |
| 1/22/2012 | Review briefs filed in YVEC litigation with debtor and debtor's financial statements for investigation | N.A.T. | 2.20 | $880.00 |
| 1/23/2012 | Travel from Chicago to Billings for bankruptcy hearing and meetings with creditors, witnesses and parties in interest | N.A.T. | 3.00 | No Charge |
| 1/23/2012 | Review financial and other documents provided by YVEC for investigation | N.A.T. | 1.20 | $480.00 |
| 1/23/2012 | Review documents provided by Beartooth for investigation | N.A.T. | 1.10 | $440.00 |
| 1/23/2012 | Review prior testimony of William Fitzgerald, debtor's CEO | N.A.T. | 1.00 | $400.00 |
| 1/23/2012 | Meet with L. Freeman, J. Parks re background facts and investigation scope | N.A.T. | .50 | $200.00 |
| 1/23/2012 | Meet with representative of Beartooth cooperative and its counsel for investigation | N.A.T. | 1.20 | $480.00 |
| 1/23/2012 | Meet with J. Doak re background facts concerning debtor for investigation | N.A.T. | .50 | $200.00 |
| 1/24/2012 | Attend bankruptcy court hearing | N.A.T. | 2.00 | $800.00 |
| 1/24/2012 | Discussion with L. Freeman re investigation issues and issues of confidentiality, subpoenas, privilege issues | N.A.T. | .50 | $200.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1/24/2012 | Return travel from Billings, Montana to Chicago, IL | N.A.T. | 3.00 | No Charge |
| 1/24/2012 | Review summary judgment and other briefs and exhibits filed in YVEC litigation with debtor | N.A.T. | 1.00 | $400.00 |
| 1/24/2012 | Review T. Gregori prior testimony | N.A.T. | 1.00 | $400.00 |
| 1/24/2012 | Prepare for and meet with City of Great Falls representatives and their outside counsel regarding City's relationship with and concerns relating to debtor | N.A.T. | 1.20 | $480.00 |
| 1/24/2012 | Meet with J. Doak regarding issues raised with respect to debtor, state court litigation and areas of investigation | N.A.T. | 1.50 | $600.00 |
| 1/24/2012 | Meet with representatives of and counsel for Yellowstone Valley (YVEC) | N.A.T. | 1.00 | $400.00 |
| 1/25/2012 | Emails LAF and J. Parks re interview of J. Doak | N.A.T. | .10 | $40.00 |
| 1/30/2012 | Review email from G. Doyon and documents provided by Great Falls re Southern board meetings | N.A.T. | .80 | $320.00 |
| 1/30/2012 | Emails J. Parks and L. Freeman re status and access to certain records | N.A.T. | .20 | $80.00 |
| 1/30/2012 | Reviewed YVEC motion re automatic stay and related exhibits for investigation issues | N.A.T. | 1.00 | $400.00 |
| 2/1/2012 | Review documents provided by YVEC, Beartooth, City of Great Falls and analyze | N.A.T. | 3.00 | $1,200.00 |
| 2/3/2012 | Teleconference with J. Alter, counsel for prepetition noteholders, re inquiry about investigation | N.A.T. | .20 | $80.00 |
| 2/7/2012 | Researching legal issues re: Montana corporate governance law | S.N.G. | 1.00 | $175.00 |
| 2/7/2012 | Emails J. Parks, L. Freeman re Van Dye interview of J. Doak | N.A.T. | .10 | $40.00 |
| 2/8/2012 | Researching legal issues re: Montana corporate law | S.N.G. | 1.50 | $262.50 |
| 2/8/2012 | Conference call with Jon Doak, Harold Van Dye, John Parks re background information concerning Southern and its bankruptcy filing | N.A.T. | .80 | $320.00 |
| 2/9/2012 | Researching legal issues re: Montana corporate governance law | S.N.G. | 3.00 | $525.00 |
| 2/9/2012 | Review City of Great Falls power contracts and analyze | N.A.T. | .80 | $320.00 |
| 2/9/2012 | Emails with L. Freeman re status, access to auditor information | N.A.T. | .20 | $80.00 |
| 2/13/2012 | Researching legal issues re: Montana corporate governance law | S.N.G. | 2.00 | $350.00 |
| 2/14/2012 | Review cases re standard for business judgment rule and standards for coops and analyze application to transactions board decisions | N.A.T. | .60 | $240.00 |
| 2/14/2012 | Emails L. Freeman re status and power market issues | N.A.T. | .30 | No Charge |
| 2/14/2012 | Review YVEC positions and concerns as part of investigation scope | N.A.T. | .50 | $200.00 |
| 2/14/2012 | Review Beartooth outline of concerns re corporate governance and financial transactions | N.A.T. | 1.00 | $400.00 |
| 2/17/2012 | Review and analyze board minutes in light of corporate law issues in regard to transactions and | N.A.T. | 2.00 | $800.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | corporate acts | | | |
| 2/20/2012 | Review and analyze documents provided by YVEC and sent by L. Freeman | N.A.T. | 1.80 | $720.00 |
| 2/20/2012 | TC C. Boysun re requests for financial information from Southern | N.A.T. | .30 | $120.00 |
| 2/20/2012 | Review email from C. Boysun and attached financial documents re Southern, including audited financial statements, check register, general ledger, time sheets, powerpoint presentation to board regarding power contracts, PPL contract summary and accounting schedules | N.A.T. | 3.70 | $1,480.00 |
| 2/21/2012 | Analyze documents provided by Southern regarding issues raised in investigation | N.A.T. | 3.50 | $1,400.00 |
| 2/22/2012 | Further review and analysis of board minutes, PPL contracts and financial documents for investigation issues | N.A.T. | 2.80 | $1,120.00 |
| 2/24/2012 | Review issues raised by YVEC, City of Great Falls and Beartooth and follow up on documentation to address those financial and corporate governance issues | N.A.T. | 2.00 | $800.00 |
| 2/26/2012 | Prepare follow-up questions for investigation | N.A.T. | .50 | $200.00 |
| 3/2/2012 | Telephone conference with C. Boysun re follow-up questions regarding financial schedules provided | N.A.T. | .20 | $80.00 |
| 3/2/2012 | Telephone conference with T. Gregori and interview re events at Southern leading to bankruptcy and power contract issues | N.A.T. | 1.00 | $400.00 |
| 3/2/2012 | Review documents provided by City of Great Falls | N.A.T. | .50 | $200.00 |
| 3/2/2012 | Telephone conference with L. Freeman re investigation status | N.A.T. | .40 | $160.00 |
| 3/2/2012 | Review Southern board minutes | N.A.T. | 2.00 | $800.00 |
| 3/5/2012 | Review documents from Southern re transfer of plant assets from SME, rate composition; board notes and presentations and relevant bankruptcy filings | N.A.T. | 3.50 | $1,400.00 |
| 3/6/2012 | Telephone conference with C. Boysun re accounting schedules provided | N.A.T. | .30 | $120.00 |
| 3/6/2012 | Emails with L. Freeman re status and investigation issues | N.A.T. | .30 | $120.00 |
| 3/6/2012 | Review calculation from C. Boysun re billing by Southern to cooperative members and analyze | N.A.T. | .60 | $240.00 |
| 3/9/2012 | Telephone conference and emails C. Boysun re Toshiba contract issue | N.A.T. | .20 | $80.00 |
| 3/9/2012 | Review emails, memos, minutes and contracts re Toshiba contract issue and analyze | N.A.T. | 1.60 | $640.00 |
| 3/9/2012 | Telephone conference with C. Boysun re requests for additional information | N.A.T. | .30 | $120.00 |
| 3/9/2012 | Review additional information from C. Boysun re CFC collateral letter agreement and load ratio share of CFC collateral payment | N.A.T. | 1.10 | $440.00 |
| 3/9/2012 | Review email and related documents concerning coal-related asset impairment issue for HGS facility | N.A.T. | 1.40 | $560.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | and impact on Southern | | | |
| 3/9/2012 | Analyze issues re IESS, SME and Southern relationship and impact on Southern | N.A.T. | 1.30 | $520.00 |
| 3/9/2012 | Review issues re $14 million payment and transfer of HGS to Southern | N.A.T. | .80 | $320.00 |
| 3/10/2012 | Review documents and process of withdrawal of construction funds from US Bank, escrow for Prudential and Modern Woodsman | N.A.T. | 1.20 | $480.00 |
| 3/10/2012 | Analyze issues re use of construction funds | N.A.T. | .40 | $160.00 |
| 3/10/2012 | Review documents re closing of HGS financing in February 2010 and impact on Southern | N.A.T. | 1.70 | $680.00 |
| 3/10/2012 | Review issues re fee amounts paid to Wolf Block attorney and accountant | N.A.T. | 1.40 | $560.00 |
| 3/10/2012 | Emails L. Freeman re status of investigation, issues | N.A.T. | .20 | $80.00 |
| 3/11/2012 | Review PPL deferred agreement, letter of credit and analyze issues re power contracts | N.A.T. | 1.40 | $560.00 |
| 3/12/2012 | Review documents and analyze possible breach of fiduciary duty issues | N.A.T. | .50 | $200.00 |
| 3/12/2012 | Review directors and officers insurance policies | N.A.T. | 1.00 | $400.00 |
| 3/14/2012 | Teleconference with J. Parks re investigation status, insurance issues | N.A.T. | .10 | $40.00 |
| 3/14/2012 | Teleconference with L. Freeman re investigation status and report on issues | N.A.T. | .20 | $80.00 |
| 3/14/2012 | Draft written analysis of issues in investigation and information obtained to date | N.A.T. | 3.00 | $1,200.00 |
| 3/14/2012 | Review issues re filed mechanics liens and construction draws | N.A.T. | .40 | $160.00 |
| 3/14/2012 | Emails J. Parks re construction draw issues raised by counsel for secured creditors | N.A.T. | .20 | $80.00 |
| 3/14/2012 | Review additional documents from Southern re cash flow, construction disbursements | N.A.T. | .50 | $200.00 |
| 3/15/2012 | Teleconference counsel for Corval Constructors and The Energy Corporation re unpaid amounts on construction of HGS and construction budget and draws | N.A.T. | .40 | $160.00 |
| 3/15/2012 | Teleconference and email from Scott Sweeney of Fergus re letter from Fergus board member and analyze issues | N.A.T. | .80 | $320.00 |
| 3/16/2012 | Review and analyze issues in email and attached documents from C. Boysun re disclosure of cash flow issues, direction of payments to PPL | N.A.T. | .70 | $280.00 |
| 3/16/2012 | Review documents provided by C. Boysun re First Interstate Bank line of credit and analyze issues | N.A.T. | 1.40 | $560.00 |
| 3/16/2012 | Review notice to Southern board re power rate increase in 2009 and analyze issues | N.A.T. | .80 | $320.00 |
| 3/16/2012 | Review documents relating to HGS financing and analyze disclosure issues | N.A.T. | 1.50 | $600.00 |
| 3/16/2012 | Emails with C. Boysun re final construction draw requests and cash flow on construction loan in few months prior to bankruptcy filing | N.A.T. | .20 | $80.00 |
| 3/17/2012 | Further review of documents provided by C. Boysun | N.A.T. | 2.20 | $880.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | on 3/16 and analysis of possible breach of fiduciary duty issues | | | |
| 3/17/2012 | Review documents re Wholesale Power Reserve Fund and analyze impact | N.A.T. | 1.00 | $400.00 |
| 3/17/2012 | Review documents provided by C. Boysun on 3/16 re stranded cost calculation and City of Great Falls allocation | N.A.T. | 1.60 | $640.00 |
| 3/19/2012 | Review spreadsheet of HGS financing summary | N.A.T. | .30 | $120.00 |
| 3/20/2012 | Review documents provided by The Energy Corporation re unpaid construction costs | N.A.T. | 1.10 | $440.00 |
| 3/21/2012 | Review additional emails re mechanics liens | N.A.T. | .30 | $120.00 |
| 3/26/2012 | Follow up with L. Freeman re investigation issues via emails | N.A.T. | .20 | $80.00 |
| 3/28/2012 | Investigate land acquired by SME and relationship with Southern and current status | N.A.T. | 1.80 | $720.00 |
| 4/1/2012 | Email and call with L. Freeman re status | N.A.T. | .30 | $120.00 |
| 4/1/2012 | Review email from D. Kelsey to L. Freeman regarding items included in power rate and analyze issues re HGS financing | N.A.T. | .50 | $200.00 |
| 4/2/2012 | Review and analyze email from T. Holzer re HGS financing and review documents from Southern and analyze issue | N.A.T. | 1.70 | $680.00 |
| 4/3/2012 | Review email from L. Freeman regarding issues raised by Fergus and YVEC complaint and analyze in light of documents provided by Southern and information from C. Boysun | N.A.T. | .60 | $240.00 |
| 4/3/2012 | Follow up on questions raised by L. Freeman by reviewing board minutes for disclosure and approval of issues | N.A.T. | 2.20 | $880.00 |
| 4/6/2012 | Review board books and minutes and provide information to L. Freeman re disclosure of issues with power contracts and review and approval status | N.A.T. | 3.00 | $1,200.00 |
| 4/6/2012 | Work on report draft | N.A.T. | 3.00 | $1,200.00 |
| 4/9/2012 | Drafting sections of report | N.A.T. | 3.50 | $1,400.00 |
| 4/11/2012 | Drafting report addressing investigation issues and materials reviewed and analyzed | N.A.T. | 4.70 | $1,880.00 |
| 4/12/2012 | Review memo provided by L. Freeman and analyze with respect to investigation information obtained to date | N.A.T. | .40 | $160.00 |
| 4/13/2012 | Email L. Freeman re information concerning $14 million payment issue | N.A.T. | .20 | $80.00 |
| 4/13/2012 | Respond to inquiry from D. Kelsey re draft report | N.A.T. | .10 | No Charge |
| 4/13/2012 | Emails with L. Freeman re PPL issues addressed in report | N.A.T. | .20 | $80.00 |
| 4/14/2012 | Work on draft report | N.A.T. | 2.70 | $1,080.00 |
| 4/15/2012 | Review notes from L. Freeman and make revisions to report | N.A.T. | 2.00 | $800.00 |
| 4/16/2012 | Follow up with C. Boysun re PPL contract issues; review and analyze contracts | N.A.T. | 2.10 | $840.00 |
| 4/16/2012 | Review notes from closed board sessions and compare to board minutes | N.A.T. | .80 | $320.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4/16/2012 | Review SME documents and analyze issues concerning Southern | N.A.T. | 3.40 | $1,360.00 |
| 4/16/2012 | Teleconference with L. Freeman re PPL contract issues and report draft | N.A.T. | .40 | $160.00 |
| 4/17/2012 | Review and provide analysis for draft investigative report. | J.M.G. | 1.00 | $400.00 |
| 4/17/2012 | Further follow up in emails and telephone call with L. Freeman re draft report and PPL issues | N.A.T. | .40 | $160.00 |
| 4/17/2012 | Revise and provide draft report to L. Freeman | N.A.T. | .50 | $200.00 |
| 4/17/2012 | Follow up with C. Boysun re outstanding issues concerning energy contracts and disclosure to board and Prudential | N.A.T. | .40 | $160.00 |
| 4/17/2012 | Review additional documents provided by C. Boysun and make edits to report regarding disclosure issues | N.A.T. | .80 | $320.00 |
| 4/23/2012 | Teleconference with T. Dahlgren re power contract issues | N.A.T. | .50 | $200.00 |
| 4/23/2012 | Review additional documents provided by T. Dahlgren | N.A.T. | .50 | $200.00 |
| 4/23/2012 | Work on revisions to report to address IESS, power contract issues, cash flows and uses of funds and City of Great Falls power contract needs | N.A.T. | 2.80 | $1,120.00 |
| 4/23/2012 | Email L. Freeman re status of report issues | N.A.T. | .10 | $40.00 |
| 4/24/2012 | Further revisions to report | N.A.T. | 1.00 | $400.00 |
| 4/27/2012 | Review journal entry and schedule of transfer of assets to and from SME and Southern | N.A.T. | .40 | $160.00 |
| 4/30/2012 | Review payoff documentation for February 2010 closing | N.A.T. | .50 | $200.00 |
| 4/30/2012 | Review comments on report from L. Freeman | N.A.T. | .80 | $320.00 |
| 5/2/2012 | Teleconference with L. Freeman re investigation issues and report | N.A.T. | .40 | $160.00 |
| 5/2/2012 | Review draft report and source documents and make revisions | N.A.T. | 2.00 | $800.00 |
| 5/3/2012 | Teleconference with L. Freeman re investigation issues and report | N.A.T. | .40 | $160.00 |
| 5/3/2012 | Email C. Boysun for request for legal invoices for support | N.A.T. | .10 | $40.00 |
| 5/4/2012 | Review documents uploaded by C. Boysun to dropbox.com | N.A.T. | 1.00 | $400.00 |
| 5/7/2012 | Review additional documents uploaded to dropbox.com of legal invoices for analysis | N.A.T. | .80 | $320.00 |
| 5/7/2012 | Prepare relevant exhibits for L. Freeman | N.A.T. | 1.50 | $600.00 |
| 5/8/2012 | Follow up and review additional documents for report analysis | N.A.T. | .70 | $280.00 |
| 7/5/2012 | Work on revised report | N.A.T. | .60 | $240.00 |
| 7/5/2012 | Follow up emails with L. Freeman and re revised report | N.A.T. | .50 | $200.00 |
| 7/30/2012 | Review additional PPL-related documents and analyze | N.A.T. | 1.20 | $480.00 |
| 8/10/2012 | Review memo from L. Freeman re PPL issues | N.A.T. | .50 | $200.00 |
| 8/18/2012 | Review L. Freeman comments on report and analyze | N.A.T. | .80 | $320.00 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 8/19/2012 | Follow up on questions raised by L. Freeman by reviewing board packets and PPL-related documents | N.A.T. | 1.20 | $480.00 |
| 8/21/2012 | Make revisions to report based on L. Freeman comments and notes | N.A.T. | 1.20 | $480.00 |
| 8/23/2012 | Review email from L. Freeman re cash flow issues and status of bankruptcy | N.A.T. | .30 | No Charge |
| 8/29/2012 | Review information provided by YVEC to L. Freeman and analyze with regard to issues addressed in report | N.A.T. | 1.30 | $520.00 |
| 9/4/2012 | Work on revisions to report | N.A.T. | 1.50 | $600.00 |
| 9/17/2012 | Further follow up on report and email L. Freeman re status | N.A.T. | .50 | $200.00 |
| 9/27/2013 | Emails re release of draft report from September 2012 | N.A.T. | .20 | No Charge |
| 9/30/2013 | Review last version of draft report and prepare for release with citations to the exhibits | N.A.T. | 1.40 | $560.00 |
| 10/1/2013 | TC L. Freeman regrding draft report | N.A.T. | .50 | $200.00 |
| 10/1/2013 | Review and edit report. | N.A.T. | 1.20 | $480.00 |
| 10/1/2013 | Provide report with citations to exhibits and arrange for exhibits to be uploaded to shared website | N.A.T. | .30 | No Charge |
| SUBTOTAL: | | | 166.60 | $60,792.50 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 1/23/2012 | Lunch for N. Temple, J. Parks, and L. Freeman in Billings, Mt | $14.34 |
| 1/23/2012 | N. Temple's round trip fare to Billings, MT with United Airlines re: bankruptcy hearing and meetings (see attached receipt) | $505.70 |
| 1/23/2012 | One night stay at Billings Hotel for N. Temple re: bankruptcy hearing and meetings (see attached receipt) | $104.79 |
| 1/23/2012 | Cab from N. Temple's home to O'Hare Airport (see attached receipt) | $42.00 |
| 1/24/2012 | Breakfast for N. Temple in Billings, MT | $5.45 |
| 1/24/2012 | Dinner for N. Temple at airport while traveling from Billings, MT | $12.10 |
| 1/24/2012 | Cab from Billings hotel to Billings airport | $5.00 |
| 1/24/2012 | Cab fare from O'Hare Airport to N. Temple's home | $42.00 |
| 2/11/2012 | Invoice from UPS #A9F557 re shipping box of docs. to L. Freeman in Livingston, MT (see attached receipt) | $158.67 |
| 5/16/2012 | FedEx charge re box overnight to L. Freeman (see attached receipt) | $208.13 |
| 7/25/2012 | FedEx delivery charge regarding package sent to L. Freeman on 7/6/12 (see attached receipt) | $21.84 |
| SUBTOTAL: | | $1,120.02 |

TOTAL:$61,912.52  
PREVIOUS BALANCE DUE:$0.00  
CURRENT BALANCE DUE AND OWING:$61,912.52