UST-5 COVER SHEET

# MONTHLY OPERATING REPORT FOR CORPORATE OR PARTNERSHIP DEBTOR

Case No. 11-62031  Report Month/Year June/2015

Debtor: Southern Montana Electric Generation and Transmission Cooperative, Inc.

INSTRUCTIONS: The debtor's monthly operating report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rules, or the United States Trustee's reporting requirements, may be cause for conversion or dismissal of the case.

| | The debtor has provided the following with this monthly operating report: | Yes | No |
|---|---|---|---|
| UST-6 | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | | ☑ |
| UST-7 | **Comparative Income Statement**, or debtor's income statement. | | ☑ |
| UST-8 | **Summary of Deposits and Disbursements** | ☑ | |
| UST-8 Continuation Sheets | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ☑ | |
| UST-9 | **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-10. | | ☑ |
| UST-10 | **Statement of Aged Postpetition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-11. | | ☑ |
| UST-11 | **Other Information** When applicable, attach supporting documents. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or binder. | | ☑ |

## CONTACT INFORMATION

Who is the best person to contact if the UST has questions about this report?

Name: Carrie Boysun
Telephone: 406-294-9527
Email: cboysun@mcn.net

| | | |
|---|---|---|
| Debtor | Southern Montana Electric Generation and Transmission Cooperative, Inc. | Case Number ⇒ 11-62031<br>Report Mo/Yr ⇒ June/2015 |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer has authority to sign an operating report for a corporate debtor and only a general partner has authority to sign an operating report for a partnership debtor. <u>Debtor's counsel may not sign an operating report for the debtor.</u>

**Question 1** At month end, was the debtor delinquent on any <u>postpetition</u> tax obligation?

Yes ☐   No ☑
If yes, list each delinquent postpetition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.
$ 3,615,861.33

I certify under penalty of perjury that all of the information contained in this monthly operating report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature: Scott W. Sweeney   Date 7-14-2015

Title: Interim Manager

---

**WHERE TO FILE A MONTHLY OPERATING REPORT:** The debtor is required to file its monthly operating report electronically with the U.S. Bankruptcy Court, and to serve copies of such report on the United States Trustee, and on each member of any committees elected or appointed pursuant to the Bankruptcy Code and to their authorized agents.

| File the <u>original</u>... | Send a <u>hard copy</u> to <u>each</u> of the following... |
|---|---|
| Electronically, in PDF file format, with the United States Bankruptcy Court. | (1) Office of the United States Trustee<br>Liberty Center, Suite 204<br>301 Central Avenue<br>Great Falls, Montana 59401<br><br>(2) If applicable, each member of any committees elected or appointed, and to their authorized agents.<br><br>(3) Debtor's counsel. |

Southern Montana Electric G&T Cooperative, Inc.     Case No. 11-62031
June 30, 2015

**Summary of Deposits this Month**

| | |
|---|---:|
| Deposits from UST-8 Continuation Sheets | 2,365,726.55 |
| Cash receipts not included above (if any) | - |
| Total Receipts | 2,365,726.55 |

**Summary of Disbursements this Month**

| | |
|---|---:|
| Disbursements from UST-8 Continuation Sheets | (3,615,861.33) |
| Disbursements resulting from asset sales out of the ordinary course | - |
| Disbursements made by other parties for the debtor (if any, explain) | - |
| Total Disbursements | (3,615,861.33) |

Net Cash Flow (Total Receipts Minus Total Disbursements)     (1,250,134.78)

*There are no Delinquent statutory fees owing to the US Trustee*

Southern Montana Electric G&T Cooperative, Inc.      Case No. 11-62031
June 30, 2015

**First Interstate Bank**
Southern Montana Electric G&T Cooperative, Inc. - DIP Bankruptcy Case #11-62031
General Operating Account

| | | |
|---|---|---:|
| Beginning Balance | | 999,943.39 |
| | | |
| Add: | | |
| Transfers in from other estate bank accounts | | 1,250,000.00 |
| Cash receipts not included above (if any) | | 2,365,726.55 |
| Financing or other loaned funds | | - |
| | Total Cash Available | 3,615,726.55 |
| | | |
| Subtract | | |
| Transfers out to other estate bank accounts | | - |
| Cash disbursements | | (3,615,861.33) |
| | Total | (3,615,861.33) |
| | | |
| Adjustments, if any | | |
| | | |
| Ending Cash balance* | | 999,808.61 |

*Bank fees of $191.39 were posted on June 30, 2015, after the Cash Sweep payment had already been submitted to the Secured Noteholders.

Continuation Sheet, Number 1 of 3

**Southern Montana Electric G&T Cooperative, Inc.**
**Deposits**
**June 1, 2015 - June 30, 2015**

| Type | Date | Name | Split | Amount |
|---|---|---|---|---:|
| **131.2 · General Operating - FIB** | | | | |
| Payment | 06/22/2015 | Mid-Yellowstone Electric Cooperative | 142.0 · Accounts Receivable | 179,916.66 |
| Payment | 06/22/2015 | Tongue River Electric Cooperative | 142.0 · Accounts Receivable | 493,306.47 |
| Payment | 06/22/2015 | Fergus Electric Cooperative | 142.0 · Accounts Receivable | 1,353,705.32 |
| Payment | 06/22/2015 | Beartooth Electric Cooperative | 142.0 · Accounts Receivable | 331,336.77 |
| General Journal | 06/24/2015 | HGS Holding Trust | 143.53 · Due from HGS Holding Trust | 7,461.33 |
| Total 131.2 · General Operating - FIB | | | | 2,365,726.55 |
| **TOTAL** | | | | **2,365,726.55** |

# Southern Montana Electric G&T Cooperative, Inc.
## Disbursements
### June 1, 2015 - June 30, 2015

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| Liability Check | 06/01/2015 | 3187 | NRECA Group Benefits Trust | 01-27195-001 | -SPLIT- | -9,056.88 |
| Bill Pmt -Check | 06/01/2015 | 3188 | Exxon Mobil Business Card | Acct. No. 7187 6000 0029 5441 | 232.01 · Accounts P | -171.96 |
| Bill Pmt -Check | 06/01/2015 | 3189 | Mastercard | | 232.01 · Accounts P | -130.06 |
| Bill Pmt -Check | 06/01/2015 | 3190 | Mastercard | | 232.01 · Accounts P | -411.50 |
| Bill Pmt -Check | 06/01/2015 | 3191 | NRECA | | 232.01 · Accounts P | -764.76 |
| Bill Pmt -Check | 06/01/2015 | 3192 | NRECA R & S | | 232.01 · Accounts P | -102.30 |
| Bill Pmt -Check | 06/03/2015 | 3193 | BLB Services, LLC | | 232.01 · Accounts P | -300.00 |
| Bill Pmt -Check | 06/03/2015 | 3194 | CenturyLink Business Services | Acct. No. 69133859 | 232.01 · Accounts P | -1,208.06 |
| Bill Pmt -Check | 06/03/2015 | 3195 | McGuireWoods LLP | | 232.01 · Accounts P | -2,084.00 |
| Bill Pmt -Check | 06/03/2015 | 3196 | Verizon Wireless | Acct. No. 771000196-00002 | 232.01 · Accounts P | -280.50 |
| Liability Check | 06/12/2015 | | QuickBooks Payroll Service | Created by Payroll Service on 06/10/2015 | -SPLIT- | -1,756.20 |
| Bill Pmt -Check | 06/12/2015 | 3197 | Integra | Acct. No. 330598 | 232.01 · Accounts P | -242.10 |
| Bill Pmt -Check | 06/12/2015 | 3198 | Northwestern Energy | | 232.01 · Accounts P | -13,755.60 |
| Bill Pmt -Check | 06/12/2015 | 3199 | Proven Compliance Solutions, Inc. | | 232.01 · Accounts P | -2,681.25 |
| Bill Pmt -Check | 06/12/2015 | Wire Tsf | Western Area Power Administration | | 232.01 · Accounts P | -221,507.97 |
| Paycheck | 06/15/2015 | 591 | Carrie A. Boysun | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 06/15/2015 | 592 | Troy S Dahlgren | Direct Deposit | -SPLIT- | 0.00 |
| General Journal | 06/15/2015 | | EarthLink Inc. | E-mail Service | 921.1 · .Offics/Supp | -21.95 |
| Bill Pmt -Check | 06/17/2015 | 3200 | 360 Office Solutions | | 232.01 · Accounts P | -83.27 |
| Bill Pmt -Check | 06/17/2015 | 3201 | Goodrich Law Firm, P.C. | | 232.01 · Accounts P | -4,322.00 |
| Bill Pmt -Check | 06/17/2015 | 3202 | Northwestern Energy | | 232.01 · Accounts P | -232,649.77 |
| Bill Pmt -Check | 06/17/2015 | 3203 | Smart Storage Billings | Unit: D7; Tenant 297696 | 232.01 · Accounts P | -98.00 |
| Bill Pmt -Check | 06/17/2015 | 3204 | Sun River Electric Cooperative, Inc. | Acct. No. 334705 | 232.01 · Accounts P | -88.35 |
| Bill Pmt -Check | 06/24/2015 | Wire Tsf | Twin Eagle | | 232.01 · Accounts P | -941,905.11 |
| Check | 06/26/2015 | 3205 | Yellowstone Electric Co. | | 221.1 · Notes -Cons | -72,948.71 |
| Check | 06/26/2015 | 3206 | Falls Construction Company | | 221.1 · Notes -Cons | -77,632.11 |
| Check | 06/26/2015 | 3207 | Grass Man Tractor Services | | 221.1 · Notes -Cons | -7,987.13 |
| Check | 06/26/2015 | Wire Tsf | EPC Services Company | | 221.1 · Notes -Cons | -730,013.89 |
| Check | 06/26/2015 | Wire Tsf | The Energy Corporation | | 221.1 · Notes -Cons | -208,733.47 |
| Check | 06/26/2015 | Wire Tsf | Corval Group | | 221.1 · Notes -Cons | -195,540.47 |
| Check | 06/26/2015 | Wire Tsf | Thermal Mechanical Insulation, LLC | | 221.1 · Notes -Cons | -12,181.37 |
| Check | 06/26/2015 | Wire Tsf | Land Supply, Inc. | | 221.1 · Notes -Cons | -69,962.85 |
| Check | 06/26/2015 | Wire Tsf | ATCO Structures and Logistics Ltd. | | 221.1 · Notes -Cons | -91,685.00 |
| Bill Pmt -Check | 06/26/2015 | 3208 | McGuireWoods LLP | | 232.01 · Accounts P | -4,480.00 |
| Liability Check | 06/29/2015 | | QuickBooks Payroll Service | Created by Payroll Service on 06/24/2015 | -SPLIT- | -11,302.49 |
| Paycheck | 06/30/2015 | 593 | Carrie A. Boysun | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 06/30/2015 | 594 | Scott W Sweeney | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 06/30/2015 | 595 | Troy S Dahlgren | Direct Deposit | -SPLIT- | 0.00 |
| Liability Check | 06/30/2015 | ACH | EFTPS | 72-1560392 | -SPLIT- | -5,027.48 |
| Liability Check | 06/30/2015 | ACH | Business Tax Express - MT Dept. of Rev. | 4018468-002-WTH | 236.3 · State W/H | -880.00 |
| Liability Check | 06/30/2015 | ACH | NRECA 401k | 01-27195-001 | -SPLIT- | -1,320.00 |
| Bill Pmt -Check | 06/30/2015 | 3209 | Kestrel Engineering Group, Inc. | | 232.01 · Accounts P | -1,995.00 |
| General Journal | 06/30/2015 | 1950 | U.S. Bank Corporate Trust Services | To record Jun15 Note Payment | 232.01 · Accounts P | -690,358.43 |
| General Journal | 06/30/2015 | 1951 | First Interstate Bank | Positive Payee Issued Items (Posted after note payment submitted) | 933.0 · Bank Fees | -1.25 |
| General Journal | 06/30/2015 | 1951 | First Interstate Bank | Positive Payee Monthly Maintenance (Posted after note payment submitted) | 933.0 · Bank Fees | -44.95 |
| General Journal | 06/30/2015 | 1951 | First Interstate Bank | Monthly Service Charge (Posted after note payment submitted) | 933.0 · Bank Fees | -145.19 |
| **Total 131.2 · General Operating - FIB** | | | | | | **-3,615,861.33** |
| **TOTAL** | | | | | | **-3,615,861.33** |

# Southern Montana Electric G&T Cooperative, Inc.
## Transfers In
### June 1, 2015 - June 30, 2015

| Type | Date | Name | Split | Amount |
|---|---|---|---|---|
| **131.2 · General Operating - FIB** | | | | |
| Transfer | 06/26/2015 | | 131.22 · Noncash Collateral-FIB | 1,250,000.00 |
| Total 131.2 · General Operating - FIB | | | | 1,250,000.00 |
| **TOTAL** | | | | **1,250,000.00** |

```
        FIRST INTERSTATE BANK           030 00022 01                   PAGE:      1
        PO BOX 5010                     ACCOUNT:                       06/30/2015
        GREAT FALLS, MT 59403-5010      DOCUMENTS:              21


        TELEPHONE:406-454-6200
```



```
                                    495
                        SOUTHERN MONTANA ELECTRIC
                        G&T COOPERATIVE INC
                        GENERAL OPERATING ACCOUNT                      30
                        PO BOX 80048                                     0
                        BILLINGS MT   59108-0048                        21
```



```
==================================================================================
        Customer service questions:Call 1-888-752-3332 or www.firstinterstate.com

==================================================================================
                        BUS CHKG SOLE/NP ACCOUNT
==================================================================================
           DESCRIPTION           DEBITS        CREDITS     DATE         BALANCE

BALANCE LAST STATEMENT .................................  05/29/15    1195,818.06
NRECA-SP SELCONTRIB 012719500001SEL
                                 1,320.00                  06/01/15    1194,498.06
CHECK(S)                           541.56                  06/02/15    1193,956.50
STATE OF MONTANA MT TAX PMT 4018468002WTH
                                   880.00                  06/03/15    1193,076.50
CHECK(S)                       191,010.86                  06/04/15    1002,065.64
CHECK(S)                           171.96                  06/05/15    1001,893.68
CHECK(S)                         9,821.64                  06/08/15     992,072.04
CHECK(S)                         3,509.72                  06/09/15     988,562.32
CHECK(S)                         2,186.30                  06/10/15     986,376.02
CHECK(S)                           280.50                  06/11/15     986,095.52
ICORP WIRE TRANSFER TO 89001602 6/12/15 AT 15:02
                               221,507.97                  06/12/15     764,587.55
INTUIT PAYROLL S QUICKBOOKS XXXXX0392
                                 1,756.20                  06/12/15     762,831.35
EARTHLINK GA INTRNT SVC 7775971    21.95                   06/15/15     762,809.40
CHECK(S)                           242.10                  06/16/15     762,567.30
CHECK(S)                        16,520.12                  06/18/15     746,047.18
CHECK(S)                       237,069.77                  06/19/15     508,977.41
WIRE TRANSFER NATIONAL RURAL UTILIT 02100002153FT03
                                              179,916.66   06/22/15     688,894.07
WIRE TRANSFER SOUTHERN MONTANA ELEC 092901683
                                              331,336.77   06/22/15    1020,230.84
WIRE TRANSFER TRECO              09290095643FT03
                                              493,306.47   06/22/15    1513,537.31
WIRE TRANSFER FERGUS ELECTRIC COOP  09290524945FT03
                                             1353,705.32   06/22/15    2867,242.63
CHECK(S)                            88.35                  06/23/15    2867,154.28
WIRE TRANSFER HGS HOLDING TRUST     11301125846FT03
                                                7,461.33   06/24/15    2874,615.61
                        * * *  C O N T I N U E D  * * *
```

```
FIRST INTERSTATE BANK          030 00022 01                     PAGE:      2
PO BOX 5010                    ACCOUNT:                         06/30/2015
GREAT FALLS, MT 59403-5010     DOCUMENTS:              21


TELEPHONE:406-454-6200


           SOUTHERN MONTANA ELECTRIC
           G&T COOPERATIVE INC
           GENERAL OPERATING ACCOUNT
```

```
================================================================================
                  BUS CHKG SOLE/NP ACCOUNT
================================================================================
    DESCRIPTION             DEBITS        CREDITS    DATE           BALANCE

ICORP WIRE TRANSFER TO 2108900150 6/24/15 AT 15:23
                       941,905.11                    06/24/15     1932,710.50
045412 Internet Banking Transfer out of BASIC BUS CKG
   N XXXXXX9950 on 6/26/15                1250,000.00 06/26/15    3182,710.50
ICORP WIRE TRANSFER TO 4510000863 6/26/15 AT 15:08
                        12,181.37                    06/26/15     3170,529.13
ICORP WIRE TRANSFER TO 1301015283 6/26/15 AT 15:10
                        69,962.85                    06/26/15     3100,566.28
ICORP WIRE TRANSFER TO 9 03052 19 6/26/15 AT 15:11
                        91,685.00                    06/26/15     3008,881.28
ICORP WIRE TRANSFER TO 2344515 6/26/15 AT 15:06
                       195,540.47                    06/26/15     2813,340.81
ICORP WIRE TRANSFER TO 34-7169498 6/26/15 AT 15:04
                       208,733.47                    06/26/15     2604,607.34
ICORP WIRE TRANSFER TO 1101039848 6/26/15 AT 15:02
                       730,013.89                    06/26/15     1874,593.45
INTUIT PAYROLL S QUICKBOOKS XXXXX0392
                        11,302.49                    06/29/15     1863,290.96
ICORP WIRE TRANSFER TO 121167365 6/30/15 AT 15:02
                       690,358.38                    06/30/15     1172,932.58
Pos Payee Issued Items-502445026    1.25              06/30/15     1172,931.33
Pos Payee Mo. Maint.-502445026     44.95              06/30/15     1172,886.38
NRECA-SP SELCONTRIB 012719500001SEL
                         1,320.00                    06/30/15     1171,566.38
IRS USATAXPYMT 270558131271355  5,027.48              06/30/15     1166,538.90
CHECK(S)                        7,987.13              06/30/15     1158,551.77
SERVICE CHARGE                    145.19              06/30/15     1158,406.58
BALANCE THIS STATEMENT ......................        06/30/15     1158,406.58

TOTAL CREDITS         (6)    3,615,726.55
TOTAL DEBITS         (40)    3,653,138.03


================================================================================
                         YOUR CHECKS SEQUENCED
================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

06/04    3185   191,010.86 06/09    3186     2,001.66 06/08    3187     9,056.88
                    * * * C O N T I N U E D * * *
```



```
         FIRST INTERSTATE BANK           030 00022 01                    PAGE:     3
         PO BOX 5010                     ACCOUNT:                        06/30/2015
         GREAT FALLS, MT 59403-5010      DOCUMENTS:                21


         TELEPHONE:406-454-6200


                       SOUTHERN MONTANA ELECTRIC
                       G&T COOPERATIVE INC
                       GENERAL OPERATING ACCOUNT
```



```
  ================================================================================
                             YOUR CHECKS SEQUENCED
  ================================================================================
  DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

  06/05      3188     171.96 06/09      3194   1,208.06 06/18      3200      83.27
  06/02      3189     130.06 06/10      3195   2,084.00 06/19      3201   4,322.00
  06/02      3190     411.50 06/11      3196     280.50 06/19      3202 232,649.77
  06/08      3191     764.76 06/16      3197     242.10 06/19      3203      98.00
  06/10      3192     102.30 06/18      3198  13,755.60 06/23      3204*     88.35
  06/09      3193     300.00 06/18      3199   2,681.25 06/30      3207   7,987.13

  (*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
```



  

3185  $191,010.86  6/4/2015      3186  $2,001.66  6/9/2015      3187  $9,056.88  6/8/2015

  

3188  $171.96  6/5/2015      3189  $130.06  6/2/2015      3190  $411.50  6/2/2015

   

3191  $764.76  6/8/2015      3192  $102.30  6/10/2015      3193  $300.00  6/9/2015

  

3194  $1,208.06  6/9/2015      3195  $2,084.00  6/10/2015      3196  $280.50  6/11/2015

  

3197  $242.10  6/16/2015      3198  $13,755.60  6/18/2015      3199  $2,681.25  6/18/2015

  

3200  $83.27  6/18/2015      3201  $4,322.00  6/19/2015      3202  $232,649.77  6/19/2015




3203  $98.00  6/19/2015     3204  $88.35  6/23/2015     3207  $7,987.13  6/30/2015

Southern Montana Electric G&T Cooperative, Inc.      Case No. 11-62031
June 30, 2015

**First Interstate Bank**
Southern Montana Electric G&T Cooperative, Inc. - DIP Bankruptcy Case #11-62031
Other - Cash Collateral

| | | |
|---|---|---:|
| Beginning Balance | | 300.00 |
| | | |
| Add: | | |
| Transfers in from other estate bank accounts | | - |
| Cash receipts not included above (if any) | | - |
| Financing or other loaned funds | | - |
| | Total Cash Available | - |
| | | |
| Subtract | | |
| Transfers out to other estate bank accounts | | - |
| Cash disbursements | | - |
| | Total | - |
| | | |
| Adjustments, if any | | |
| | | |
| Ending Cash balance | | 300.00 |

Continuation Sheet, Number 2 of 3

```
FIRST INTERSTATE BANK              030 00022 01                    PAGE:       1
PO BOX 5010                        ACCOUNT:                        06/30/2015
GREAT FALLS, MT 59403-5010         DOCUMENTS:                 0

        TELEPHONE:406-454-6200
```



RECEIVED
JUL 0 7 2015

```
                               1082
                SOUTHERN MONTANA ELECTRIC
                G&T COOPERATIVE INC
                CASH COLLATERAL ACCOUNT                              30
                PO BOX 80048                                          0
                BILLINGS MT  59108-0048                               0


===============================================================================
     Customer service questions:Call 1-888-752-3332 or www.firstinterstate.com

===============================================================================
                  BASIC BUS CKG N PROF ACCOUNT
===============================================================================
         DESCRIPTION             DEBITS         CREDITS    DATE        BALANCE

  BALANCE LAST STATEMENT  ................................ 05/29/15     300.00
  BALANCE THIS STATEMENT  ................................ 06/30/15     300.00

   TOTAL CREDITS       (0)            .00
   TOTAL DEBITS        (0)            .00
```



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    **First Interstate** Bank    Member FDIC. Equal Housing Lender.
                                                         www.firstinterstate.com

Southern Montana Electric G&T Cooperative, Inc.                            Case No. 11-62031
                                                                                                                                    June 30, 2015

**First Interstate Bank**
Southern Montana Electric G&T Cooperative, Inc. - DIP Bankruptcy Case #11-62031
Other - Non-Cash Collateral

| | | |
|---|---|---:|
| Beginning Balance | | 1,250,300.00 |
| Add: | | |
| Transfers in from other estate bank accounts | | - |
| Cash receipts not included above (if any) | | - |
| Financing or other loaned funds | | - |
| | Total Cash Available | - |
| Subtract | | |
| Transfers out to other estate bank accounts | | (1,250,000.00) |
| Cash disbursements | | - |
| | Total | (1,250,000.00) |
| Adjustments, if any | | |
| Ending Cash balance | | 300.00 |

Continuation Sheet, Number 3 of 3

**Southern Montana Electric G&T Cooperative, Inc.**
**Transfers Out**
June 1, 2015 - June 30, 2015

| Type | Date | Name | Split | Amount |
|---|---|---|---|---|
| **131.22 · Noncash Collateral - FIB** | | | | |
| Transfer | 06/26/2015 | | 131.2 · General Operating - FIB | -1,250,000.00 |
| Total 131.22 · Noncash Collateral - FIB | | | | -1,250,000.00 |
| **TOTAL** | | | | **-1,250,000.00** |

```
FIRST INTERSTATE BANK        030 00022 01                       PAGE:        1
PO BOX 5010                  ACCOUNT:      
GREAT FALLS, MT 59403-5010   DOCUMENTS:                   0     06/30/2015
```


TELEPHONE:406-454-6200



```
                            1058
            SOUTHERN MONTANA ELECTRIC
            G&T COOPERATIVE INC
            NON-CASH COLLATERAL ACCOUNT                       30
            PO BOX 80048                                       0
            BILLINGS MT  59108-0048                            0
```

==================================================================
Customer service questions:Call 1-888-752-3332 or www.firstinterstate.com
==================================================================
             BASIC BUS CKG N PROF ACCOUNT
==================================================================
          DESCRIPTION          DEBITS        CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT ................................. 05/29/15    1250,300.00
045412 Internet Banking Transfer to BUS CHKG SOLE/NP
   XXXXXX5026 on 6/26/15     1250,000.00                06/26/15         300.00
BALANCE THIS STATEMENT .................................. 06/30/15         300.00

TOTAL CREDITS           (0)            .00
TOTAL DEBITS            (1)       1,250,000.00



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION — www.firstinterstate.com — Member FDIC. Equal Housing Lender.